FILED
2020 Mar-04  PM 02:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### BIRMINGHAM DIVISION

|  |  |  |
|---|---|---|
| Draeshund K. Magee,<br>    Plaintiff, | § | |
| | § | |
| versus | § | Case No. _____ |
| | § | 1:20.CV-294-MHH-HNJ |
| United States of America,<br>    Defendant. | § | |
| _____/ | § | |

FILED
2020 MAR -4  A 10: 29
U.S. DISTRICT COURT
N.D. OF ALABAMA

## CIVIL COMPLAINT WITH JURY DEMAND PURSUANT TO THE FEDERAL TORTS CLAIMS ACT 28 U.S.C. §1346(b)(1) AND 28 U.S.C. §2674

Comes now the Plaintiff ("Magee"), pro-se, who hereby raises

a claim of negligence against The Federal Bureau of Prisons

("BOP"), who while acting on behalf of the United States government

breached the duty of care mandated under 18 U.S.C. §4042, and

the Alabama Medical Liability Act ("AMLA") §6-5-542, standard

care of provision.

The Plaintiff seeks $500,000,00 in compensatory damages due

to the medical staff at FCI-Talladega's failure to provide adequate

medical care, and the resulting life changing injury.

1

## I. <u>STATEMENT OF JURISDICTION</u>:

This Court has jurisdiction to entertain this complaint pursuant to 28 U.S.C. §1346(b)(1), which states in relevant part that: "the district court's... shall have exclusive jurisdiction of civil actions on claims against the United States, for money damages, for injury or lost of property, or personal injury or death caused by the negligence or wrongful act or omission of any employee of the government while acting within the scope of his office or employment..." <u>see</u> also <u>United States v. Muniz</u>, 374 U.S. 150 (1963)(confirming that the FTCA permits Federal prisoners to use the United States for injuries sustained while incarcerated.)

## TABLE OF CONTENTS

<u>Section</u>                                                    <u>Page</u>

Statement of Jurisdiction............................

Statement of Relevant Facts.........................

Exhaustion of Administrative Remedy.................

Timeliness of The Complaint.........................

The Complaint.......................................

    i. Medical staff at FCI-Talladga breached their duty of care by failing to diligently provide adequate medical treatment which resulted in substantial injury, pain, and humiliation...............................

2

ii. Magee's claim is facially outside the discretionary function

exception.......................................

In Conclusion With Relief Requested....................

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
BIRMINGHAM DIVISION

§

Draeshund K. Magee,        §
    Plaintiff,

§

§

versus                     Case No. _____
§

§

United States of America,
____Defendant._____/

**PLAINTIFF'S REQUEST FOR A COURT ORDER REQUIRING
AN EXPERT PHYSICIAN TO PROVIDE AN AFFIDAVIT
ON MATTERS RELEVANT TO MAGEE'S INITIAL
DIAGNOSIS , INJURY, AND TREATMENT**

Comes now the plaintiff ("Magee") pro-se, who hereby requests that this Honorable Court enter an Order requiring an Expert physician to provide an affidavit on matters relevant to Magee's initial diagnosis, injury, and treatment. In support thereof, Magee provides the following:

Even to date herewith, Magee filed a civil complaint with jury demand pursuant to the Federal Torts Claims Act 28 U.S.C. §1346(b) arguing that the BOP while acting on behalf of the United States government breached the duty of care mandated under 18 U.S.C. §4042, and the Alabama Medical Liability Act ("AMLA"). §6-5-542, standard of medical care provision. Id.

1

A plaintiff in a medical malpractice action must also present expert testimony establishing a causal connection between the defendant's acts or omissions in constituting the alleged breach and the injury suffered by plaintiff.see Cobb V. Fisher,20 So. 2d 1253 (Ala. 1991)("failure to provide expert testimony results in a lack of proof essential to the medical malpractice action under Alabama law.")

Acknowledging this burden,as well as Magee's pro-se prison status, it would sem just and proper that the court enter an Order requiring an expert physician to provide an affidavit on matters relevant to Magee's initial diagnosis,injury,and treatment.

Specifically, Magee requests that this Honorable Court enter an Order requiring an expert physician to provide an affidavit stating his or her opinion on: (1) Whether it was reasonable for BOP Medical staff to disregard the physician's order to have a three week follow up with Ortho. (2) Whether it was reasonable for BOP medical staff to disregard the physician's Order to have magee go through physical therapy. (3) What is the adverse health consequences in the delay of continued prescribed after care in a injury that tissues being tendons and ligaments well as bone structure not being treated were surgury was performed to position the shoulder back in place from a forced dis-location by excessive physical strength causing the dis-location of the injury to said shoulder being Magee's Right shoulder.(4)What is the proper standard or care in an injury such as this.

2

Statement Of Relevant Facts

Inmate Magee is currently incarcerated at the Federal Correctional Institution in Talladega,Alabama ("FCI-Talladega"),where he is serving a 120 month sentence for conspiracy to possess with the intent to distribute cocaine.All instances described herein took place at FCI-Talladega.

On January 5,2018 the plaintiff, Mr.Magee was on the recreational yard playing handball,he lost his balance and skidded his left hand was scrapped on the wall causing minor abrasions.There were several staff called to the recreation yard moments later due to a FCI-Talladega security concern,including a Officer Chew or Shew.This Officer named ordered Mr. Magee to go sit under the pavilion by the exiting gate area after doing a visual hand check on Mr.Magee.This Officer countinued to assist the FCI-Talladega staff in the operations of hand checks on other inmates and perfoming detail.About five minutes later ,he returned to Mr magee presence and ordered Mr.Magee to place his hands behind his back and not to resist.At that point Officer Chew Or Shew aggressively with extreme force pushed Mr.Magee right elbow up and behind his back that caused Mr.Magee to cry out for loudly for relief as a popping sound or snapping sound occurred from the right shoulder that was the causation of the worst pain Mr.Magee have ever physically felt in his life.At that instant Mr.Magee screamed as officer Chew Or Shew had already hand cuffed his left arm and held the force of his strength on Mr.Magee as he put the right hand in cuff.Plaintiff Immediately screamed "what are you trying to do kill me? you just broke my arm and you need to get these cuffs off me, and get me some help.The Officer Chew or Shew stated,come on your going to the Leiutenants office.Once at the Leiutenants office,Mr.Magee was escorted to medical observation.That is when Mr.Magee complained that the officer had done something to his arm,when he cuffed him.It was then Mr.Magee urinated on himself and Dr.Holbrook ordered X-Rays

3

At the return of the X-Rays performed of the Plaintiffs right shoulder Dr.Holbrook reviewed them and determined Plaintiff was suffering a Dislocated right shoulder.Plaintiff informed the Dr.Holbrook that he suffered this injury when he was hand cuffed by the Officer Chew or Shew.Dr.Holbrook made the medical personnel prepare and have Plaintiff Mr.Magee transported to surgery. See Medical encounter here to as Exhibit "A".

After the surgery Plaintiff was instructed to keep his shoulder immobilized in place until Ortho follow up,but Plaintiff was never sent for follow up care.See Dis-Charge Instructions attached hereto as Exhibit "B".

As of this date of the filing of this complaint,Plaintiff Mr.Magee has still not received a follow-up with the Orthopedist,nor has he had any physical therapy treatment that was ordered by the physician.

## Exhaustion of Administrative Remedies

Mr.Magee has filed numerous request forms with the medical staff here at FCI-Talladega,and in July of 2019 he filed an Administrative Tort Claim with the BOP Southeast Regional Office and it was accepted on July 29,2019.See Re:Administrative Claim #TRT-SER-2019-07141 attached hereto as Exhibit "C"

This is all that was necessary to satisfy the exhaustion requirement for a federal tort claim.See Burchfield v. United States,168 F.3d 1252 (11th Cir. 1999).

## Timeliness Of The Complaint

**The time limit for filing a federal tort claim is governed by the law in the State where the injury occurred**

In Alabama,the time for filing a claim of negligence is two years from the date of the injury complained of,which in this case was January 5th,2018,when the medical staff at FCI-Talladega failed to immediately put him in for a follow up with Ortho and Physical Therapy.

Thus This complaint is timely filed within two years of January 5th ,2018.

4

## The Complaint

### I.Medical staff at FCI-Talladega breached their duty of care by failing to diligently provide adequate medical treatment which resulted in substantial injury,pain,and humiliation.

The Plaintiff seeks $500,000.00 in damages for the BOP's breach in the duty of care mandated under 18 U.S.C. §4042 and the Alabama Medical Liabilities Act (AMLA), §6-5-542,Standard of care provision.

Specifically, Mr.Magee argues herein that the BOP compound officer,named Shew or Chew,committed negligence when he used excessive force while putting Mr.Magee in handcuffs,which was the proximate causation of the injury that he still suffers from.And although the Plaintiff was immediately sent to emergency surgery for a dislocated shoulder from no fault of his own,he was still not put in for a follow up with Ortho or physical therapy prescribed by the surgeon of the emergency surgery performed.

It is the common understanding amongst all competent doctors that physical therapy administered by a trained professional is an automatic requirement after the procedure undergone by Mr.Magee.Thus Mr.Magee argues that the BOP was negligent in failing to provide adequate physical therapy by a trained professional.Something that it could have easily done by just transferring Mr.Magee to one of its many medical facilities that provide such treatment,or even by just having one of its employees here at FCI-Talladega work with him.As a result of the BOP's Negligence,there is extensive scar tissue surrounding the nerves causeing pain well as the shoulder suffers ligaments and tendons healed in strained force that causes him to suffer inflamation and constant shoulder pain on almost every movement of him lifting his arm where his shoulder is required for physical movement. causing Mr Magee the additional complications listed above,and is preventing his full recovery and

5

ongoing humiliation. The physical and emotional injury that Mr. Magee has suffered due to this negligence can not be adequately measured with words alone.

The BOP has breached the duty of care delegated to it by 18 U.S.C. §4042 which requires it to provide for the safe keeping, care, and protection of all persons charged with or convicted of offenses against the United States. Id.

The duty of care owed by the BOP to federal prisoners "requires the exercise of ordinary diligence to keep prisoners safe and free from harm." United States v. Muniz, 374 U.S. 150 (1963)

The Bop has breached its duty of care under this statute by failing to properly provide adequate medical treatment as provided previously..

The court looks to the State law for the elements of a negligence claim. see 8 U.S.C. §1346 (b); see also Lewis v. United States ,2013 U.S. District Lexis 113678 (N.D. Ala. 2013)

The Alabama Medical Liability Act ("AMLA"),§6-5-542. governs the claim of negligence raised herein. Under this standard of care provision, the :"Legal duty imposed upon a physician is to exercise the degree of reasonable care, diligence, and skill that reasonably competent physicians of the medical community would ordinarily exercise when acting in the same or similar circumstances." see Barton v. American Red Cross, 829 F. Supp. 1455 (M.D. Ala. 1992).

Mr. Magee asserts that the BOP has breached its duty of care under this provision by failing to diligently provide adequate medical treatment by denying him physical therapy as provided in the previous paragraphs. This negligence has caused Mr. Magee sidnificant physical and psychological injury that could last a lifetime.

6

II. <u>Magee's claim is facially outside the discretionary function exception.</u>

The discretionary function exception to the federal tort claims act provides in pertinent part that the Act shall not apply to claims "based upon the exercise or perform a discretionary function or duty on the part of a federal agency or an employee of the government,wheter or not the discretion involved be abused." 28 U.S.C. §2680(a)

The Eleventh Circuit has articulated a two-step analysis to determine whether the United States is immune from liability under the discretionary exception.<u>First,</u>the court must consider,"Whether the fedreal employees conduct involves an element of judgement or choice,which will be the case unless a federal statute,regulation,or policy,specifically prescribes a course of action embodying a fixed or readily ascertainable standard."     <u>Second,</u>courts should determine "whether the judgement or choice is grounded in consideration of public policy,and inquiry that focus not on whether the agent actually weighed policy considerations,but on the nature of the actions taken and on whether they are susceptible to policy analysis. In short,if federal employees choice is not prohibited by a federal statute,regulation,or policy and is grounded in consideration of public policy,that policy chose is excluded from the FTCA's limited waiver of sovereign immunity because it constitutes a discretionary function. <u>"Nguyen  v.  United  States,</u>  556  F.3d.1244  (11th Cir.2009).

<u>In  the  instant  case,</u>Mr.Magee's  claim  of  negligence  falls  outside  the discretionary function exception because the Bop had a duty of care under <u>18 .S.C. §4042</u> ,and  the  AMLA,  <u>§6-5-542,</u>to  diligently  provide  the  degree  of reasonable  competent  physicians  of  the  medical  community  would  ordinarily exercise when acting in the same or similar circumstances.Id.

As the Plaintiff has argued throughout this complaint, the BOP has breached its duty of care under both of these provisions by failing to diligently provide adequate medical treatment which resulted in substantial injury, pain, and humiliation. Id.

Magee has also requested by motion filed with this complaint, that considering his pro-se prisoner status and the burden of proof for Alabama medical malpractice claims, which requires the Plaintiff to provide expert testimony, that the court enter an Order requiring an expert physician to provide an affidavit stating his expert opinion on: (1) Whether it was reasonable for the BOP's staff to use excessive force when Plaintiff was complying with his commands; (2) Whether it was reasonable for BOP's medical staff not to order physical therapy as ordered by physician; (3) Whether the BOP's failure to provide physical therapy has caused additional injury and prolonged the recovery period; (4) What is the proper standard of care in a case such as this.

Before closing the Plaintiff would like to bring to this Honorable Court's attention to these disturbing fact(s), about the history and practices of the (HSU) at FCI-Talladega.

(1). As far back as 2012 it can easily be proven that; MLP Mourtada and Dr. Holbrook has a perfect record of negligence, malpractice, and misdiagnosis. The Plaintiff offers these fact(s) in

8

support.

(2). Due to The Bureau of Prisons systematic deficiency in their staffing, budgeting, restraints, and performance award bonuses, they have created a "zone of risk" which makes unnecessary suffering inevitable.

(3). Victims. In memory of Anthony S. Carter, victims of this ZONE, only the totalitarians know, as they scream in silence and cry without tears. Victim Inmate Michael Davidson #26839-076 still suffering from (stroke and heart attack) his waiting period before help arrived was approximately (5) hours, needing stents and rehab, needing a walker for mobility. Victim Inmate Larry Damon Camp #08131-028 still suffering, in need of a hip replacement been waiting for years now needing a walker for mobility. MARZELLE Jefferson, #04758-003, suffered a stroke and heart attack for 9 hours before help arrived, continues to suffer, and has succumbed to a walker for mobility. Victim Inmate Orlando Hobbs #22207-076 misdiagnosed as having kidney stones by MLP Mourtada only to have a herniated disk, which resulted in permanent nerve damage, waiting period 30 days before help arrived. Victim Inmate, Robert Raiford #07425-043 had ultrasound of abdomen, showed spot onlung, and a syst on the right kidney ordered by physician to remove spot on lung immediately but after 120 days later still waiting for treatment. Sad!

9

The Plaintiff, "Magee", asserts the (HSU) staff at FCI-Talladega needs to be put under an independent investigation, and whomever violated their hypercratic oath needs to be immediately discharged from their duties.

## IN CONCLUSION WITH RELIEF REQUESTED

Wherefore, Magee respectfully requests damages in the amount of $500,000,00, or that a trial be conducted.

## DECLARATION

I hereby declare under the penalty of perjury in accord with 28 U.S.C. §1746 that all of the aforementioned facts are true and correct, and that I placed this complaint in the prison mailing system, postage prepaid, on this _6th_ day of February 2020.

Respectfully,

Draeshund K. Magee
Reg. No. 14800-003
FCI-Talladega
PMB 1000
Talladega, AL 35160

10

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
BIRMINGHAM DIVISION**

DRAESHUND K. MAGEE            )

        PLAINTIFF,            )

                       )

VS.                          )     CASE NO. _____

                       )             INITIAL FILING

UNITED STATES OF AMERICA,     )

        DEFENDANTS,            )

                       )

**AFFIDAVIT/DECLARATION IN SUPPORT OF PLANTIFF'S
FEDERAL TORT CLAIMS ACT PURSUANT TO
28 U.S.C. § 1346(b)(1) and 28 U.S.C. § 2674**

I Draeshund Magee is over the age of 18 and I assert all statements herein are true and correct in accord with 28 U.S.C. § 1746

1.) I, factually state that on 1-5-18 upon discharge from surgical repair of shoulder physician ordered physical therapy, and a follow up with the Orthopedist.

2.) I, factually state that upon discharge from surgical repair, I have received no physical therapy nor have I received a follow up with the Orthopedist.

3.) I, factually state that my current injury is a result from excessive force from the BOP's compound officer Shew.

-1-

4.) I, factually state that X-Rays of my knee was taken over a year ago, and that the X-Ray reviewed an injury that required surgical repair.

5.) I, factually state that my shoulder is still in a moderate state of pain which is bearible but unnecessary.

6.) I, factually state that my knee is in need of surgical repair and that I have been enduring unnecessary pain for the past year.

## DECLARATION

I, declare under penalty of perjury that all aforementioned facts are true and correct to the best of my knowledge in accord with 28 U.S.C. § 1746

Done on this __6th__ day of February, __2020__.

Respectfully Submitted,

Draeshund K. Magee

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | | Reg #: | 14800-003 |
| Date of Birth: | 09/21/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/05/2018 23:14 | Provider: | Hansen, Celia RN/HSA | Facility: | TDG |

**Cosigned by Holbrook, William MD/CD on 01/06/2018 10:19.**

Exhibit
" A "
19 pages Front and Back

| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | | | Reg #: | 14800-003 |
|---|---|---|---|---|---|---|
| Date of Birth: | 09/21/1977 | Sex: | M    Race:  BLACK | | Facility: | TDG |
| Encounter Date: | 01/05/2018 23:14 | Provider: | Hansen, Celia RN/HSA | | Unit: | Z01 |

Dr. Holbrook was notified of emergency trip and findings.  He agreed with the plan of care.  The ER at Coosa valley was called and given report.

## PLAN:

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 01/05/2018 | 01/05/2018 | Urgent | No | |

    **Subtype:**

        Emergency Room

    **Reason for Request:**

        Inmate may have dislocated his right shoulder again.  Needs evaluation, x-ray and treatment if necessary.

**Disposition:**

    Transfer to Local Hospital

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/05/2018 | Counseling | Plan of Care | Hansen, Celia | Verbalizes Understanding |

    returning to ER

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/05/2018 | Counseling | Other | Hansen, Celia | Verbalizes Understanding |

    keeping right shoulder stabilizer in place at all times until instructed differently.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes      **By:** Holbrook, William MD/CD

**Telephone or Verbal order read back and verified.**

Completed by Hansen, Celia RN/HSA on 01/05/2018 23:27

Requested to be cosigned by Holbrook, William MD/CD.

Cosign documentation will be displayed on the following page.

Inmate Name:  MAGEE, DRAESHUND KENAITAY
Date of Birth:  09/21/1977
Encounter Date: 01/05/2018 11:59

Sex:    M    Race:  BLACK
Provider:  Holbrook, William MD/CD

Reg #:    14800-003
Facility:  TDG
Unit:    B01

## New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 01/05/2018 11:59 | 2 tabs Orally  one time x 1 day(s) Pill Line Only |

**Indication:** Dislocation of shoulder joint

**Start Now:** Yes

**Night Stock Rx#:**

**Source:** Sub Stock Location

**Admin Method:** Pill Line

**Stop Date:** 01/06/2018 11:58

**MAR Label:** 2 tabs Orally  one time x 1 day(s) Pill Line Only

**One Time Dose Given:** No

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 01/05/2018 | 01/05/2018 | Emergent | No | |

**Subtype:**

Emergency Room

**Reason for Request:**

Patient was involved in an altercation on the recreation yard. He complained of pain and states that it felt like his shoulder came out of place when he was cuffed. He had profuse diaphoresis and urinated on himself while complaining of pain. X-ray shows right shoulder dislocation that appears to be posterior. He was given 2 Tylenol #3 for pain.

**Provisional Diagnosis:**

Right shoulder dislocation.

## Disposition:

Follow-up at Sick Call as Needed

Transfer to Local Hospital

## Other:

Place arm in flexed position at the elbow and held against chest with an ace wrap.

Will transfer to local ER for evaluation and treatment.

Patient was given 2 Tylenol #3 for pain.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/05/2018 | Counseling | Plan of Care | Holbrook, William | Verbalizes Understanding |

| | | | | |
|---|---|---|---|---|
| Inmate Name:  MAGEE, DRAESHUND KENAITAY | | | Reg #: | 14800-003 |
| Date of Birth:  09/21/1977 | Sex:  M   Race:  BLACK | | Facility: | TDG |
| Encounter Date: 01/05/2018 11:59 | Provider:  Holbrook, William MD/CD | | Unit: | B01 |

## Exam:

### Auscultation
Yes: Clear to Auscultation

### Cardiovascular
**Auscultation**
Yes: Regular Rate and Rhythm (RRR)

No: M/R/G

### Abdomen
**Palpation**
Yes: Soft

No: Tenderness on Palpation

### Musculoskeletal
**Shoulder**
Yes: Tenderness L

No: Normal Exam L, Full Range of Motion L, Normal Active ROM L, Normal Passive ROM L

**Spine-Cervical**
Yes: Normal Exam L

No: Tenderness L

**Spine-Thoracic**
Yes: Normal Exam L

No: Tenderness L

**Spine-Lumbar**
Yes: Normal Exam L

No: Tenderness L

## Exam Comments

Patient with an abrasion over his left 2nd and 3rd MCP joint. Normal grip strength.

He complains of pain over the right shoulder. He is unable to raise his right arm above his shoulder and can't move it behind his back.

X-ray shows dislocation. On exam, I am unable to palpate the head of the femur. On x-ray he appears to have a posterior right shoulder dislocation. Attempts to put traction on the arm to relocate were unsuccessful.

No C,T, or L spine tenderness noted.

Patient was in obvious pain and urinated on himself.

## ASSESSMENT:

Dislocation of shoulder joint, S43006S - Current - *Patient appears to have a posterior shoulder dislocation.*

## PLAN:

## New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: MAGEE, DRAESHUND KENAITAY | | Reg #: | 14800-003 |
| Date of Birth: 09/21/1977 | Sex:  M  Race:  BLACK | Facility: | TDG |
| Encounter Date: 01/05/2018 11:59 | Provider:  Holbrook, William MD/CD | Unit: | B01 |

Injury Assessment - Non-work related encounter performed at Health Services.

## SUBJECTIVE:

**INJURY  1**        **Provider:**  Holbrook, William MD/CD

**Date of Injury:**    01/05/2018 11:45        **Date Reported for Treatment:**    01/05/2018 11:59

**Work Related:**    No        **Work Assignment:**    FS AM COOK

**Pain Location:**    Shoulder-Right

**Pain Scale:**    10

**Pain Qualities:**  Sharp

**Where Did Injury Happen (Be specific as to location):**

Recreation yard

**Cause of Injury (Inmate's Statement of how injury occurred):**

He states he was trying to break up a fight, and his hand was scraped on the wall. He states that when he was cuffed his shoulder felt like it was pulled out of place

**Symptoms (as reported by inmate):**

Pain in his right shoulder.

## ROS:

**Musculoskeletal**

**General**

Yes: Shoulder Pain

## OBJECTIVE:

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/05/2018 | 12:05 TDG | 111 | | | Holbrook, William MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/05/2018 | 12:05 TDG | 127/85 | | | | Holbrook, William MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/05/2018 | 12:05 TDG | 96 | | Holbrook, William MD/CD |

**Exam:**

**General**

**Appearance**

Yes: Appears in Pain, Diaphoretic

No: Appears Well

**Neck**

**General**

Yes: Supple

**Pulmonary**

StatRad Exam Requisition                                                    Page 1 of 1



**Leading Teleradiology**

## FCI Talledega TDG

| | | | |
|---|---|---|---|
| Patient: | **MAGEE, DRAESHUND (Male)** | DOB: | 09/21/77 |
| Register#: | 14800-003 | Age: | 40 |
| Date: | 01/05/18 13:19 | Status: | OP |
| Slicecount: | 3 | | |
| History: | Injury to right shoulder | | |
| Priors: | | | |
| Exams: | FILM BILATERAL SHOULDERS | | |
| Referring Phy: | | | |
| Ordering Phy: | W. Holbrook, MD/CD. | | |
| Ordering Phy #: | | | |
| Accession Numbers: | 202#BOP218474039 | | |

---

**Final Report**

**Exam: FILM BILATERAL SHOULDERS**

**HISTORY: Injury to right shoulder.**

**TECHNIQUE: 3 views of the bilateral shoulders**

**COMPARISON: None**

**Findings:**
Anterior right shoulder joint dislocation. No acute fracture. The right acromioclavicular joint is intact. There is moderate joint space narrowing with osteophyte formation at the left glenohumeral joint, with a dystrophic 1 cm ossification at the superior left glenoid. There is mild inferior osteophyte formation at the left acromioclavicular joint. There is a 2 cm ossification projecting inferior to the left coracoid process. There is widening of the left subacromial space.

**Impression:**
Anterior right shoulder joint dislocation.
No acute fracture. The right acromioclavicular joint is intact.
Moderate osteoarthritis of the left glenohumeral joint with large inferior osteophyte formation. There is a 2 cm intra-articular ossification inferior to the left coracoid process, and a 1 cm dystrophic ossification superior to the left glenoid.
Marked widening of the left subacromial space, likely due to a large left shoulder joint effusion.
Mild osteoarthritis of the left acromioclavicular joint.

Radiologist:                    Patrick Choi, M.D.

Study ready at 13:19 and initial results transmitted at 13:26          *Pt. sent to ER.*

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | |
|---|---|---|---|
| **Complex:** TDG--TALLADEGA FCI | | **Begin Date:** 10/18/2017 | **End Date:** 10/18/2018 |
| **Inmate:** MAGEE, DRAESHUND KENAITAY | | **Reg #:** 14800-003 | **Quarter:** G07-011L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                                    Denied

## Active Prescriptions

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth each day
**Rx#:** 114142-TDG        **Doctor:** Lawrence, W. MD
**Start:** 04/07/17        **Exp:** 02/01/18        **D/C:** 02/01/18        **Pharmacy Dispensings:** 148 TAB in 823 days

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth each day
**Rx#:** 121776-TDG        **Doctor:** Lawrence, W. MD
**Start:** 02/01/18        **Exp:** 05/02/18        **D/C:** 03/23/18        **Pharmacy Dispensings:** 40 TAB in 523 days

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth each day
**Rx#:** 123323-TDG        **Doctor:** Lawrence, W. MD
**Start:** 03/23/18        **Exp:** 01/17/19        **D/C:** 01/11/19        **Pharmacy Dispensings:** 106 TAB in 473 days

Acetaminophen/Codeine 300/30MG Tab UD
***crush/empty*** Take two tablets  by mouth as one time dose ***pill line***
**Rx#:** 121044-TDG        **Doctor:** Holbrook, William MD/CD
**Start:** 01/05/18        **Exp:** 01/05/18        **Pharmacy Dispensings:** 0 TAB in 550 days

Acetaminophen/Codeine 300/30MG Tab UD
***crush/empty*** Take two tablets  by mouth three times daily for 3 days ***pill line***
**Rx#:** 121063-TDG        **Doctor:** Lawrence, W. MD
**Start:** 01/05/18        **Exp:** 01/08/18        **Pharmacy Dispensings:** 0 TAB in 550 days

hydroCHLOROthiazide 25 MG Tab
Take one tablet (25 MG) by mouth each day
**Rx#:** 114143-TDG        **Doctor:** Lawrence, W. MD
**Start:** 04/07/17        **Exp:** 02/01/18        **D/C:** 02/01/18        **Pharmacy Dispensings:** 148 TAB in 823 days

hydroCHLOROthiazide 25 MG Tab
Take one tablet (25 MG) by mouth each day
**Rx#:** 121777-TDG        **Doctor:** Lawrence, W. MD
**Start:** 02/01/18        **Exp:** 05/02/18        **D/C:** 03/23/18        **Pharmacy Dispensings:** 40 TAB in 523 days

| **Complex:** TDG--TALLADEGA FCI | **Begin Date:** 10/18/2017 | **End Date:** 10/18/2018 |
|---|---|---|
| **Inmate:** MAGEE, DRAESHUND KENAITAY | **Reg #:** 14800-003 | **Quarter:** G07-011L |

## Active Prescriptions

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each day

| **Rx#:** 123324-TDG | **Doctor:** Lawrence, W. MD | |
|---|---|---|
| **Start:** 03/23/18 | **Exp:** 01/17/19   **D/C:** 01/11/19 | **Pharmacy Dispensings:** 106 TAB in 473 days |

Ibuprofen 400 MG Tab

Take two tablets (800 MG) by mouth twice daily for 3 days

| **Rx#:** 121064-TDG | **Doctor:** Lawrence, W. MD | |
|---|---|---|
| **Start:** 01/05/18 | **Exp:** 01/08/18 | **Pharmacy Dispensings:** 12 TAB in 550 days |

Ibuprofen 400 MG Tab

Take two tablets (800 MG) by mouth three times daily for 7 days

| **Rx#:** 121394-TDG | **Doctor:** Holbrook, William MD/CD | |
|---|---|---|
| **Start:** 01/17/18 | **Exp:** 01/24/18 | **Pharmacy Dispensings:** 42 TAB in 538 days |

Ibuprofen 400 MG Tab

Take two tablets (800 MG) by mouth three times daily for 7 days *Please purchase from commissary when these are gone if needed*

| **Rx#:** 121947-TDG | **Doctor:** Thomas, Sabrina NP | |
|---|---|---|
| **Start:** 02/07/18 | **Exp:** 02/14/18 | **Pharmacy Dispensings:** 42 TAB in 517 days |

Sertraline HCl  25 MG Tab

Take one tablet (25 MG) by mouth each day *consent form on file * ***pill line*** #4 ***pill line***

| **Rx#:** 121583-TDG | **Doctor:** Holbrook, William MD/CD | |
|---|---|---|
| **Start:** 01/25/18 | **Exp:** 04/25/18   **D/C:** 03/23/18 | **Pharmacy Dispensings:** 60 TAB in 530 days |

Sertraline HCl  25 MG Tab

Take one tablet (25 MG) by mouth each day *consent form on file * ***pill line*** #4 ***pill line***

| **Rx#:** 123325-TDG | **Doctor:** Lawrence, W. MD | |
|---|---|---|
| **Start:** 03/23/18 | **Exp:** 01/17/19   **D/C:** 01/11/19 | **Pharmacy Dispensings:** 30 TAB in 473 days |

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | | Reg #: | 14800-003 |
| Date of Birth: | 09/21/1977 | Sex: | M    Race: BLACK | Facility: | TDG |
| Note Date: | 01/19/2018 14:04 | Provider: | Thomas, Sabrina NP | Unit: | Z02 |

Admin Note - General Administrative Note encounter performed at Special Housing Unit.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Thomas, Sabrina NP

Patient stopped staff during SHU rounds with several complaints at his cell window. Patient had complaints with shoulder pain and requested PT for his shoulder; about not being able to see and wanting glasses; continued pain that shoots into left testicle and problems with urination. Patient never mentioned anything about having anxiety or depression (which he had told psychology earlier in the day). Patient was instructed that only 1 problem is addressed at sick call. Patient chose to discuss his vision. Patient has visit with optometrist in scheduler already.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Thomas, Sabrina NP on 01/19/2018 14:13
Requested to be cosigned by Holbrook, William MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | | Reg #: | 14800-003 |
| Date of Birth: | 09/21/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/19/2018 14:04 | Provider: | Thomas, Sabrina NP | Facility: | TDG |

**Cosigned by Holbrook, William MD/CD on 01/19/2018 15:54.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | | Reg #: | 14800-003 |
| Date of Birth: | 09/21/1977 | Sex: | M    Race: BLACK | Facility: | TDG |
| Note Date: | 01/17/2018 12:16 | Provider: | Hansen, Celia RN/HSA | Unit: | Z02 |

Admin Note - Orders encounter performed at Special Housing Unit.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**       **Provider:**  Hansen, Celia RN/HSA

Inmate still complaining of right shoulder pain after dislocation secondary to fight.  Inmate continues to not follow medical instructions to not use right shoulder.  Keep arm in immobilizer sling and to not lift anything.  Spoke with MD and he ordered for inmate to have Ibuprofen for pain relief.
Inmate also complaining that water pill is not making him pee as much.  Instructed inmate to increase water intake.  He stated his urine was dark yellow.
He is on the list to see the optometrist for evaluation and glasses if indicated.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ibuprofen Tablet | 01/17/2018 12:16 | 400mg 2 tablets Orally -  three times a day x 7 day(s) |

    **Indication:** Dislocation of shoulder joint
    **Start Now:** Yes
        **Night Stock Rx#:**
        **Source:** Night Stock
        **Admin Method:** Self Administration
        **Stop Date:** 01/24/2018 12:15
        **MAR Label:** 400mg 2 tablets Orally -  three times a day x 7 day(s)
        **One Time Dose Given:** No

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:**  Yes    **By:**  Holbrook, William MD/CD
**Telephone or Verbal order read back and verified.**

Completed by Hansen, Celia RN/HSA on 01/17/2018 12:32
Requested to be cosigned by  Holbrook, William MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | | Reg #: | 14800-003 | |
| Date of Birth: | 09/21/1977 | Sex: | M | Race: | BLACK | |
| Encounter Date: | 01/19/2018 14:04 | Provider: | Thomas, Sabrina NP | Facility: | TDG | |

**Cosigned by Holbrook, William MD/CD on 01/19/2018 15:54.**

StatRad Exam Requisition                                                    Page 1 of 1



## FCI Talledega TDG

| | | | |
|---|---|---|---|
| Patient: | **MAGEE, DRAESHUND (Male)** | DOB: | 09/21/77 |
| Register#: | **14800-003** | Age: | 40 |
| Date: | 01/05/18 13:19 | Status: | OP |
| Slicecount: | 3 | | |
| History: | Injury to right shoulder | | |
| Priors: | | | |
| Exams: | FILM BILATERAL SHOULDERS | | |
| Referring Phy: | | | |
| Ordering Phy: | W. Holbrook, MD/CD | | |
| Ordering Phy #: | | | |

Accession Numbers: 202#BOP218474039

### Final Report

**Exam: FILM BILATERAL SHOULDERS**

**HISTORY: Injury to right shoulder**

**TECHNIQUE: 3 views of the bilateral shoulders**

**COMPARISON: None**

**Findings:**
Anterior right shoulder joint dislocation. No acute fracture. The right acromioclavicular joint is intact.
There is moderate joint space narrowing with osteophyte formation at the left glenohumeral joint, with
a dystrophic 1 cm ossification at the superior left glenoid. There is mild inferior osteophyte formation
at the left acromioclavicular joint. There is a 2 cm ossification projecting inferior to the left coracoid
process. There is widening of the left subacromial space.

**Impression:**
Anterior right shoulder joint dislocation.
No acute fracture. The right acromioclavicular joint is intact.
Moderate osteoarthritis of the left glenohumeral joint with large inferior osteophyte formation. There is
a 2 cm intra-articular ossification inferior to the left coracoid process, and a 1 cm dystrophic
ossification superior to the left glenoid.
Marked widening of the left subacromial space, likely due to a large left shoulder joint effusion.
Mild osteoarthritis of the left acromioclavicular joint.

Radiologist:              Patrick Choi, M.D.

Study ready at 13:19 and initial results transmitted at 13:26          *Pt. sent to ER.*

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | | Reg #: | 14800-003 | |
| Date of Birth: | 09/21/1977 | Sex: | M | Race: | BLACK | |
| Scanned Date: | 01/08/2018 11:06 EST | | | Facility: | TDG | |

**Reviewed by Lawrence, W. MD on 01/08/2018 13:10.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | |
|---|---|
| Inmate Name: MAGEE, DRAESHUND KENAITAY | Reg #: 14800-003 |
| Date of Birth: 09/21/1977 | Sex: M Race: BLACK | Facility: TDG |
| Encounter Date: 01/10/2019 14:29 | Provider: Lawrence, W. MD | Unit: G07 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**          **Provider:** Lawrence, W. MD

**Chief Complaint:** No Complaint(s)

**Subjective:** patient is here for annual chronic care follow-up. Feels fairly well today, complaining of difficulty with vision even with glasses, urinary discomfort, and knee and shoulder pain at times. No other new or acute problems voiced. Patient still on sertraline.

**Pain:** Not Applicable

**Seen for clinic(s):** Hypertension

**ROS:**

**General**

**Constitutional Symptoms**

No: Fever, Fever, lasting greater than one week, Night Sweats, Unexplained Weight Loss

**Cardiovascular**

**General**

Yes: Hx Hypertension

No: Angina, Exertional dyspnea, Orthopnea, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

No: Cough, lasting greater than one week, Dyspnea, Hemoptysis, Night Sweats

**Psychiatric**

**General**

Yes: Anxiety-Mild, Sleep Impaired, Sleep-Decreased

No: Mood Impaired, Anxious, Panic Attacks, Energy Impaired, Appetite Impaired, Hallucinations, Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts

**OBJECTIVE:**

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 01/10/2019 | 14:41 | TDG | 79 | | | Lawrence, W. MD |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 01/10/2019 | 14:41 | TDG | 16 | Lawrence, W. MD |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 01/10/2019 | 14:41 | TDG | 136/89 | | | | Lawrence, W. MD |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 01/10/2019 | 14:41 | TDG | 291.0 | 132.0 | | Lawrence, W. MD |

**Exam:**

| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | | | | Reg #: | 14800-003 |
| Date of Birth: | 09/21/1977 | Sex: | M | Race: | BLACK | Facility: | TDG |
| Encounter Date: | 04/18/2019 10:51 | Provider: | Mourtada, Mounir MLP | | | Unit: | G07 |

## PLAN:

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-P-PSA, Free | One Time | 05/02/2019 00:00 | Routine |
| **Labs requested to be reviewed by:** | Holbrook, William MD/CD | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/18/2019 | Counseling | Plan of Care | Mourtada, Mounir | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Mourtada, Mounir MLP on 04/18/2019 11:04

# Bureau of Prisons
# Health Services
# Inmate Report Only (formerly labeled ISDS)

**Reg #:** 14800-003          **Inmate Name:** MAGEE, DRAESHUND KENAITAY

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To: _____          Transfer Date: 04/11/2018

## Health Problems

| Health Problem | Status |
| --- | --- |
| Anxiety disorder | Current |
|    will check labs and start patient on Zoloft. | |
| Myopia | Current |
| Astigmatism | Current |
| Unspecified disorder of refraction | Current |
| Essential (primary) hypertension | Current |
|    Dxed 2015. On HCTZ and Norvasc.. | |
| Dislocation of shoulder joint | Current |
|    Patient appears to have a posterior shoulder dislocation. | |
| Adverse effect of other drugs, medicaments and biological substances | Current |
|    smoking evaluation | |
| Encounter for exam for admission to prison without abnormal findings | Current |
|    Normal exam today | |

**Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**

amLODIPine 10 MG TAB  Exp: 01/17/2019  SIG: Take one tablet (10 MG) by mouth each day
Hydrochlorothiazide 25 MG Tab  Exp: 01/17/2019  SIG: Take one tablet (25 MG) by mouth each day
Sertraline HCl  25 MG Tab  Exp: 01/17/2019  SIG: Take one tablet (25 MG) by mouth each day *consent form on file
* ***pill line*** #4 ***pill line***

**OTCs: Listing of all known OTCs this inmate is currently taking.**
   None

## Pending Appointments

| Date | Time | Activity | Provider |
| --- | --- | --- | --- |
| 02/02/2019 | 00:00 | PPD Administration | Nurse |
| 03/25/2019 | 00:00 | Chronic Care Visit | Physician |

**TB Clearance:** Yes

| | | | |
| --- | --- | --- | --- |
| Last PPD Date: 02/02/2018 | | Induration: 0mm | |
| Last Chest X-Ray Date: | | Results: | |
| TB Treatment: | | Sx free for 30 days: Yes | |
| TB Follow-up Recommended: No | | | |

## Sickle Cell:
Sickle Cell Trait/Disease:          Not applicable.
                                    FOR ISDS ONLY

## Limitations/Restrictions/Diets:
Cleared for Food Service: Yes

## Comments:

## Allergies
No Known Allergies

## Devices / Equipment
Eye Glasses

**Reg #:**  14800-003                    **Inmate Name:**  MAGEE, DRAESHUND KENAITAY

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**Travel:**
    Direct Travel: No
    Travel Restrictions:  None
**UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

**Transfer From Institution:**  TALLADEGA FCI                    Phone Number: 2563154100
    Address 1:   565 EAST RENFROE ROAD
    Address 2:
    City/State/Zip:   TALLADEGA, Alabama 35160

Name/Title of Person Completing Form:  Gill, Rebecca RN                              Date:   04/10/2018

Inmate Name:   MAGEE, DRAESHUND KENAITAY  Reg #:   14800-003   DOB:   09/21/1977   Sex:   M

TRULINCS  14800003 - MAGEE, DRAESHUND KENAITAY - Unit: TDG-G-B

--------------------------------------------------------------------------------

FROM: Health Services
TO: 14800003
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/16/2020 05:07:02 PM

You have consults pending scheduling for ortho for both your shoulder and your knee.
W. Mark Holbrook, MD

>>> ~^!"MAGEE, ~^!DRAESHUND KENAITAY" <14800003@inmatemessage.com> 1/14/2020 8:51 AM >>>
To: Warden Nash,Wil;iiams,Jensen, Exec. Ms.Benton
Inmate Work Assignment: dinning hall

I have suffuered from injury at this Talladega,Al. FCI, of a dis-located shoulder and had surgery performed to adress the
injury.The surgeon prescribed for me to recieve follow-up aftercare with an Orthopedic Physician,and these orders and or
prescription have not been addressed.I have filled tort claim and have requested medical help at this Talladega FCI on
numerous sick-calls and have not had my shoulder fixed and or repaired with the prescribed orders of the surgeon.My question
to you "Is this previous complaint a matter that I need to address to the DOJ OIG",I have also been complaining about my left
Knee for two and a half years and have filled out several sick calls and have been charged over and over and haven't recieved
any help,will you all please inform me of who to address these complaints to concerning this relentless pain.

Case 1:20-cv-00294-MHH-HNJ    Document 1    Filed 03/04/20    Page 35 of 140

14800-003    MAGEE, DRAESHUND

# Medication Administration Record

January 2018

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ord. Date** 01/05/18 19:05 **Exp. Date** 01/08/18 19:04 **TDG** **Order** — Lawrence, W. MD — **2 tabs Orally Mouth - three times a day x 3 day(s) Pill Line Only -- per RBTO Dr Lawrence.** — Acetaminophen/Codeine 300/30 MG Tablets | 0600 | | | | | | ORD DJH 10:10 | ORD KDS 09:37 | ORD KAA 07:45 | | | | | | | | | | | | | | | | | | | | | | | |
| | 1200 | | | | | | ORD DJH 13:48 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1800 | | | | | ORD DJH 19:17 | ORD DJH 18:25 | ORD RJG 19:38 | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 01/05/18 19:05 **Exp. Date** 01/08/18 19:04 **TDG** 121063-TDG — Lawrence, W. MD — ***crush/empty*** Take two tablets by mouth three times daily for 3 days** — Acetaminophen/Codeine 300/30MG Tab UD | 1200 | | | | | | 2 KAA 11:32 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1800 | | | | | | 2 RJG 19:57 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 01/25/18 08:04 **Exp. Date** 03/23/18 13:55 **TDG** 121583-TDG — Holbrook, William MD/CD — **Take one tablet (25 MG) by mouth each day *consent form on file * ***pill line*** #4** — Sertraline HCl 25 MG Tab | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | 1 KDS 19:10 | 1 BAC 16:49 | 1 KDS 20:05 | 1 RJG 20:10 | 1 RJG 20:41 | 1 DJH 18:57 | 1 DJH 19:06 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 01/05/18 11:59 **Exp. Date** 01/05/18 12:00 **TDG** 121044-TDG — Holbrook, William MD/CD — ***crush/empty*** Take two tablets by mouth as one time dose** — Acetaminophen/Codeine 300/30MG Tab UD | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: KDS = Schaefer, K. | DJH = Hulsey, D. | KAA = Askew, K. | BAC = Cook, B. | RJG = Gill, R.

Documentation Codes: ORD = Order

| Registration #: 14800-003 | Pt. Name: MAGEE, DRAESHUND | DOB: 09/21/77 |
|---|---|---|

Report information is current as of the date and time of printing:  07/09/2019 12:30 EST

# Bureau of Prisons
## Health Services
## PPDs

| Reg #: 14800-003 | | Inmate Name: MAGEE, DRAESHUND KENAITAY | | | |
|---|---|---|---|---|---|

| **Admin:** | **Location** | **Provider** | **Reading:** | **Induration** | **Provider** |
|---|---|---|---|---|---|
| 03/18/2019  12:55 | Left Forearm | Cook, Bradley RN/IDC | 03/20/2019  14:54 | 0 mm | Cook, Bradley RN/IDC |
| **Orig Entered:** | 03/18/2019 13:56 EST  Cook, Bradley RN/IDC | | **Orig Entered:** 03/20/2019 15:55 EST  Cook, Bradley RN/IDC | | |
| 01/31/2018  13:03 | Left Forearm | Cook, Bradley RN/IDC | 02/02/2018  10:15 | 0 mm | Cook, Bradley RN/IDC |
| **Orig Entered:** | 01/31/2018 14:04 EST  Cook, Bradley RN/IDC | | **Orig Entered:** 02/02/2018 11:15 EST  Cook, Bradley RN/IDC | | |
| Hx of | Documented Reading Hx | | 02/23/2017  00:00 | 0 mm | Harris, T. RN/IOP/IDC |
| | | | **Orig Entered:** 03/29/2017 14:49 EST  Harris, T. RN/IOP/IDC | | |

**Total:  3**

Case 1:20-cv-00294-MHH-HNJ    Document 1    Filed 03/04/20

Inmate Name:  MAGEE, DRAESHUND KENAITAY                                           Reg #:    14800-003
Date of Birth:  09/21/1977                          Sex:    M    Race:  BLACK      Facility:  TDG
Encounter Date: 01/05/2018 11:59                    Provider:  Holbrook, William MD/CD    Unit:    B01

## New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 01/05/2018 11:59 | 2 tabs Orally  one time x 1 day(s) Pill Line Only |

          **Indication:** Dislocation of shoulder joint
          **Start Now:** Yes
             **Night Stock Rx#:**
             **Source:** Sub Stock Location
             **Admin Method:** Pill Line
             **Stop Date:** 01/06/2018 11:58
             **MAR Label:** 2 tabs Orally  one time x 1 day(s) Pill Line Only
             **One Time Dose Given:** No

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 01/05/2018 | 01/05/2018 | Emergent | No | |

        **Subtype:**
           Emergency Room
        **Reason for Request:**
           Patient was involved in an altercation on the recreation yard. He complained of pain and states that it felt like his shoulder came out of place when he was cuffed. He had profuse diaphoresis and urinated on himself while complaining of pain. X-ray shows right shoulder dislocation that appears to be posterior. He was given 2 Tylenol #3 for pain.
        **Provisional Diagnosis:**
           Right shoulder dislocation.

## Disposition:

    Follow-up at Sick Call as Needed
    Transfer to Local Hospital

## Other:

    Place arm in flexed position at the elbow and held against chest with an ace wrap.

    Will transfer to local ER for evaluation and treatment.

    Patient was given 2 Tylenol #3 for pain.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/05/2018 | Counseling | Plan of Care | Holbrook, William | Verbalizes Understanding |

Inmate Name:   MAGEE, DRAESHUND KENAITAY                                          Reg #:    14800-003
Date of Birth:   09/21/1977                        Sex:      M    Race:  BLACK      Facility:  TDG
Encounter Date:  01/05/2018 11:59                  Provider:  Holbrook, William MD/CD    Unit:      B01

**Copay Required:** No              **Cosign Required:**  No
**Telephone/Verbal Order:**   No


Completed by Holbrook, William MD/CD on 01/05/2018 13:04

| | | | |
|---|---|---|---|
| Inmate Name: | MAGEE, DRAESHUND KENAITAY | Reg #: | 14800-003 |
| Date of Birth: | 09/21/1977 | Facility: | TDG |
| Encounter Date: | 01/05/2018 11:59 | Unit: | B01 |

Sex: M  Race: BLACK
Provider: Holbrook, William MD/CD

## New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 01/05/2018 11:59 | 2 tabs Orally one time x 1 day(s) Pill Line Only |

**Indication:** Dislocation of shoulder joint
**Start Now:** Yes
    **Night Stock Rx#:**
    **Source:** Sub Stock Location
    **Admin Method:** Pill Line
    **Stop Date:** 01/06/2018 11:58
    **MAR Label:** 2 tabs Orally one time x 1 day(s) Pill Line Only
    **One Time Dose Given:** No

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 01/05/2018 | 01/05/2018 | Emergent | No | |

    **Subtype:**
        Emergency Room
    **Reason for Request:**
        Patient was involved in an altercation on the recreation yard. He complained of pain and states that it felt like his shoulder came out of place when he was cuffed. He had profuse diaphoresis and urinated on himself while complaining of pain. X-ray shows right shoulder dislocation that appears to be posterior. He was given 2 Tylenol #3 for pain.
    **Provisional Diagnosis:**
        Right shoulder dislocation.

## Disposition:

Follow-up at Sick Call as Needed
Transfer to Local Hospital

## Other:

Place arm in flexed position at the elbow and held against chest with an ace wrap.

Will transfer to local ER for evaluation and treatment.

Patient was given 2 Tylenol #3 for pain.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/05/2018 | Counseling | Plan of Care | Holbrook, William | Verbalizes Understanding |

| | |
|---|---|
| Inmate Name: MAGEE, DRAESHUND KENAITAY | Reg #: 14800-003 |
| Date of Birth: 09/21/1977     Sex: M   Race: BLACK | Facility: TDG |
| Encounter Date: 01/05/2018 11:59     Provider: Holbrook, William MD/CD | Unit: B01 |

## Exam:

### Auscultation
Yes: Clear to Auscultation

### Cardiovascular
### Auscultation
Yes: Regular Rate and Rhythm (RRR)

No: M/R/G

### Abdomen
### Palpation
Yes: Soft

No: Tenderness on Palpation

### Musculoskeletal
### Shoulder
Yes: Tenderness L

No: Normal Exam L, Full Range of Motion L, Normal Active ROM L, Normal Passive ROM L

### Spine-Cervical
Yes: Normal Exam L

No: Tenderness L

### Spine-Thoracic
Yes: Normal Exam L

No: Tenderness L

### Spine-Lumbar
Yes: Normal Exam L

No: Tenderness L

## Exam Comments

Patient with an abrasion over his left 2nd and 3rd MCP joint. Normal grip strength.

He complains of pain over the right shoulder. He is unable to raise his right arm above his shoulder and can't move it behind his back.

X-ray shows dislocation. On exam, I am unable to palpate the head of the femur. On x-ray he appears to have a posterior right shoulder dislocation. Attempts to put traction on the arm to relocate were unsuccessful.

No C,T, or L spine tenderness noted.

Patient was in obvious pain and urinated on himself.

## ASSESSMENT:

Dislocation of shoulder joint, S43006S - Current - *Patient appears to have a posterior shoulder dislocation.*

## PLAN:

## New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  MAGEE, DRAESHUND KENAITAY | | Reg #:    14800-003 |
| Date of Birth:  09/21/1977 | Sex:    M    Race:  BLACK | Facility:  TDG |
| Encounter Date: 01/05/2018 11:59 | Provider:  Holbrook, William MD/CD | Unit:      B01 |

Injury Assessment - Non-work related encounter performed at Health Services.

**SUBJECTIVE:**

**INJURY  1**        **Provider:**   Holbrook, William MD/CD

> **Date of Injury:**    01/05/2018 11:45        **Date Reported for Treatment:**    01/05/2018 11:59
> **Work Related:**    No        **Work Assignment:**    FS AM COOK
> **Pain Location:**    Shoulder-Right
> **Pain Scale:**    10
> **Pain Qualities:**  Sharp
> **Where Did Injury Happen (Be specific as to location):**
> Recreation yard
> **Cause of Injury (Inmate's Statement of how injury occurred):**
> He states he was trying to break up a fight, and his hand was scraped on the wall. He states that when he ~~was cuffed his~~ shoulder felt like it was pulled out of place.
> **Symptoms (as reported by inmate):**
> Pain in his right shoulder.

**ROS:**

**Musculoskeletal**
> **General**
> Yes: Shoulder Pain

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 01/05/2018 | 12:05 TDG | 111 | | | | Holbrook, William MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/05/2018 | 12:05 TDG | 127/85 | | | | Holbrook, William MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/05/2018 | 12:05 TDG | 96 | | Holbrook, William MD/CD |

**Exam:**

**General**
> **Appearance**
> Yes: Appears in Pain, Diaphoretic
> No: Appears Well

**Neck**
> **General**
> Yes: Supple

**Pulmonary**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | Reg #: | 14800-003 |
| Date of Birth: | 09/21/1977 | Sex: M | Race: | BLACK |
| Encounter Date: | 01/05/2018 19:05 | Provider: Hulsey, Donald RN | Facility: | TDG |

**Cosigned by Lawrence, W. MD on 01/08/2018 08:15.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MAGEE, DRAESHUND KENAITAY | Reg #: | 14800-003 |
| Date of Birth: 09/21/1977 | Sex: M Race: BLACK | Facility: TDG |
| Encounter Date: 01/05/2018 19:05 | Provider: Hulsey, Donald RN | Unit: Z01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Hulsey, Donald RN

**Chief Complaint:** ORTHOPEDIC/RHEUMATOLOGY

**Subjective:** Patient is a med trip return from Coosa Valley medical Center with shoulder immobilizer intact to right shoulder and right arm at present time.

**Pain:** Yes

**Pain Assessment**

**Date:** 01/05/2018 19:09

**Location:** Shoulder-Right

**Quality of Pain:** Sharp

**Pain Scale:** 8

**Intervention:** none

**Trauma Date/Year:**

**Injury:**

**Mechanism:**

**Onset:** 6-12 Hours

**Duration:** 6-12 Hours

**Exacerbating Factors:** movement of arm

**Relieving Factors:** none

**Comments:**

**OBJECTIVE:**

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/05/2018 | 19:10 TDG | 138/82 | | | | Hulsey, Donald RN |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Exam Comments**

Patient has Right shoulder arm immobilizer intact. Notified Dr Lawrence of med trip return Dc instructions with new orders received.

**ASSESSMENT:**

| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | | | | Reg #: | 14800-003 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 09/21/1977 | | Sex: | M | Race: BLACK | Facility: | TDG |
| Encounter Date: | 01/05/2018 19:05 | | Provider: | Hulsey, Donald RN | | Unit: | Z01 |

Alteration in comfort
Right arm and right shoulder pain.


**PLAN:**

**New Medication Orders:**

| <u>Rx#</u> | <u>Medication</u> | <u>Order Date</u> | <u>Prescriber Order</u> |
|---|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 01/05/2018 19:05 | 2 tabs Orally Mouth - three times a day x 3 day(s) Pill Line Only -- per RBTO Dr Lawrence. |

    **Start Now:** Yes
    **Night Stock Rx#:**
    **Source:** Night Stock
    **Admin Method:** Pill Line
    **Stop Date:** 01/08/2018 19:04
    **MAR Label:** 2 tabs Orally Mouth - three times a day x 3 day(s) Pill Line Only -- per RBTO Dr Lawrence.
    **One Time Dose Given:** No

| | Ibuprofen Tablet | 01/05/2018 19:05 | 800mg Orally Mouth - Two Times a Day x 3 day(s) -- Per RBTO Dr Lawrence. take on full stomach. |
|---|---|---|---|

    **Start Now:** Yes
    **Night Stock Rx#:**
    **Source:** Night Stock
    **Admin Method:** Self Administration
    **Stop Date:** 01/08/2018 19:04
    **MAR Label:** 800mg Orally Mouth - Two Times a Day x 3 day(s) -- Per RBTO Dr Lawrence. take on full stomach.
    **One Time Dose Given:** No


**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| <u>Date Initiated</u> | <u>Format</u> | <u>Handout/Topic</u> | <u>Provider</u> | <u>Outcome</u> |
|---|---|---|---|---|
| 01/05/2018 | Counseling | Plan of Care | Hulsey, Donald | Verbalizes Understanding |

| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | | Reg #: | 14800-003 |
Date of Birth: 09/21/1977
Encounter Date: 01/06/2018 08:33

Sex: M   Race: BLACK
Provider: Hulsey, Donald RN

Reg #: 14800-003
Facility: TDG
Unit: Z02

## PLAN:

### Disposition:

Follow-up at Sick Call as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/06/2018 | Counseling | Plan of Care | Hulsey, Donald | Verbalizes Understanding |

**Copay Required:** No   **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes   **By:** Lawrence, W. MD
**Telephone or Verbal order read back and verified.**


Completed by Hulsey, Donald RN on 01/06/2018 08:39
Requested to be cosigned by Lawrence, W. MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | | Reg #: 14800-003 |
| Date of Birth: | 09/21/1977 | Sex: | M   Race: BLACK | Facility: TDG |
| Encounter Date: | 01/06/2018 08:33 | Provider: | Hulsey, Donald RN | Unit: Z02 |

Nursing - Medical Trip Return encounter performed at Special Housing Unit.

## SUBJECTIVE:

**COMPLAINT 1**          **Provider:** Hulsey, Donald RN

**Chief Complaint:** ORTHOPEDIC/RHEUMATOLOGY

**Subjective:**   Patient stated he went to hospital because his right shoulder was dislocated.

**Pain:**        Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 01/06/2018 08:34 |
| **Location:** | Shoulder-Right |
| **Quality of Pain:** | Sharp |
| **Pain Scale:** | 6 |
| **Intervention:** | immobilizer |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 12-24 hours |
| **Duration:** | 12-24 Hours |
| **Exacerbating Factors:** | movement |
| **Relieving Factors:** | none |
| **Comments:** | |

## OBJECTIVE:

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

### Exam Comments

Educated patient to keep his shoulder and right arm immobilizer on as instructed until his follow up with orthopedist and patient verbalized understanding.

## ASSESSMENT:

Other

Immobilizer to right arm and right shoulder intact per med trip return assessment.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | | Reg #: | 14800-003 |
| Date of Birth: | 09/21/1977 | Sex: M | Race: BLACK | Facility: | TDG |
| Note Date: | 02/07/2018 13:39 | Provider: | Schaefer, K. RN | Unit: | Z02 |

Admin Note - Medication Reconciliation encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**         **Provider:** Schaefer, K. RN
Renew expired or expiring prescriptions. Continued pain from past right shoulder dislocation

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 121394-TDG | Ibuprofen 400 MG Tab | 02/07/2018 13:39 | Take two tablets (800 MG) by mouth three times daily for 7 days x 7 day(s) |

**Indication:** Dislocation of shoulder joint

**Copay Required:** No         **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes     **By:** Thomas, Sabrina NP
**Telephone or Verbal order read back and verified.**

Completed by Schaefer, K. RN on 02/07/2018 13:52
Requested to be cosigned by Thomas, Sabrina NP.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Holbrook, William MD/CD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | | Reg #: | 14800-003 |
| Date of Birth: | 09/21/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 02/07/2018 13:39 | Provider: | Schaefer, K. RN | Facility: | TDG |

**৲, William MD/CD on 02/07/2018 16:02.**

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08    **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

# Discharge-Home Instructions

**Discharge Diagnosis**

Shoulder Pain

Anterior dislocation of shoulder joint (disorder)

**Discharge Activity**

Exhibit
"B"
41 pages Front and Back

**Discharge Diet**

**Discharge Instructions**

 Return to ED or Follow up with your Primary Care Physician if feeling worse or experiencing new symptoms.

Follow up with Orthopedist, keep shoulder immobilizer in place until Ortho follow up

**Discharge Prewritten Instructions**

Shoulder Dislocation

Shoulder Immobilizer

| Follow Up Date/Time | Practitioner Name | Clinic Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|
| | Holbrook | | | | | | |

**Comments**

**Prescriptions**

Rx: **Voltaren 75 mg Tab, Patient Instructions: take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours** VOID VOID VOID VOID VOID **Refills 0** VOID **Qty 20 Ta**

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 1/5/2018 6:15:21 PM | Received transitional record: Diagnosis, Diagnostic Results, Procedures, Follow-up/Patient Instructions, and Home Medication List | |
| **Discharge Date/Time:** | 1/5/2018 4:47:00 PM | | |
| **Attending Physician:** | Ruth MD, Robert | All patients must follow up with a doctor within 48 hours if there are still medical symptoms or problems. | |
| **Language:** | English | | |
| **Nurse Signature:** | | **Patient Signature:** | |

**Coosa Valley Medical Center**

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

Printed  01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance |
|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST |

Allergies: No Known Allergies

| | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|
| | 122.47kg | 170.18cm | 253215 | 886401 |
| Reg. Date | 01/05/2018 14:08 | | Room | ED:08- |
| Adm. Date | 01/05/2018 14:08 | | | |

# Patient Medication List

# Effective Date:_____

## Important: Only take the medications listed below.  Do not take any other prescription medications, over the counter medications or herbal medications without consulting your Doctor(s)

| Medication | Physician Name |
|---|---|
| amLODIPine 10 mg tablet, take 1 TABLET(10 mg) by Oral route daily | Ruth MD, Robert |

USES:  Amlodipine is used with or without other medications to treat high blood pressure. Lowering high blood pressure helps prevent strokes, heart attacks, and kidney problems. Amlodipine belongs to a class of drugs known as calcium channel blockers. It works by relaxing blood vessels so blood can flow more easily.

Amlodipine is also used to prevent certain types of chest pain (angina). It may help to increase your ability to exercise and decrease the frequency of angina attacks. It should not be used to treat attacks of chest pain when they occur. Use other medications (such as sublingual nitroglycerin) to relieve attacks of chest pain as directed by your doctor.

| Voltaren 75 mg Tab, take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours | Ruth MD, Robert |
|---|---|

USES:  Diclofenac is used to relieve pain, swelling (inflammation), and joint stiffness caused by arthritis. Reducing these symptoms helps you do more of your normal daily activities. This medication is known as a nonsteroidal anti-inflammatory drug (NSAID).

If you are treating a chronic condition such as arthritis, ask your doctor about non-drug treatments and/or using other medications to treat your pain. See also Warning section.

# Shoulder Immobilizer

Your doctor has given you a shoulder immobilizer. This can be used to treat shoulder fractures and dislocations. It keeps the arm supported next to the body, and prevents it from swinging loose and from further injury or pain. **Shoulder fractures and dislocations usually take 4-6 weeks to heal.**

HOME CARE INSTRUCTIONS
- To reduce irritation in your armpit, use powder or pads to absorb any sweat.
- Your immobilizer may be removed and washed as directed, but do not use your arm for any work out of the immobilizer unless your doctor approves.
- Always wear your immobilizer at night.
- Call your doctor if you have any questions about your injury or how to use this device.

Document Released: 01/25/2006 Document Revised: 03/11/2013 Document Reviewed: 12/04/2008
ExitCare® Patient Information ©2013 ExitCare, LLC.

You also may need to have surgery if you have a weak shoulder joint or ligaments, and you have recurring shoulder dislocations, despite rehabilitation. In rare cases, surgery is necessary if your nerves or blood vessels are damaged during the dislocation.

After your reduction, your arm will be placed in a shoulder immobilizer or sling to keep it from moving. Your caregiver will have you wear your shoulder immoblizer or sling for 3 days to 3 weeks, depending on how serious your dislocation is. When your shoulder immobilizer or sling is removed, your caregiver may prescribe physical therapy to help improve the range of motion in your shoulder joint.

HOME CARE INSTRUCTIONS
The following measures can help to reduce pain and speed up the healing process:

- Rest your injured joint. **Do not** move it. Avoid activities similar to the one that caused your injury.
- Apply ice to your injured joint for the first day or two after your reduction or as directed by your caregiver. Applying ice helps to reduce inflammation and pain.
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 15 to 20 minutes at a time, every 2 hours while you are awake.
- Exercise your hand by squeezing a soft ball. This helps to eliminate stiffness and swelling in your hand and wrist.
- Take over-the-counter or prescription medicine for pain or discomfort as told by your caregiver.

**SEEK IMMEDIATE MEDICAL CARE IF:**
- Your shoulder immobilizer or sling becomes damaged.
- Your pain becomes worse rather than better.
- You lose feeling in your arm or hand, or they become white and cold.

**MAKE SURE YOU:**
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 09/12/2002 Document Revised: 03/11/2013 Document Reviewed: 10/07/2012
ExitCare® Patient Information ©2013 ExitCare, LLC.

# Shoulder Dislocation

Your shoulder is made up of three bones: the collar bone (*clavicle*); the shoulder blade (*scapula*), which includes the socket (*glenoid cavity*); and the upper arm bone (*humerus*). Your shoulder joint is the place where these bones meet. Strong, fibrous tissues hold these bones together (*ligaments*). Muscles and strong, fibrous tissues that connect the muscles to these bones (*tendons*) allow your arm to move through this joint. The range of motion of your shoulder joint is more extensive than most of your other joints, and the glenoid cavity is very shallow. That is the reason that your shoulder joint is one of the most



unstable joints in your body. It is far more prone to dislocation than your other joints. Shoulder dislocation is when your humerus is forced out of your shoulder joint.

CAUSES
Shoulder dislocation is caused by a forceful impact on your shoulder. This impact usually is from an injury, such as a sports injury or a fall.

SYMPTOMS
Symptoms of shoulder dislocation include:

- Deformity of your shoulder.
- Intense pain.
- Inability to move your shoulder joint.
- Numbness, weakness, or tingling around your shoulder joint (your neck or down your arm).
- Bruising or swelling around your shoulder.

DIAGNOSIS
In order to diagnose a dislocated shoulder, your caregiver will perform a physical exam. Your caregiver also may have an X-ray exam done to see if you have any broken bones. Magnetic resonance imaging (MRI) is a procedure that sometimes is done to help your caregiver see any damage to the soft tissues around your shoulder, particularly your rotator cuff tendons. Additionally, your caregiver also may have electromyography done to measure the electrical discharges produced in your muscles if you have signs or symptoms of nerve damage.

TREATMENT
A shoulder dislocation is treated by placing the humerus back in the joint (*reduction*). Your caregiver does this either manually (*closed reduction*), by moving your humerus back into the joint through manipulation, or through surgery (*open reduction*). When your humerus is back in place, severe pain should improve almost immediately.

**Coosa Valley Medical Center**

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

Printed  01/06/2018 2:32

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 120.20kg | 170.18cm | 253215 | 886481 |

Allergies: No Known Allergies

**Reg. Date** 01/06/2018 0:49      **Room** ED:09-
**Adm. Date** 01/06/2018 0:49

# Patient Medication List
# Effective Date:_____

**Important: Only take the medications listed below.  Do not take any other prescription medications, over the counter medications or herbal medications without consulting your Doctor(s)**

| Medication | Physician Name |
|---|---|
| amLODIPine 10 mg tablet, take 1 TABLET(10 mg) by Oral route daily | Blanco MD, Jorge |

> USES:  Amlodipine is used with or without other medications to treat high blood pressure. Lowering high blood pressure helps prevent strokes, heart attacks, and kidney problems. Amlodipine belongs to a class of drugs known as calcium channel blockers. It works by relaxing blood vessels so blood can flow more easily.
>
> Amlodipine is also used to prevent certain types of chest pain (angina). It may help to increase your ability to exercise and decrease the frequency of angina attacks. It should not be used to treat attacks of chest pain when they occur. Use other medications (such as sublingual nitroglycerin) to relieve attacks of chest pain as directed by your doctor.

| Voltaren 75 mg Tab, take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours | Blanco MD, Jorge |

> USES:  Diclofenac is used to relieve pain, swelling (inflammation), and joint stiffness caused by arthritis. Reducing these symptoms helps you do more of your normal daily activities. This medication is known as a nonsteroidal anti-inflammatory drug (NSAID).
>
> If you are treating a chronic condition such as arthritis, ask your doctor about non-drug treatments and/or using other medications to treat your pain. See also Warning section.

**4825**   |||||||||||||||||||||||||   10629486 LI-22 T-4825 5/17/18

| | |
|---|---|
| Patient Name<br>**14800-003 LI-22** | Customer PO<br>**#TB130143**     **624046** |
| Customer Code and Name<br>**328918 - SUSAN JACKSON** | *MaGee, Draeshund* (handwritten) |

Frame Style - Color - Size
**NTC-2 BLK 52.24.150**

**675254190083** Frame SKU

**013** Frame Bin

*no show 6-6-18* (handwritten)

| | A | B | ED | Circ | DBL |
|---|---|---|---|---|---|
| R | 51.41 | 41.05 | 54.52 | 151.68 | 23.06 |
| L | 51.53 | 41.07 | 54.60 | 151.92 | |

*no show 6/18/18* (handwritten)

| Material | Lens Type | Color | Vendor | Blank Size | Base | Add |
|---|---|---|---|---|---|---|
| R POLY | SV | SRC1 | SHORE | 70 | 5.50 | |
| | Right Lens Bin 05 | | 0037605607 | Right Lens SKU | | |
| | Left Lens Bin 05 | | 0037605607 | Left Lens SKU | | |
| L POLY | SV | SRC1 | SHORE | 70 | 5.50 | |

| | Sphere | Cylinder | Axis | Far PD / Near PD | Add | Seg Ht | BOC | Prism 1 | Prism 2 |
|---|---|---|---|---|---|---|---|---|---|
| R | -1.75 | -1.00 | 121 | 33.00 | | | | | |
| L | -1.50 | 0.00 | 0 | 33.00 | | | | | |

| | | |
|---|---|---|
| **RIGHT LENS** | PL POLY SV SRC SHRLN 70S 550 | 13.00 |
| **LEFT LENS** | PL POLY SV SRC SHRLN 70S 550 | 13.00 |
| **FRAME** | NTC-2 BLK 52.24.150 | 15.00 |
| | *** RUSH *** | |
| **MISCELLANEOUS CHARGES** | | 0.00 |
| | | $  41.00 |

**SHIP TO:** 328918
**SUSAN JACKSON**
**FCI TALLADEGA #TB130143  565 EAST RENFROE ROAD**
**TALLADEGA, AL  35160**

| | |
|---|---|
| Purchase Order #<br>**#TB130143** | 14800-003 LI-22<br>10629486 LI-22 T-4825 5/17/18 |

UNICOR FCI Butner, NC   (919) 575-2050  (919) 575-6280 - Fax

14800-003

**Coosa Valley Medical Center**
314 W Hickory Street, Sylacauga, AL 35150

Date Printed 1/5/2018     RX#: 2085805
DOB  09/21/1977

Phone: (256) 401-4000

Patient Name  **DRAESHUND K MAGEE**

**Prescription:**
Rx: **Voltaren 75 mg Tab, Patient Instructions: take 1 TABLET DR(75 mg) by**     Qty:  **20 Tablet**
**Oral route as needed every 12 hours**                                                  **Twenty**

Refills **0**

Physician (Print)
This Prescription authorized through     **Ruth MD, Robert**

DEA# BR5513862
NPI  1912926437

*Dispense As Written*                                    *Product Selection Permitted*

If Background Medical Symbol is Black or missing/unclear and NOT light Grey Do NOT Fill the Prescription

Pt treated ē other
pain meds about tin

1/12/0

W. M. Holbrook, M.D.
Clinical Director
FCI/ FPC Talladega, AL

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed**  01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08     **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

# MD Notes

MD Name  Ruth MD, Robert                Date of Note    01/05/2018 14:35            Note Type  EMERGENCY

## History / Subjective

HPI Paragraph:  Patient with Shoulder Pain R Side for 1 Hour(s). The Onset is Acute. The symptoms are Severe, pain, Constant, few hours per episode(s). Radiating Symptoms include  None.
Other Notes: ; ROS positive for Injured shoulder during altercation at Prison,
Review of Systems NOT Covered in HPI:
ENT: Neg,Heart: Neg,Resp: Neg,GI: Neg,GU: Neg,Skin: Neg,Neuro: Neg,Psych: Neg,Musculoskeletal: Pos,Endocrine: Neg,Hematologic/Lymphatic: Neg,Allergic/Immunologic: Neg,Constitutional Sxs: Neg,Eyes: Neg,

## Exam / Objective

Date/Time of Exam: 01/05/2018 14:35:17 MD Name: Ruth MD, Robert
GA: Awake A&Ox3
Skin: No pallor/ rashes warm & moist
HEENT: PERRL EOMI Moist Mucous Membranes No Icterus
Neck: NT Full ROM No JVD
Lung/Chest Wall: Lungs-Lungs CTA No Ret/Chest Wall-Chest Wall NT
Cardio Vascular: RRR No M
Abdomen: Palpation-Tenderness-None/BS-BS-NL/No Bruits/Abd Appearance-No Pulsating Masses
Neuro: Motor-Major Muscle Groups 5/5/Sensory-Gross Sensory Intact/Coordination-
Back: NT no CVAT
GU: Normal
Extremity: Location-Shoulder R/Palpation-Point Tenderness/ROMDecreased AROM (Severe)/Pulses- Normal
Lymphatics: No LAD
Functional Status: No Impairment
Cognitive Status: No Impairment

REPEAT/ADDITIONAL EXAMS:
01/05/2018 14:35:17 Ruth MD, Robert  - Reviewed pertinent diagnostic tests, vital signs, and clinical notes
01/05/2018 14:38:00 Ruth MD, Robert  - No Sx(s) or Objective findings that are life or limb threatening. Medically Screened and Stable for disposition(Transfer) from the unit.
01/05/2018 16:47:00 Ruth MD, Robert  - Pt sedated with etomidate 20 mg IVP, using traction counter traction R humerus was relocated in the glenoid, Shoulder immobilizer was placed. Pt tolerated well, and was amnestic to procedure
01/05/2018 16:15:00 Ruth MD, Robert  - Moderate Sedation: Pre-procedure Note: Patient's last oral intake: 10:00__. ASA class (1-5 E) = 1___; Mallampati Airway Grade (I-IV) = _3__. Patient is an appropriate candidate to undergo moderate sedation as planned.
01/05/2018 17:39:00 Ruth MD, Robert  - Moderate Sedation: Post-procedure Note: No known anesthetic complications. See clinical notes for most recent vital signs. Cardiovascular/BP/Pulse: Baseline; Respiratory/O2 Sat/Airway Patency/Respiratory Rate: Baseline; Mental Status: Baseline; Pain Status: Baseline; Nausea/Vomiting: No; Post Op Hydration: No. See disposition note for disposition status.

## Assessment / Plan (Problem List)

Shoulder Pain(NO ICD10) ,Status: Active, Start Date: 01/05/2018

Anterior dislocation of shoulder joint (disorder)(S43.011A) ,Status: Active, Start Date: 01/05/2018

Other Medical Orders/Additional Comments
        saline lock and flush per protocol
        0.9NS 125ml/hr, 125 ML/H, one time, Intravenous, , STAT
        Ativan 2 mg IVP, 2 MG, one time, Injection, , STAT
        Morphine  IV, 4 MG(4 MG), one time dose, intravenous, , , STAT

1 of 2

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | HEALTH COST SOLUTIONS OUTPATIE | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08     **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

**MD Notes**

Shoulder Immobilizer
Etomidate 2 mg/mL IV, 20 MG, one time, Intravenous, , STAT
Shoulder "Y" View R

Disposition -   Discharge Home
Disposition MD:Ruth MD, Robert  05 Jan 2018 16:47:00
Disposition RN:Alt, Chelsea G 05 Jan 2018 18:12:00
Condition -  Stable- Certified emergency

Prescriptions Provided to Patient
    Voltaren 75 mg Tab 1 TABLET DR(75 mg) as needed every 12 hours Oral 0  20 0 take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours

Recommended MD Level Of Service - 4;  Evaluation and Management Code - 99284
Recommended Facility/RN Level Of Service - 4; Evaluation and Management Code - 612

Discharge Diagnosis Summary: Shoulder Pain;Anterior dislocation of shoulder joint (disorder)
Procedures: None
Laceration Procedures: None
Consultants/Specialty: Ruth MD,Robert :Emergency Medicine
Discharge Diet: None
Discharge Activity: None
Additional Discharge Instructions:  Return to ED or Follow up with your Primary Care Physician if feeling worse or experiencing new symptoms.;Follow up with Orthopedist, keep shoulder immobilizer in place until Ortho follow up
PreWritten Discharge Instructions: Shoulder Dislocation;Shoulder Immobilizer
Follow Up MDs: Holbrook
Patient Medication List:
    amLODIPine 10 mg tablet 1 TABLET(10 mg) daily Oral   take 1 TABLET(10 mg) by Oral route daily
    Voltaren 75 mg Tab 1 TABLET DR(75 mg) as needed every 12 hours Oral 0  take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours

Electronically signed and authenticated by the Following Physicians     Ruth MD, Robert                    Specialty  Emergency Medicine

# Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08   **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

## Diagnostic Results

| Diagnostic Name | Ordered By | Ordered | Collected | Received | Resulted | Reviewed | Reviewed By |
|---|---|---|---|---|---|---|---|
| SHOULDER 2+VW RT | RUTH, ROBERT | 01/05/2018 14:22 | 01/05/2018 14:22 | | 01/05/2018 15:14 | | |

**Result Interpretation**   **Status:** F   **Accession #** 617374420180105

Description: SHOULDER 2+VW RT
Result: SEE COMMENTS SECTION

```
                    COOSA VALLEY MEDICAL CENTER
                      315 W. HICKORY STREET
                      SYLACAUGA, AL   35150



  NAME: MAGEE, DRAESHUND K   SEX: M   AGE: 40   DOB: 9/21/1977
  MRN#: 253215   ACCT#: 886401   ADMIT: 1/5/2018   DISC:   F/C: HBV
  PT TYPE: E/R   LOCATION: 049   ROOM: ED-13

===============================================================

EXAM DESCRIPTION:
SHOULDER 2+VW RT - 73744
1/05/18 14:50 - JBO
CPT CODE:  73030
ORDERING PHYSICIAN:  ROBERT RUTH

CLINICAL INFORMATION:
INJURY

COMPARISON:
None.

FINDINGS:
There is a subcoracoid anterior dislocation of the right shoulder. There is no
visible fracture on these views.

IMPRESSION:
Subcoracoid right shoulder dislocation.




THIS DOCUMENT HAS BEEN INTERPRETED, REVIEWED AND ELECTRONICALLY SIGNED BY:
Gerald Karcher, M.D.
1/05/18  15:11


--------------------------------------------------------
```

# Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | HEALTH COST SOLUTIONS OUTPATIE | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08    **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

| Diagnostic Name | Ordered By | Ordered | Collected | Received | Resulted | Reviewed | Reviewed By |
|---|---|---|---|---|---|---|---|
| SHOULDER 2+VW RT | RUTH, ROBERT | 01/05/2018 16:26 | 01/05/2018 16:26 | | 01/05/2018 16:46 | 01/05/2018 16:50 | Ruth MD, Robert |

**Result Interpretation**    **Status:** F    **Accession #** 617375220180105

Description: SHOULDER 2+VW RT
Result: SEE COMMENTS SECTION

```
                    COOSA VALLEY MEDICAL CENTER
                    315 W. HICKORY STREET
                    SYLACAUGA, AL  35150




   NAME: MAGEE, DRAESHUND K   SEX: M   AGE: 40   DOB: 9/21/1977
   MRN#: 253215   ACCT#: 886401   ADMIT: 1/5/2018   DISC:    F/C: HBV
   PT TYPE: E/R   LOCATION: 049   ROOM: ED-13

=====================================================================

EXAM DESCRIPTION:
SHOULDER 2+VW RT - 73752
1/05/18 16:42 - CG
CPT CODE:  73030
ORDERING PHYSICIAN:  ROBERT RUTH

CLINICAL INFORMATION:
POST REDUCTION

COMPARISON:
Earlier study of the same date.

FINDINGS:
The dislocation has been reduced. There is no visible fracture on these views.

IMPRESSION:
Successful reduction of right shoulder dislocation.



THIS DOCUMENT HAS BEEN INTERPRETED, REVIEWED AND ELECTRONICALLY SIGNED BY:
Gerald Karcher, M.D.
1/05/18  16:44


---------------------------------------------------------
```

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: MAGEE, DRAESHUND KENAITAY | | Reg #: | 14800-003 |
| Date of Birth: 09/21/1977 | Sex: M  Race: BLACK | Facility: | TDG |
| Encounter Date: 01/05/2018 23:14 | Provider: Hansen, Celia RN/HSA | Unit: | Z01 |

Nursing - Triage Note encounter performed at Special Housing Unit.

## SUBJECTIVE:

**COMPLAINT 1**          **Provider:** Hansen, Celia RN/HSA

**Chief Complaint:** Other Problem

**Subjective:**  my shoulder is dislocated again.  I rolled over in bed and it popped.  The nurse told me I could sleep without my stabilizer on.

**Pain:**  Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 01/05/2018 23:15 |
| **Location:** | Shoulder-Right |
| **Quality of Pain:** | Crushing |
| **Pain Scale:** | 10 |
| **Intervention:** | stabilizer replaced and sent to ER |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | <30 Minutes |
| **Duration:** | <30 Minutes |
| **Exacerbating Factors:** | shoulder dislocation |
| **Relieving Factors:** | None |
| **Comments:** | |

## OBJECTIVE:

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Alert and Oriented x 3, Appears in Pain

**Musculoskeletal**

**Shoulder**

Yes: Swelling, Tenderness, Decreased Range of Active Motion, Decreased Range of Passive Motion

## ASSESSMENT:

Pain - Shoulder

right shoulder anterior dislocation that was manipulated and put back in place by the physician at the ER earlier today. The inmate removed his arm stabilizer and then was instructed to keep it off. He tried to sleep and rolled over on his arm and heard it popping noise. The inmate was sweating profusely and stated his arm was out of place again. Upon arrival to the inmate cell he had a string of material about 2 inches in width tied to the light cover with a loop that I feel he could of grabbed the material and pulled his shoulder back out of place. Material was removed. Inmate was questioned and stated he did that to get attention. On assessment he has a bulge under his arm that I was unsure of the origin. The inmate has been instructed he will be sent back out for evaluation and treatment but he is not to remove his stabilizer for any reason unless instructed by me. He is to keep in place until he has follow up with the orthopedic specialist next week. Inmate verbalized understanding.

| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | | | | | Reg #: | 14800-003 |
| Date of Birth: | 09/21/1977 | | Sex: | M | Race: | BLACK | Facility: | TDG |
| Encounter Date: | 01/05/2018 23:14 | | Provider: | Hansen, Celia RN/HSA | | | Unit: | Z01 |

Dr. Holbrook was notified of emergency trip and findings. He agreed with the plan of care. The ER at Coosa valley was called and given report.

## PLAN:

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 01/05/2018 | 01/05/2018 | Urgent | No | |

**Subtype:**
   Emergency Room
**Reason for Request:**
   Inmate may have dislocated his right shoulder again. Needs evaluation, x-ray and treatment if necessary.

### Disposition:

   Transfer to Local Hospital

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/05/2018 | Counseling | Plan of Care | Hansen, Celia | Verbalizes Understanding |
| returning to ER | | | | |
| 01/05/2018 | Counseling | Other | Hansen, Celia | Verbalizes Understanding |

   keeping right shoulder stabilizer in place at all times until instructed differently.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes     **By:** Holbrook, William MD/CD
**Telephone or Verbal order read back and verified.**


Completed by Hansen, Celia RN/HSA on 01/05/2018 23:27
Requested to be cosigned by Holbrook, William MD/CD.
Cosign documentation will be displayed on the following page.

# Shoulder Immobilizer

Your doctor has given you a shoulder immobilizer. This can be used to treat shoulder fractures and dislocations. It keeps the arm supported next to the body, and prevents it from swinging loose and from further injury or pain. **Shoulder fractures and dislocations usually take 4-6 weeks to heal.**

HOME CARE INSTRUCTIONS

- To reduce irritation in your armpit, use powder or pads to absorb any sweat.
- Your immobilizer may be removed and washed as directed, but do not use your arm for any work out of the immobilizer unless your doctor approves.
- Always wear your immobilizer at night.
- Call your doctor if you have any questions about your injury or how to use this device.

Document Released: 01/25/2006 Document Revised: 03/11/2013 Document Reviewed: 12/04/2008
ExitCare® Patient Information ©2013 ExitCare, LLC.

BP-A0696          CONSENT TO USE OF SEROTONIN REUPTAKE INHIBITOR          CDFRM
JUN 10                    ANTIDEPRESSANT MEDICATION

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

I, DRAESHUND MAGEE _____ , Reg. # 14800-003  hereby authorize Dr. Holbrook, William MD/CD ————— or
his/her relief (designee), to prescribe (Circle One) fluoxetine (Prozac), paroxetine (Paxil), citalopram (Celexa) sertraline (Zoloft) or
fluvoxamine (Luvox), escitalopram (Lexapro) an antidepressant medication to me and to continue said medication as is recommended for
my psychiatric treatment.

1. This medication is useful because it has been found to be effective in treating depression and its associated symptoms including
sadness, fatigue, hopelessness, sleeplessness, loss of appetite, loss of interests, loss of concentration, suicide, or self harm ideation. This
medication may also be effective in treating other disorders, such as panic disorder, phobias, PTSD, and obsessivecompulsive disorders.

2. This medication may improve your condition by relieving all or some of the symptoms mentioned above.

3. Common side effects to this medication include, but are not limited to, diarrhea, tremor, drowsiness, dizziness, headache, tiredness,
insomnia, nausea, and increased sweating. These effects are frequently temporary or can be controlled with a change in dosage. Less
common complaints include skin rash, hives, chills, fever, swelling in feet or legs, fast heartbeat, excessive hunger, lack of energy,
abnormal dreams, fast or irregular heartbeat, flushing, joint or muscle pain, seizures,and decreased sex drive. We have reviewed the fact
that if you have conditions such as liver function impairment or kidney function impairment, it may be preferable to use other medication.

If any of the above symptoms occur, you should notify Medical Staff at sick call as soon as possible.

4. Not taking this medication as prescribed by the physician's instruction may lead to a worsening of symptoms. However, some
symptoms of depression and related disorders may get better or even go away without taking medication. Also, the risk of suicide may be
increased by not taking this medication.

5. Other treatment options include other medication with similar benefits. Other drugs may cause some of the same side effects you might
experience with this medication. Other treatments may not include any medication, but may involve counseling by a psychologist or other
medical professional.

Based upon interview, assessment, and medical record review, it is my opinion that this patient **is not competent** to give consent.
Physician Signature _____

| Other Issues Discussed: anxiety/depression |
| --- |
| The patient certifies that he/she has read the foregoing, or has had it explained in a language they understand, hereby consents to treatment and has no additional questions. Lines 1-5 above have been explained to the patient and based upon interview, assessment, and medical record review, it is the opinion that this patient understands the proposed treatment, and **is competent** to give consent. The patient may stop taking this medication at any time by contacting the physician, however, discontinuing the medication abruptly is generally not advisable. |

| Inmate Signature | Inmate Number | 14800-003 | Date | 1-24-2018 |
| --- | --- | --- | --- | --- |
| Attending Psychiatrist or Physician | | W. M. Holbrook, M.D. Clinical Director | Date | 1/24/18 |

PDF                              Prescribed by P6010 ECI/ FPC Talladega, AL              Replaces BP-S696 dtd May 00

TDG--TALLADEGA FCI

# Shoulder Dislocation

Your shoulder is made up of three bones: the collar bone (*clavicle*); the shoulder blade (*scapula*), which includes the socket (*glenoid cavity*); and the upper arm bone (*humerus*). Your shoulder joint is the place where these bones meet. Strong, fibrous tissues hold these bones together (*ligaments*). Muscles and strong, fibrous tissues that connect the muscles to these bones (*tendons*) allow your arm to move through this joint. The range of motion of your shoulder joint is more extensive than most of your other joints, and the glenoid cavity is very shallow. That is the reason that your shoulder joint is one of the most unstable joints in your body. It is far more prone to dislocation than your other joints. Shoulder dislocation is when your humerus is forced out of your shoulder joint.



## CAUSES
Shoulder dislocation is caused by a forceful impact on your shoulder. This impact usually is from an injury, such as a sports injury or a fall.

## SYMPTOMS
Symptoms of shoulder dislocation include:

- Deformity of your shoulder.
- Intense pain.
- Inability to move your shoulder joint.
- Numbness, weakness, or tingling around your shoulder joint (your neck or down your arm).
- Bruising or swelling around your shoulder.

## DIAGNOSIS
In order to diagnose a dislocated shoulder, your caregiver will perform a physical exam. Your caregiver also may have an X-ray exam done to see if you have any broken bones. Magnetic resonance imaging (MRI) is a procedure that sometimes is done to help your caregiver see any damage to the soft tissues around your shoulder, particularly your rotator cuff tendons. Additionally, your caregiver also may have electromyography done to measure the electrical discharges produced in your muscles if you have signs or symptoms of nerve damage.

## TREATMENT
A shoulder dislocation is treated by placing the humerus back in the joint (*reduction*). Your caregiver does this either manually (*closed reduction*), by moving your humerus back into the joint through manipulation, or through surgery (*open reduction*). When your humerus is back in place, severe pain should improve almost immediately.

You also may need to have surgery if you have a weak shoulder joint or ligaments, and you have recurring shoulder dislocations, despite rehabilitation. In rare cases, surgery is necessary if your nerves or blood vessels are damaged during the dislocation.

After your reduction, your arm will be placed in a shoulder immobilizer or sling to keep it from moving. Your caregiver will have you wear your shoulder immoblizer or sling for 3 days to 3 weeks, depending on how serious your dislocation is. When your shoulder immobilizer or sling is removed, your caregiver may prescribe physical therapy to help improve the range of motion in your shoulder joint.

HOME CARE INSTRUCTIONS
The following measures can help to reduce pain and speed up the healing process:

- Rest your injured joint. **Do not** move it. Avoid activities similar to the one that caused your injury.
- Apply ice to your injured joint for the first day or two after your reduction or as directed by your caregiver. Applying ice helps to reduce inflammation and pain.
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 15 to 20 minutes at a time, every 2 hours while you are awake.
- Exercise your hand by squeezing a soft ball. This helps to eliminate stiffness and swelling in your hand and wrist.
- Take over-the-counter or prescription medicine for pain or discomfort as told by your caregiver.

**SEEK IMMEDIATE MEDICAL CARE IF:**
- Your shoulder immobilizer or sling becomes damaged.
- Your pain becomes worse rather than better.
- You lose feeling in your arm or hand, or they become white and cold.

**MAKE SURE YOU:**
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 09/12/2002 Document Revised: 03/11/2013 Document Reviewed: 10/07/2012
ExitCare® Patient Information ©2013 ExitCare, LLC.

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08    **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

# Discharge-Home Instructions

## Discharge Diagnosis

Shoulder Pain

Anterior dislocation of shoulder joint (disorder)

## Discharge Activity


## Discharge Diet


## Discharge Instructions

 Return to ED or Follow up with your Primary Care Physician if feeling worse or experiencing new symptoms.

Follow up with Orthopedist, keep shoulder immobilizer in place until Ortho follow up

## Discharge Prewritten Instructions

Shoulder Dislocation

Shoulder Immobilizer

| Follow Up Date/Time | Practitioner Name | Clinic Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|
| | Holbrook | | | | | | |

**Comments**

## Prescriptions

Rx: Voltaren 75 mg Tab, Patient Instructions: take 1 TABLET DR(75 mg) Refills 0
by Oral route as needed every 12 hours     Qty 20 Ta

| Print Date/Time: | 1/5/2018 6:15:21 PM | Received transitional record: Diagnosis, Diagnostic Results, Procedures, Follow-up/Patient Instructions, and Home Medication List |
|---|---|---|
| Discharge Date/Time: | 1/5/2018 4:47:00 PM | |
| Attending Physician: | Ruth MD, Robert | All patients must follow up with a doctor within 48 hours if there are still medical symptoms or problems. |
| Language: | English | |
| Nurse Signature: | | Patient Signature: |

**Coosa Valley Medical Center**

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08    **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

# Patient Medication List

# Effective Date:_____

## Important: Only take the medications listed below. Do not take any other prescription medications, over the counter medications or herbal medications without consulting your Doctor(s)

| Medication | Physician Name |
|---|---|
| amLODIPine 10 mg tablet, take 1 TABLET(10 mg) by Oral route daily | Ruth MD, Robert |

USES: Amlodipine is used with or without other medications to treat high blood pressure. Lowering high blood pressure helps prevent strokes, heart attacks, and kidney problems. Amlodipine belongs to a class of drugs known as calcium channel blockers. It works by relaxing blood vessels so blood can flow more easily.

Amlodipine is also used to prevent certain types of chest pain (angina). It may help to increase your ability to exercise and decrease the frequency of angina attacks. It should not be used to treat attacks of chest pain when they occur. Use other medications (such as sublingual nitroglycerin) to relieve attacks of chest pain as directed by your doctor.

| Medication | Physician Name |
|---|---|
| Voltaren 75 mg Tab, take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours | Ruth MD, Robert |

USES: Diclofenac is used to relieve pain, swelling (inflammation), and joint stiffness caused by arthritis. Reducing these symptoms helps you do more of your normal daily activities. This medication is known as a nonsteroidal anti-inflammatory drug (NSAID).

If you are treating a chronic condition such as arthritis, ask your doctor about non-drug treatments and/or using other medications to treat your pain. See also Warning section.

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | HEALTH COST SOLUTIONS OUTPATIE | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08    **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

# Clinical-InterDisciplinary Notes

| 01/05/2018 16:57 | SEDATION FLOWSHEET | Moderate Sedation Post-Procedure Assessment: | Phurrough RN, Leslie |
|---|---|---|---|

For details on DC plan of care-Refer to DC Instructions tab
Time procedure completed-1625
Reversal agents-No reversal agents used
Post-Procedure pain status-Denies pain at present time
Sedation level during pain assessment-2 = Asleep, easily arousable
Type of discomfort-N/A
Location of pain-none
ALDRETE Score: Activity-2 - moves 3 or 4 extremities
ALDRETE Score: Respiration-2 - can cough/deep breathe without difficulty
ALDRETE Score: Circulation-2 - B/P 20% pre-anesthetic level
ALDRETE Score: LOC-1 - responds to stimuli
ALDRETE Score: Oxygen saturation-2 - Able to maintain O2 saturation more than 92% on room air
ALDRETE Score (9 or more to discharge) Total =-9
Time ALDRETE Score discharge criteria of more than 9 met =-1633

| 01/05/2018 18:00 | ED - NURSING | No major changes from previous assessment, patient remains neurologically and hemodynamically stable | Alt, Chelsea G |
|---|---|---|---|

| 01/05/2018 18:14 | DISCHARGE | Discharge: | Alt, Chelsea G |
|---|---|---|---|

Discharge instructions provided:-Discharge instructions, tests/procedures performed, and prescriptions given to patient. Side effects and adverse reactions of prescription medications discussed with patient. Patient verbalized understanding and left ED ambulatory.
Diagnostics:-Diagnostic results have been reviewed.
Pain reassessment:-0/10
IV angiocath:-IV catheter removed intact; dressing applied; no bleeding noted

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed**   01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08    **Room** ED:08-

**Adm. Date** 01/05/2018 14:08

## Intake Documentation

| Start/End Time | Staff | Medicine/Device Type | Dosage/ Rate | Route/ Site | Amt. | Residual | Comments |
|---|---|---|---|---|---|---|---|
| 01/05 13:15 | Phurrough RN, Leslie | Morphine  IV, 4 MG(4 MG), one time dose, intravenous, , , STAT | | IV Push | 2 ML | 0 | |
| 01/05 13:16 | Alt, Chelsea G | | | | | | |
| 01/05 13:15 | Phurrough RN, Leslie | 0.9NS 125ml/hr, 125 ML/H, one time, Intravenous, , STAT | 125 ml\hr | IV | 125 MG | 0 | |
| 01/05 18:15 | Alt, Chelsea G | | | | | | |
| 01/05 13:17 | Phurrough RN, Leslie | Ativan 2 mg IVP, 2 MG, one time, Injection, , STAT | | IV | 2 MG | 0 | |
| 01/05 13:18 | Alt, Chelsea G | | | | | | |

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | HEALTH COST SOLUTIONS OUTPATIE | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08   **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

## Clinical-InterDisciplinary Notes

| 01/05/2018 16:10 | SEDATION FLOWSHEET | Moderate Sedation Pre-Procedure Assessment: | Williams RN, Tanaeya |
|---|---|---|---|

Procedure location-Emergency Department
Diagnosis/Reason for admission-closed reduction of right shoulder
Planned Procedure-Dislocated joint reduction (list) -
Refer to admission assessment for documentation of PMH/PSH, active medications, allergies, social history and nutritional screening-Admission assessment is complete and was reviewed
Additional patient history concerns-None
NPO status since-List date/time -this am
Physician doing procedure verbalized patient ASA class-Yes - ASA Class I
Physician doing procedure verbalized Mallampatti Airway Assessment grade-Yes - Airway Grade III
Patient oriented to procedure and plan of care-Yes - Patient/Family verbalize understanding of procedure, plan of care abd consent signed
Name/Relationship of adult driver to home-List -correction officers
Patient has reviewed and signed consent-Yes - Patient/Family verbalize understanding of procedure and Plan of Care
Time out completed at outset of procedure-Yes - see separate time out note for this procedure
Pre-Procedure Mental Status-Awake, alert and oriented to person, place and time
Pre-Procedure pain status-Pain level is   using 0-10 scale010
Patient is on monitors with all alarms active-Yes, patient is connected to cardiac monitor, continuous pulse oximetry, and BP.
Emergency equipment is prepared-Yes - Suction is set up, connected and running with yankauer at head, BVM attached to oxygen supply and ready at head, Crash Cart at bedside, intubation equipment at bedside with age/size approriate ET tubes and laryngescope ready
Baseline vital signs-refer to vital signs tab
Procedure start time-(List) -see notes
Patient was reassesed immediately prior to start of procedure-Yes - no change from previous assessment - remains hemodynamically stable
Oxygen delivery during procedure-Nasal Cannula @ 2L
For details on intra-procedure q 5 minute vitals, pulse ox and cardiac rhythm-Refer to Intraprocedure notes
For details on IV fluids and medications given during procedure-Refer to intake tab
For details on vascular access-Refer to IV start note(s)
ALDRETE Score: Activity-2 - moves 3 or 4 extremities
ALDRETE Score: Respiration-2 - can cough/deep breathe without difficulty
ALDRETE Score: Circulation-2 - BP 20% pre-anesthetic level
ALDRETE Score: LOC-2 - oriented/easy to arouse
ALDRETE Score: Oxygen saturation-2 - Able to maintain O2 sat more than 92% on room air
ALDRETE Score Total =-10
For post procedure assessment, recovery and ALDRETE score-Refer to Moderate Sedation Post Procedure Assessment Note
Name of staff member assisting physician-Leslie Phurrough RN

| 01/05/2018 16:16 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | Phurrough RN, Leslie |
|---|---|---|---|

Neurological Status-Arousable, reflexes intact
BP-184/75
Heart rate-100
Heart rhythm-Normal sinus rhythm
Respirations-16
Oxygen saturation-100
Pain-2/8

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | HEALTH COST SOLUTIONS OUTPATIE | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08　　**Room** ED:08-
**Adm. Date** 01/05/2018 14:08

# Clinical-InterDisciplinary Notes

| 01/05/2018 16:19 | SEDATION FLOWSHEET | Moderate Sedation Final Time-Out: | Phurrough RN, Leslie |
|---|---|---|---|

Final time-out completed with physician-As follows:
Verified correct patient-Patient identified by name and date of birth; patient's ID bracelet checked for accuracy
Verified correct procedure-Yes
Informed consent signed by patient/representative and physician-Yes
Verified correct site-Yes
Correct position-Yes
Images available as needed-Yes
Verified supplies available-Yes
Need for antibiotics considered-Yes

| 01/05/2018 16:23 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | Phurrough RN, Leslie |
|---|---|---|---|

Neurological Status-Arousable, reflexes intact
BP-128/95
Heart rate-106
Heart rhythm-Normal sinus rhythm
Respirations-14
Oxygen saturation-99
Pain-2/0

| 01/05/2018 16:28 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | Phurrough RN, Leslie |
|---|---|---|---|

Neurological Status-Arousable, reflexes intact
BP-141/102
Heart rate-77
Heart rhythm-Normal sinus rhythm
Respirations-16
Oxygen saturation-97
Pain-2/0

| 01/05/2018 16:33 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | Phurrough RN, Leslie |
|---|---|---|---|

Neurological Status-Alert and oriented
BP-157/89
Heart rate-70
Heart rhythm-Normal sinus rhythm
Respirations-14
Oxygen saturation-98
Pain-2/0

| 01/05/2018 16:38 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | Phurrough RN, Leslie |
|---|---|---|---|

Neurological Status-Alert and oriented
BP-154/106
Heart rate-70
Heart rhythm-Normal sinus rhythm
Respirations-14
Oxygen saturation-99
Pain-2/0

# Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08   **Room** ED:08-

**Adm. Date** 01/05/2018 14:08

# Vitals

| Taken at | Taken by | Temp | Pulse | Resp | BP | Pulse Ox | O2 | Pain Scale | Wt (kg) | Wt. Chg. | Ht. (cm) | BMI | Head Circ. (cm) | EGA | USEGA | LMP | LMP Status | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05 14:16 | Williams RN, Tanaeya | Oral 98.2 | 76 | 14 | 132/76 | 100% | RA | 2/10 | 122.47 | 0 | 170.18 | 42.3 | | | | | | |
| 01/05 17:26 | McClellan MST, Madison | | 80 | 16 | 154/106 | 96% | 2L | MST Entry | | | | | | | | | | |
| 01/05 17:40 | McClellan MST, Madison | | 76 | 16 | 132/76 | 99% | RA | MST Entry | | | | | | | | | | |

1 of 1

# Coosa Valley Medical Center

| Patient Name | Age | DOB | Gender | Race | | | |
|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | | | |

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Insurance** HEALTH COST

**Printed** 01/05/2018 18:15

| Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|
| 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08    **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

## Clinical-InterDisciplinary Notes

| Date/Time | Note Type | Clinical Note | Staff |
|---|---|---|---|
| 01/05/2018 14:20 | ED - TRIAGE | Triage - Emergency Department: | Williams RN, Tanaeya |

Mode-Walked
Historian-Self
Police Notified-N/A - No indication for reporting at present
Police Custody-N/A
Tetanus-Unknown
TB Screening-Patient denies fever, night sweats, bloody sputum, unitentional weight loss
Transmission precautions indicated upon Triage-Standard precautions indicated and followed
PCP on Staff-No
Family Physician Name-None
Educational Assessment-Language-English
Educational Assessment-Communication Barrier-No communication barriers
Patient's Preferred Language for discussing healthcare information-English
Educational Assessment-Translator-No translator needed
Educational Assessment-Assessed Disability-No Disability
Functional Discharge Planning - Daily Living-Independent
Functional Discharge Planning - Living Conditions-At home with family
Functional Discharge Planning - Going Home with-Self
ABUSE SCREENING-assessed as follows
Are you being Hurt by Anyone?-Denies being hurt by anyone
Does patients appearance demonstrate poor hygiene, malnutrition and/or dehydration-No
Does patient appear frightened or intimidated in the presence of caregiver?-No
Does the patient have unexplained bruises, lacerations, abrasions, burns, head injuries, sprains or fractures?-No
Any recent changes in nutritional status?-No
Acuity-Category-3 - ESI III
Disposition-ED Room #8
Chief Complaint-Shoulder Pain R
Summary of History of Present Illness/Focused Assessment-Talladega Federal prisoner.
Alleged assault took place this am. Tylenol #3 (2) given pta
Primary survey done upon Triage-was noted as follows;
Breathing status-Spontaneous and adequate
Circulatory status-Skin warm and dry with brisk capillary refill
Neurological Status:-Alert and oriented
Transported By-Correctional officers

| 01/05/2018 14:21 | SUICIDE | Suicidal Risk Screening: | Williams RN, Tanaeya |

History of substance abuse? 1 point-0-Denies
History of mental illness? 1 point-0-Denies
Have you/do you have any feeling of hopelessness? 2 points-0-Denies
Do you wish that you would just not wake up? 2 points-0-Denies
Do you believe that you are a burden to your family and friends? 2 points-0-Denies
Have you experienced any recent traumatic losses? 2 points-0-Denies
Do you have a desire to harm or kill yourself? 4 points-0-Denies
Has a close friend or anyone in your family committed suicide? 1 point-0-Denies
Total patient score:-0
Did this patient score 4 or more points?-No

| 01/05/2018 16:08 | SEDATION FLOWSHEET | Moderate Sedation Time-Out: | Phurrough RN, Leslie |

Verified correct patient-Patient identified by name and date of birth; patient's ID bracelet checked for accuracy
Informed consent completed-Yes
Verified correct procedure-Yes
Verified correct site-Yes
Correct position-Yes
Images available as needed-Yes
Verifed supplies available-Yes
Need for antibiotics considered-Yes

# Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance |
|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST |

Allergies: No Known Allergies

**Admitting Weight** 122.47kg
**Admitting Height** 170.18cm
**Medical Record** 253215
**Account** 886401
**Reg. Date** 01/05/2018 14:08
**Adm. Date** 01/05/2018 14:08
**Room** ED:08-

## Medical Orders

| MD Name | MD Time | Medical Orders | Ack Staff | Ack Tim | Clinical Staff | Clinical Staff Time | Order Status |
|---|---|---|---|---|---|---|---|
| Ruth MD, Robert | 01/05/18 14:22 | Shoulder "Y" View R V.O. per Ruth MD, Robert Ruth MD, Robert at 1/5/2018 2:35:19 PM | Williams RN, Tanaeya | 01/05 14:22 | Alt, Chelsea G | 01/05 14:44 | Executed |
| Ruth MD, Robert | 01/05/18 14:35 | saline lock and flush per protocol | Phurrough RN, Leslie | 01/05 14:47 | Phurrough RN, Leslie | 01/05 3:10 | Executed |
| Ruth MD, Robert | 01/05/18 14:35 | 0.9NS 125ml/hr, 125 ML/H, one time, Intravenous, , STAT | Phurrough RN, Leslie | 01/05 14:47 | Phurrough RN, Leslie | 01/05 3:15 | Executed |
| Ruth MD, Robert | 01/05/18 14:36 | Ativan 2 mg IVP, 2 MG, one time, Injection, , STAT | Phurrough RN, Leslie | 01/05 14:47 | Phurrough RN, Leslie | 01/05 3:17 | Executed |
| Ruth MD, Robert | 01/05/18 14:37 | Morphine IV, 4 MG(4 MG), one time dose, intravenous, , , STAT | Phurrough RN, Leslie | 01/05 14:47 | Phurrough RN, Leslie | 01/05 3:15 | Executed |
| Ruth MD, Robert | 01/05/18 14:58 | Shoulder Immobilizer | McClellan MST, Madison | 01/05 15:25 | Phurrough RN, Leslie | 01/05 16:25 | Executed |
| Ruth MD, Robert | 01/05/18 16:17 | Etomidate 2 mg/mL IV, 20 MG, one time, Intravenous, , STAT | Phurrough RN, Leslie | 01/05 16:17 | Phurrough RN, Leslie | 01/05 16:17 | EXECUTED |
| Ruth MD, Robert | 01/05/18 16:26 | Shoulder "Y" View R | Standridge, Heather | 01/05 16:44 | Standridge, Heather | 01/05 16:44 | Executed |

### Admit to

| | MD | MD Time | | RN | RN Time |
|---|---|---|---|---|---|
| **Disposition** | Ruth MD, Robert | 01/05/2018 16:47 | Discharge Home | Alt, Chelsea G | 01/05/2018 18:12 |
| **Condition** | Ruth MD, Robert | 01/05/2018 16:47 | Stable- Certified emergency | Alt, Chelsea G | 01/05/2018 18:12 |

Electronically signed and authenticated by the Following Physicians    Ruth MD, Robert

1 of 1

02/12/2019   10:35                                                    (FAX)                        P.013/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

Printed  01/05/2018 21:28

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE          **Reg. Date** 01/05/2018 14:08  **Adm. Date** 01/05/2018 14:08  **Room** ED:08-

**Allergies**  No Known Allergies

---

**01/05/2018 16:08**   SEDATION FLOWSHEET

Moderate Sedation Time-Out:

Verified correct patient-Patient identified by name and date of birth; patient's ID bracelet checked for accuracy
Informed consent completed-Yes
Verified correct procedure-Yes
Verified correct site-Yes
Correct position-Yes
Images available as needed-Yes
Verifed supplies available-Yes
Need for antibiotics considered-Yes

Phurrough RN, Leslie

**01/05/2018 16:10**   SEDATION FLOWSHEET

Moderate Sedation Pre-Procedure Assessment:

Procedure location-Emergency Department
Diagnosis/Reason for admission-closed reduction of right shoulder
Planned Procedure-Dislocated joint reduction (list) -
Refer to admission assessment for documentation of PMH/PSH, active medications, allergies, social history and nutritional screening-Admission assessment is complete and was reviewed
Additional patient history concerns-None
NPO status since-List date/time -this am
Physician doing procedure verbalized patient ASA class-Yes - ASA Class I
Physician doing procedure verbalized Mallampatti Airway Assessment grade-Yes - Airway Grade III
Patient oriented to procedure and plan of care-Yes - Patient/Family verbalize understanding of procedure, plan of care abd consent signed
Name/Relationship of adult driver to home-List -correction officers
Patient has reviewed and signed consent-Yes - Patient/Family verbalize understanding of procedure and Plan of Care
Time out completed at outset of procedure-Yes - see separate time out note for this procedure
Pre-Procedure Mental Status-Awake, alert and oriented to person, place and time
Pre-Procedure pain status-Pain level is  using 0-10 scale010
Patient is on monitors with all alarms active-Yes, patient is connected to cardiac monitor, continuous pulse oximetry, and BP.
Emergency equipment is prepared-Yes - Suction is set up, connected and running with yankauer at head, BVM attached to oxygen supply and ready at head, Crash Cart at bedside, intubation equipment at bedside with age/size approriate ET tubes and laryngescope ready
Baseline vital signs-refer to vital signs tab
Procedure start time-(List) -see notes
Patient was reassesed immediately prior to start of procedure-Yes - no change from previous assessment - remains hemodynamically stable
Oxygen delivery during procedure-Nasal Cannula @ 2L
For details on intra-procedure q 5 minute vitals, pulse ox and cardiac rhythm-Refer to Intraprocedure notes
For details on IV fluids and medications given during procedure-Refer to intake tab
For details on vascular access-Refer to IV start note(s)
ALDRETE Score: Activity-2 - moves 3 or 4 extremities
ALDRETE Score: Respiration-2 - can cough/deep breathe without difficulty
ALDRETE Score: Circulation-2 - BP 20% pre-anesthetic level
ALDRETE Score: LOC-2 - oriented/easy to arouse
ALDRETE Score: Oxygen saturation-2 - Able to maintain O2 sat more than 92% on room air
ALDRETE Score Total =-10
For post procedure assessment, recovery and ALDRETE score-Refer to Moderate Sedation Post Procedure Assessment Note
Name of staff member assisting physician-Leslie Phurrough RN

Williams RN, Tanaeya

**01/05/2018 16:16**   SEDATION FLOWSHEET

Moderate Sedation Patient Monitoring:

Neurological Status-Arousable, reflexes intact
BP-184/75
Heart rate-100
Heart rhythm-Normal sinus rhythm
Respirations-16
Oxygen saturation-100
Pain-2/8

Phurrough RN, Leslie

- 11 -

02/12/2019   10:35                                        (FAX)                    P.014/032

# Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150                    Printed  01/05/2018 21:28
(256) 401-4000

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

Insurance   HEALTH COST SOLUTIONS OUTPATIE           Reg. Date 01/05/2018 14:08  Adm. Date 01/05/2018 14:08  Room  ED:08-

Allergies   No Known Allergies

| 01/05/2018 16:19 | SEDATION FLOWSHEET | Moderate Sedation Final Time-Out: | | Phurrough RN, Leslie |

Final time-out completed with physician-As follows:
Verified correct patient-Patient identified by name and date of birth; patient's ID bracelet checked for accuracy
Verified correct procedure-Yes
Informed consent signed by patient/representative and physician-Yes
Verified correct site-Yes
Correct position-Yes
Images available as needed-Yes
Verified supplies available-Yes
Need for antibiotics considered-Yes

| 01/05/2018 16:23 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | | Phurrough RN, Leslie |

Neurological Status-Arousable, reflexes intact
BP-128/95
Heart rate-106
Heart rhythm-Normal sinus rhythm
Respirations-14
Oxygen saturation-99
Pain-2/0

| 01/05/2018 16:28 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | | Phurrough RN, Leslie |

Neurological Status-Arousable, reflexes intact
BP-141/102
Heart rate-77
Heart rhythm-Normal sinus rhythm
Respirations-16
Oxygen saturation-97
Pain-2/0

| 01/05/2018 16:33 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | | Phurrough RN, Leslie |

Neurological Status-Alert and oriented
BP-157/89
Heart rate-70
Heart rhythm-Normal sinus rhythm
Respirations-14
Oxygen saturation-98
Pain-2/0

| 01/05/2018 16:38 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | | Phurrough RN, Leslie |

Neurological Status-Alert and oriented
BP-154/106
Heart rate-70
Heart rhythm-Normal sinus rhythm
Respirations-14
Oxygen saturation-99
Pain-2/0

02/12/2019   10:35                                          (FAX)                        P.015/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

Printed  01/05/2018 21:28

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE    **Reg. Date** 01/05/2018 14:08 **Adm. Date** 01/05/2018 14:08 **Room** ED:08-

**Allergies**  No Known Allergies

| 01/05/2018 16:57 | SEDATION FLOWSHEET | Moderate Sedation Post-Procedure Assessment: | Phurrough RN, Leslie |
|---|---|---|---|

For details on DC plan of care-Refer to DC Instructions tab
Time procedure completed-1625
Reversal agents-No reversal agents used
Post-Procedure pain status-Denies pain at present time
Sedation level during pain assessment-2 = Asleep, easily arousable
Type of discomfort-N/A
Location of pain-none
ALDRETE Score: Activity-2 - moves 3 or 4 extremities
ALDRETE Score: Respiration-2 - can cough/deep breathe without difficulty
ALDRETE Score: Circulation-2 - B/P 20% pre-anesthetic level
ALDRETE Score: LOC-1 - responds to stimuli
ALDRETE Score: Oxygen saturation-2 - Able to maintain O2 saturation more than 92% on room air
ALDRETE Score (9 or more to discharge) Total =-9
Time ALDRETE Score discharge criteria of more than 9 met =-1633

| 01/05/2018 18:00 | ED - NURSING | No major changes from previous assessment, patient remains neurologically and hemodynamically stable | Alt, Chelsea G |
|---|---|---|---|
| 01/05/2018 18:14 | DISCHARGE | Discharge: | Alt, Chelsea G |

Discharge Instructions provided:-Discharge instructions, tests/procedures performed, and prescriptions given to patient. Side effects and adverse reactions of prescription medications discussed with patient. Patient verbalized understanding and left ED ambulatory.
Diagnostics:-Diagnostic results have been reviewed.
Pain reassessment:-0/10
IV angiocath:-IV catheter removed intact; dressing applied; no bleeding noted

- 13 -

02/12/2019    10:36                                    (FAX)                    P.016/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150     Printed 01/05/2018 21:28

(256) 401-4000

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

Insurance  HEALTH COST SOLUTIONS OUTPATIE

Reg. Date 01/05/2018 14:08  Adm. Date 01/05/2018 14:08  Room ED:08-

Allergies  No Known Allergies

## Intake

| Start/End Time | Staff | Medicine/Device Type | Dosage/Rate | Route/Site | Amt. | Residual | Comments |
|---|---|---|---|---|---|---|---|
| 01/05/2018 13:15 | Phurrough RN, Leslie | Morphine  IV, 4 MG(4 MG), one time dose, Intravenous, , , STAT | | IV Push/Left Arm | 2 ML | 0 | Administered |
| 01/05/2018 13:16 | | | | End Time Comments | | | |
| 01/05/2018 13:15 | Phurrough RN, Leslie | 0.9NS 125ml/hr, 125 ML/H, one time, Intravenous, , STAT | 125 ml\hr | IV/Left Arm | 125 MG | 0 | Administered |
| 01/05/2018 18:15 | | | | End Time Comments | | | |
| 01/05/2018 13:17 | Phurrough RN, Leslie | Ativan 2 mg IVP, 2 MG, one time, Injection, , STAT | | IV/Left Arm | 2 MG | 0 | Administered |
| 01/05/2018 13:18 | | | | End Time Comments | | | |

## Output

No Output Documentation

02/12/2019   10:36                                              (FAX)                    P.017/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150                    Printed  01/05/2018 21:28
(256) 401-4000

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

Insurance  HEALTH COST SOLUTIONS OUTPATIE       Reg. Date 01/05/2018 14:08  Adm. Date 01/05/2018 14:08  Room  ED:08-

Allergies  No Known Allergies

# Discharge - Home Instructions

### Discharge Diagnosis

Shoulder Pain

Anterior dislocation of shoulder joint (disorder)

### Discharge Activity

### Discharge Diet

### Discharge Instructions

Return to ED or Follow up with your Primary Care Physician if feeling worse or experiencing new symptoms.

Follow up with Orthopedist, keep shoulder immobilizer in place until Ortho follow up

### Discharge Prewritten Instructions

Shoulder Dislocation

Shoulder Immobilizer

| Follow Up Date/Time | Practitioner Name | Clinic Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|
|  | Holbrook |  |  |  |  |  |  |

### Prescriptions

Rx: Voltaren 75 mg Tab, Patient Instructions: take 1 TABLET DR(75 mg) by Oral route   Refills 0
as needed every 12 hours

Print Date/Time:        01/05/2018 21:28              Received transitional record Diagnosis. Diagnostic Results, Procedures,
                                                     Follow-up/Patient Instructions, and Home Medication List
Discharge Date/Time:

Attending Physician:    Ruth MD, Robert                All patients must follow up with a doctor within 48 hours if there are still
                                                      medical symptoms or problems

Nurse Signature:                                      Patient Signature:

- 15 -

02/12/2019   10:36                                              (FAX)                      P.018/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 21:28

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**   HEALTH COST SOLUTIONS OUTPATIE

**Reg. Date** 01/05/2018 14:08   **Adm. Date** 01/05/2018 14:08   **Room** ED:08-

**Allergies**   No Known Allergies

## Medication Reconciliation

| Med Recon Type | Med Type | Medication | Status |
|---|---|---|---|
| DISCHARGE | HOME MEDS | amLODIPine 10 mg tablet, 1 TABLET(10 mg), daily | CONTINUE |
| DISCHARGE | HOME MEDS | Voltaren 75 mg Tab, 1 TABLET DR(75 mg), as needed every 12 hours | CONTINUE |
| DISCHARGE | HOSPITAL MEDS | 0.9NS 125ml/hr,125 ML/HIntravenous,one time | DISCONTINUE |
| DISCHARGE | HOSPITAL MEDS | Ativan 2 mg IVP,2 MGInjection,one time | DISCONTINUE |
| DISCHARGE | HOSPITAL MEDS | Etomidate 2 mg/mL IV,20 MGIntravenous,one time | DISCONTINUE |
| DISCHARGE | HOSPITAL MEDS | Morphine  IV,4 MG(4 MG)Intravenous,one time dose | DISCONTINUE |

02/12/2019   10:34                                              (FAX)                    P.005/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150

(256) 401-4000

Printed  01/05/2018 21:28

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

Insurance   HEALTH COST SOLUTIONS OUTPATIE         Reg. Date 01/05/2018 14:08  Adm. Date 01/05/2018 14:08  Room  ED:08-

Allergies   No Known Allergies

## MD Notes

MD Name  Ruth MD, Robert                    Date Of Note  01/05/2018 14:35          Note Type  EMERGENCY

### History / Subjective

HPI Paragraph:  Patient with Shoulder Pain R Side for 1 Hour(s). The Onset is Acute. The symptoms are Severe, pain, Constant, few hours per episode(s). Radiating Symptoms include  None.
Other Notes: ; ROS positive for Injured shoulder during altercation at Prison,
Review of Systems NOT Covered in HPI:
ENT: Neg,Heart: Neg,Resp: Neg,GI: Neg,GU: Neg,Skin: Neg,Neuro: Neg,Psych: Neg,Musculoskeletal: Pos,Endocrine: Neg,Hematologic/Lymphatic: Neg,Allergic/Immunologic: Neg,Constitutional Sxs: Neg,Eyes: Neg,

### Exam / Objective

Date/Time of Exam: 01/05/2018 14:35:17 MD Name: Ruth MD, Robert
GA: Awake A&Ox3
Skin: No pallor/ rashes warm & moist
HEENT: PERRL EOMI Moist Mucous Membranes No Icterus
Neck: NT Full ROM No JVD
Lung/Chest Wall: Lungs-Lungs CTA No Ret/Chest Wall-Chest Wall NT
Cardio Vascular: RRR No M
Abdomen: Palpation-Tenderness-None/BS-BS-NL/No Bruits/Abd Appearance-No Pulsating Masses
Neuro: Motor-Major Muscle Groups 5/5/Sensory-Gross Sensory Intact/Coordination-
Back: NT no CVAT
GU: Normal
Extremity: Location-Shoulder R/Palpation-Point Tenderness/ROMDecreased AROM (Severe)/Pulses- Normal
Lymphatics: No LAD
Functional Status: No Impairment
Cognitive Status: No Impairment

REPEAT/ADDITIONAL EXAMS:
01/05/2018 14:35:17 Ruth MD, Robert  - Reviewed pertinent diagnostic tests, vital signs, and clinical notes
01/05/2018 14:38:00 Ruth MD, Robert  - No Sx(s) or Objective findings that are life or limb threatening. Medically Screened and Stable for disposition(Transfer) from the unit.
01/05/2018 16:47:00 Ruth MD, Robert  - Pt sedated with etomidate 20 mg IVP, using traction counter traction R humerus was relocated in the glenoid, Shoulder immobilizer was placed. Pt tolerated well, and was amnestic to procedure
01/05/2018 16:15:00 Ruth MD, Robert  - Moderate Sedation: Pre-procedure Note: Patient's last oral intake: 10:00__. ASA class (1-5 E) = 1___; Mallampati Airway Grade (I-IV) = _3__. Patient is an appropriate candidate to undergo moderate sedation as planned.
01/05/2018 17:39:00 Ruth MD, Robert  - Moderate Sedation: Post-procedure Note: No known anesthetic complications. See clinical notes for most recent vital signs. Cardiovascular/BP/Pulse: Baseline; Respiratory/O2 Sat/Airway Patency/Respiratory Rate: Baseline; Mental Status: Baseline; Pain Status: Baseline; Nausea/Vomiting: No; Post Op Hydration: No. See disposition note for disposition status.

-3-

02/12/2019   10:34                                                (FAX)                    P.006/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

Printed  01/05/2018 21:28

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE        **Reg. Date** 01/05/2018 14:08  **Adm. Date** 01/05/2018 14:08  **Room** ED:08-

**Allergies**  No Known Allergies

### Assessment / Plan (Problem List)

Shoulder Pain(NO ICD10) ,Status: Active, Start Date: 01/05/2018

Anterior dislocation of shoulder joint (disorder)(S43.011A) ,Status: Active, Start Date: 01/05/2018

Other Medical Orders/Additional Comments
saline lock and flush per protocol
0.9NS 125ml/hr, •125 ML/H, one time, Intravenous, , STAT
Ativan 2 mg IVP, 2 MG, one time, Injection, , STAT
Morphine  IV, 4 MG(4 MG), one time dose, Intravenous, , , STAT
Shoulder Immobilizer
Etomidate 2 mg/mL IV, 20 MG, one time, Intravenous, , STAT
Shoulder "Y" View R

Disposition -  Discharge Home
Disposition MD:Ruth MD, Robert  05 Jan 2018 16:47:00
Disposition RN:Alt, Chelsea G 05 Jan 2018 18:12:00
Condition -  Stable- Certified emergency

Prescriptions Provided to Patient
Voltaren 75 mg Tab 1 TABLET DR(75 mg) as needed every 12 hours Oral 0  20 0 take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours

Recommended MD Level Of Service - 4;  Evaluation and Management Code - 99284
Recommended Facility/RN Level Of Service - 4; Evaluation and Management Code - 612

Discharge Diagnosis Summary: Shoulder Pain;Anterior dislocation of shoulder joint (disorder)
Procedures: None
Laceration Procedures: None
Consultants/Specialty: Ruth MD,Robert :Emergency Medicine
Discharge Diet: None
Discharge Activity: None
Additional Discharge Instructions:  Return to ED or Follow up with your Primary Care Physician if feeling worse or experiencing new symptoms.;Follow up with Orthopedist, keep shoulder immobilizer in place until Ortho follow up
PreWritten Discharge Instructions: Shoulder Dislocation;Shoulder Immobilizer
Follow Up MDs: Holbrook
Patient Medication List:
amLODIPine 10 mg tablet 1 TABLET(10 mg) daily Oral  take 1 TABLET(10 mg) by Oral route daily
Voltaren 75 mg Tab 1 TABLET DR(75 mg) as needed every 12 hours Oral 0  take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours

Electronically signed and authenticated by the Following Physicians  Ruth MD, Robert                          Specialty  Emergency Medicine

- 4 -

02/12/2019    10:35                                                    (FAX)                    P.007/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

Printed  01/05/2018 21:28

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE       Reg. Date 01/05/2018 14:08  Adm. Date 01/05/2018 14:08  Room  ED:08-

**Allergies**  No Known Allergies

## Diagnostic Results

| Ordering Staff | Date/Time Entered | Diagnostic Name | Result Interpretation | Reviewed By | Date/Time Reviewed |
|---|---|---|---|---|---|
| RUTH, ROBERT | 01/05/2018 15:14 | SHOULDER 2+VW RT | Description: SHOULDER 2+VW RT<br>Result: SEE COMMENTS SECTION | | |

COOSA VALLEY MEDICAL CENTER
315 W. HICKORY STREET
SYLACAUGA, AL 35150

NAME: MAGEE, DRAESHUND K  SEX: M  AGE: 40  DOB: 9/21/1977
MRN#: 253215  ACCT#: 886401  ADMIT: 1/5/2018  DISC:   F/C: HBV
PT TYPE: E/R  LOCATION: 049  ROOM: ED-13

====================================================
====================================================

EXAM DESCRIPTION:
SHOULDER 2+VW RT - 73744
1/05/18 14:50 - JBO
CPT CODE: 73030
ORDERING PHYSICIAN: ROBERT RUTH

CLINICAL INFORMATION:
INJURY

COMPARISON:
None.

FINDINGS:
There is a subcoracoid anterior dislocation of the right shoulder. There is no
visible fracture on these views.

IMPRESSION:
Subcoracoid right shoulder dislocation.

THIS DOCUMENT HAS BEEN INTERPRETED, REVIEWED AND ELECTRONICALLY
SIGNED BY:
Gerald Karcher, M.D.
1/05/18 15:11

_____

- 5 -

02/12/2019    10:35                                          (FAX)                    P.008/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150          Printed  01/05/2018 21:28
(256) 401-4000

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE          **Reg. Date** 01/05/2018 14:08  **Adm. Date** 01/05/2018 14:08  **Room** ED:08-

**Allergies**  No Known Allergies

RUTH, ROBERT  01/05/2018       SHOULDER       Description: SHOULDER 2+VW RT                              Ruth MD, Robert    01/05/2018
              16:46            2+VW RT         Result: SEE COMMENTS SECTION                                                 16:50

COOSA VALLEY MEDICAL CENTER
315 W. HICKORY STREET
SYLACAUGA, AL 35150

NAME: MAGEE, DRAESHUND K   SEX: M   AGE: 40   DOB: 9/21/1977
MRN#: 253215   ACCT#: 886401   ADMIT: 1/5/2018   DISC:   F/C: HBV
PT TYPE: E/R   LOCATION: 049   ROOM: ED-13

=============================================================

EXAM DESCRIPTION:
SHOULDER 2+VW RT - 73752
1/05/18 16:42 - CG
CPT CODE: 73030
ORDERING PHYSICIAN: ROBERT RUTH

CLINICAL INFORMATION:
POST REDUCTION

COMPARISON:
Earlier study of the same date.

FINDINGS:
The dislocation has been reduced. There is no visible fracture on these views.

IMPRESSION:
Successful reduction of right shoulder dislocation.

THIS DOCUMENT HAS BEEN INTERPRETED, REVIEWED AND ELECTRONICALLY
SIGNED BY:
Gerald Karcher, M.D.
1/05/18  16:44

- 6 -

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150

(256) 401-4000

Printed  01/05/2018 21:28

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE    **Reg. Date** 01/05/2018 14:08  **Adm. Date** 01/05/2018 14:08  **Room**  ED:08-

**Allergies**  No Known Allergies

## Medical Orders

| MD Name | MD Time | Medical Order | Ack Staff | Ack Time | Clinical Staff | Clinical Staff Time | Order Status |
|---|---|---|---|---|---|---|---|
| Ruth MD, Robert | 01/05/2018 14:22 | Shoulder "Y" View R V.O. per Ruth MD, Robert Ruth MD, Robert at 1/5/2018 2:35:19 PM | Williams RN, Tanaeya | 01/05/2018 14:22 | Alt, Chelsea G | 01/05/2018 14:44 | Executed |
| Ruth MD, Robert | 01/05/2018 14:35 | saline lock and flush per protocol | Phurrough RN, Leslie | 01/05/2018 14:47 | Phurrough RN, Leslie | 01/05/2018 03:10 | Executed |
| Ruth MD, Robert | 01/05/2018 14:35 | 0.9NS 125ml/hr, 125 ML/H, one time, Intravenous, , STAT | Phurrough RN, Leslie | 01/05/2018 14:47 | Phurrough RN, Leslie | 01/05/2018 03:15 | Executed |
| Ruth MD, Robert | 01/05/2018 14:36 | Ativan 2 mg IVP, 2 MG, one time, Injection, , STAT | Phurrough RN, Leslie | 01/05/2018 14:47 | Phurrough RN, Leslie | 01/05/2018 03:17 | Executed |
| Ruth MD, Robert | 01/05/2018 14:37 | Morphine IV, 4 MG(4 MG), one time dose, Intravenous, , , STAT | Phurrough RN, Leslie | 01/05/2018 14:47 | Phurrough RN, Leslie | 01/05/2018 03:15 | Executed |
| Ruth MD, Robert | 01/05/2018 14:58 | Shoulder Immobilizer | McClellan MST, Madison | 01/05/2018 15:25 | Phurrough RN, Leslie | 01/05/2018 16:25 | Executed |
| Ruth MD, Robert | 01/05/2018 16:17 | Etomidate 2 mg/mL IV, 20 MG, one time, Intravenous, , STAT | Phurrough RN, Leslie | 01/05/2018 16:17 | Phurrough RN, Leslie | 01/05/2018 16:17 | EXECUTED |
| Ruth MD, Robert | 01/05/2018 16:26 | Shoulder "Y" View R | Standridge, Heather | 01/05/2018 16:44 | Standridge, Heather | 01/05/2018 16:44 | Executed |

### Admit To

| | MD | MD Time | | RN | RN Time |
|---|---|---|---|---|---|
| **Disposition** | Ruth MD, Robert | 01/05/2018 16:47 | Discharge Home | Alt, Chelsea G | 01/05/2018 18:12 |
| **Condition** | Ruth MD, Robert | 01/05/2018 16:47 | Stable- Certified emergency | Alt, Chelsea G | 01/05/2018 18:12 |

### Date/Time Patient Physically Left the Emergency Department

01/05/2018 18:15

**Electronically signed and authenticated by the following Physicians :**    Ruth MD, Robert

- 7 -

02/12/2019    10:35                                                        (FAX)                    P.010/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150                    Printed  01/05/2018 21:28
(256) 401-4000

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE          **Reg. Date** 01/05/2018 14:08  **Adm. Date** 01/05/2018 14:08  **Room**  ED:08-
**Allergies**  No Known Allergies

## Notifications By MD

No Notification Documentation

## Notifications By RN

No Notification Documentation

- 8 -

02/12/2019    10:35                                         (FAX)                    P.011/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000                                                 Printed  01/05/2018 21:28

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE           **Reg. Date** 01/05/2018 14:08  **Adm. Date** 01/05/2018 14:08  **Room** ED:08-

**Allergies**  No Known Allergies

## Vitals

| Taken at | Taken by | Temp | Pulse | Resp | BP | Pulse Ox | Pain Scale | Wt. (kg) | Wt. Chg. | Ht. (cm) | BMI | Head Circ. (cm) | EGA | USEGA | LMP | LMP Status | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2018 14:16 | Williams RN, Tenaeya | Oral 98.2 | 76 | 14 | 132/76 | 100% | 2/10 | 122.47 | 0 | 170.18 | 42.3 | | | | | | O2: RA O2 Device: N/A |
| 01/05/2018 17:26 | McClellan MST, Madison | | 80 | 16 | 154/106 | 96% | MST Entry | | | | | | | | | | O2: 2L O2 Device: Nasal cannula |
| 01/05/2018 17:40 | McClellan MST, Madison | | 76 | 16 | 132/76 | 99% | MST Entry | | | | | | | | | | O2: RA O2 Device: N/A |

02/12/2019    10:35                                                        (FAX)                    P.012/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150          Printed  01/05/2018 21:28
(256) 401-4000

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE          Reg. Date 01/05/2018 14:08  Adm. Date 01/05/2018 14:08  Room ED:08-

**Allergies**  No Known Allergies

## Clinical-InterDisciplinary Notes

| Date/Time | Note Type | Clinical Note | Staff |
|---|---|---|---|
| 01/05/2018 14:20 | ED – TRIAGE | Triage - Emergency Department: | Williams RN, Tanaeya |

Mode-Walked
Historian-Self
Police Notified-N/A - No indication for reporting at present
Police Custody-N/A
Tetanus-Unknown
TB Screening-Patient denies fever, night sweats, bloody sputum, unitentional weight loss
Transmission precautions indicated upon Triage-Standard precautions indicated and followed
PCP on Staff-No
Family Physician Name-None
Educational Assessment-Language-English
Educational Assessment-Communication Barrier-No communication barriers
Patient's Preferred Language for discussing healthcare information-English
Educational Assessment-Translator-No translator needed
Educational Assessment-Assessed Disability-No Disability
Functional Discharge Planning - Daily Living-Independent
Functional Discharge Planning - Living Conditions-At home with family
Functional Discharge Planning - Going Home with-Self
ABUSE SCREENING-assessed as follows
Are you being Hurt by Anyone?-Denies being hurt by anyone
Does patients appearance demonstrate poor hygiene, malnutrition and/or dehydration-No
Does patient appear frightened or intimidated in the presence of caregiver?-No
Does the patient have unexplained bruises, lacerations, abrasions, burns, head injuries, sprains
or fractures?-No
Any recent changes in nutritional status?-No
Acuity-Category-3 - ESI III
Disposition-ED Room #8
Chief Complaint-Shoulder Pain R
Summary of History of Present Illness/Focused Assessment-Talladega Federal prisoner. Alleged
assault took place this am. Tylenol #3 (2) given pta
Primary survey done upon Triage-was noted as follows;
Breathing status-Spontaneous and adequate
Circulatory status-Skin warm and dry with brisk capillary refill
Neurological Status:-Alert and oriented
Transported By-Correctional officers

| 01/05/2018 14:21 | SUICIDE | Suicidal Risk Screening: | Williams RN, Tanaeya |

History of substance abuse? 1 point-0-Denies
History of mental illness? 1 point-0-Denies
Have you/do you have any feeling of hopelessness? 2 points-0-Denies
Do you wish that you would just not wake up? 2 points-0-Denies
Do you believe that you are a burden to your family and friends? 2 points-0-Denies
Have you experienced any recent traumatic losses? 2 points-0-Denies
Do you have a desire to harm or kill yourself? 4 points-0-Denies
Has a close friend or anyone in your family committed suicide? 1 point-0-Denies
Total patient score:-0
Did this patient score 4 or more points?-No

- 10 -

02/12/2019   10:34                                                (FAX)                        P.003/032

14800-003

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150          **Printed** 01/05/2018 21:28
(256) 401-4000

|  |  |  |  |  | **Admitting Weight** | **Admitting Height** |  |  |
|---|---|---|---|---|---|---|---|---|
| **Patient Name** | **Age** | **DOB** | **Gender** | **Race** |  |  | **Medical Record** | **Account** |
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE      **Reg. Date** 01/05/2018 14:08  **Adm. Date** 01/05/2018 14:08  **Room** ED:08-

**Allergies**  No Known Allergies

# Patient Demographics

## Admission Data

| Account Number | Medical Record | Admit Date | Admit Time | EMR MD | Primary Care MD | Admit Clerk |
|---|---|---|---|---|---|---|
| 886401 | 253215 | 01/05/2018 | 14:08 | 157800 ER, DOCTOR | | |

| Reason For Visit | | MN Visit Dx | |
|---|---|---|---|

Other Doctors

Comments

## Patient Data

| Patient Name | Date Of Birth | Social Security | Race | Sex | Religion | Marital | Maiden Name | Patient Email |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 09/21/1977 | xxx-xx-7583 | Black or African American | Male | OTHER | Single | | |

**Address 1**  565 E RENFROE RD

**Address 2**

| City | TALLADEGA | State | AL | Zip | 35160 | Phone | 2563154100 |
|---|---|---|---|---|---|---|---|

| Employer | | | Occupation | |
|---|---|---|---|---|

**Address 1**

**Address 2**

| City | | State | | Zip | | Phone | |
|---|---|---|---|---|---|---|---|

## Insurance Data

| Insurance Name | Subscriber | Subscriber Relationship | Policy Number | Group Number | Fin Class | Auth Number |
|---|---|---|---|---|---|---|
| HEALTH COST SOLUTIONS OUTPATIE | MAGEE DRAESHUND K, | Patient is Insured | FAF14800-003 | | | |

**Address 1**

**Address 2**

| City | | State | | Zip | | Phone | 8559990293 |
|---|---|---|---|---|---|---|---|

## Next Of Kin Data

| Name | Relationship |
|---|---|
| TALLADEGA, PRISON FCI | EMERGENCY CONTACT |

**Address 1**  565 E RENFROE RD

**Address 2**

| City | TALLADEGA | State | AL | Zip | 35160 | Phone | 2563154100 | Business Phone | 0000000000 |
|---|---|---|---|---|---|---|---|---|---|

2/15/19

W. M. Holbrook, M.D.
Clinical Director
FCI/ FPC Talladega, AL

- 1 -

02/12/2019    10:34                                          (FAX)                    P.004/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150    **Printed** 01/05/2018 21:28
(256) 401-4000

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance** HEALTH COST SOLUTIONS OUTPATIE    **Reg. Date** 01/05/2018 14:08 **Adm. Date** 01/05/2018 14:08 **Room** ED:08-

**Allergies** No Known Allergies

## Admission Assessment

**Weight** 122.47kg          **Height** 170.18cm          **BMI** 42.3

### Past Medical History

| | | |
|---|---|---|
| hypertension | Williams RN, Tanaeya | 01/05/2018 14:22 |

### Family History

| | | |
|---|---|---|
| Denies significant family history | Williams RN, Tanaeya | 01/05/2018 14:22 |

### Social History

| | | |
|---|---|---|
| Denies significant social history | Williams RN, Tanaeya | 01/05/2018 14:22 |
| Smoker Unknown If ever Smoked | Williams RN, Tanaeya | 01/05/2018 14:22 |

### Allergies

| | | |
|---|---|---|
| No Known Allergies | Williams RN, Tanaeya | 01/05/2018 14:23 |

### Home Medications - Admission

| | | |
|---|---|---|
| amLODIPine 10 mg tablet, 1 TABLET(10 mg), daily, Oral, take 1 TABLET(10 mg) by Oral route daily | Williams RN, Tanaeya | 01/05/2018 14:23 |
| Voltaren 75 mg Tab, 1 TABLET DR(75 mg), as needed every 12 hours, Oral, 0 , take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours | Ruth MD, Robert | 01/05/2018 16:50 |

### Advanced Directives

| | | |
|---|---|---|
| | Williams RN, Tanaeya | 01/05/2018 14:22 |

### Fall Risk

| | | |
|---|---|---|
| No recent falls = 0 | Williams RN, Tanaeya | 01/05/2018 14:22 |
| TOTAL SCORE IS 3 or less - Standard Risk to Fall | Williams RN, Tanaeya | 01/05/2018 14:22 |

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed**  01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08    **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

## Admission Assessment

**Weight** 122.47 kg    **Height** 170.18 cm    **BMI** 42.3

### Past Medical History

| hypertension | Williams RN, Tanaeya | 01/05/18 14:22 |
|---|---|---|

### Social History

| Denies significant social history | Williams RN, Tanaeya | 01/05/18 14:22 |
|---|---|---|
| Smoker Unknown if ever Smoked | Williams RN, Tanaeya | 01/05/18 14:22 |

### Family History

| Denies significant family history | Williams RN, Tanaeya | 01/05/18 14:22 |
|---|---|---|

### Allergies

| No Known Allergies | Williams RN, Tanaeya | 01/05/18 14:23 |
|---|---|---|

### Home Medications - Admission

| amLODIPine 10 mg tablet, 1 TABLET(10 mg), daily, Oral, take 1 TABLET(10 mg) by Oral route daily | Williams RN, Tanaeya | 01/05/18 14:23 |
|---|---|---|
| Voltaren 75 mg Tab, 1 TABLET DR(75 mg), as needed every 12 hours, Oral, 0 , take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours | Ruth MD, Robert | 01/05/18 16:50 |

### Advance Directives

| No Advanced Directive | Williams RN, Tanaeya | 01/05/18 14:22 |
|---|---|---|

### Fall Risk

| No recent falls = 0 | Williams RN, Tanaeya | 01/05/18 14:22 |
|---|---|---|
| TOTAL SCORE IS 3 or less - Standard Risk to Fall | Williams RN, Tanaeya | 01/05/18 14:22 |

1\|12\|18

W. M. Holbrook, M.D.
Clinical Director
FCI/ FPC Talladega, AL

1 of 1

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/06/2018 2:32

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 120.20kg | 170.18cm | 253215 | 886481 |

Allergies: No Known Allergies

**Reg. Date** 01/06/2018 0:49    **Room** ED:09-

**Adm. Date** 01/06/2018 0:49

# Discharge-Home Instructions

**Discharge Diagnosis**

Shoulder Pain

**Discharge Activity**

**Discharge Diet**

**Discharge Instructions**

**Discharge Prewritten Instructions**

Shoulder Dislocation

Shoulder Immobilizer

| Follow Up Date/Time | Practitioner Name | Clinic Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|
| 1/8/2018 | PCP | | | | | | |

**Comments**

**Prescriptions**

| | |
|---|---|
| Print Date/Time: | 1/6/2018 2:32:08 AM |
| Discharge Date/Time: | 1/6/2018 2:26:00 AM |
| Attending Physician: | Blanco MD, Jorge |
| Language: | English |
| Nurse Signature: | |

Received transitional record: Diagnosis, Diagnostic Results, Procedures, Follow-up/Patient Instructions, and Home Medication List

All patients must follow up with a doctor within 48 hours if there are still medical symptoms or problems.

Patient Signature:

**Coosa Valley Medical Center**

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

Printed  01/06/2018 2:32

| Patient Name | Age | DOB | Gender | Race | Insurance |
|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST |

Allergies: No Known Allergies

| | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|
| | 120.20kg | 170.18cm | 253215 | 886481 |

**Reg. Date** 01/06/2018 0:49        **Room** ED:09-
**Adm. Date** 01/06/2018 0:49

# Discharge-Home Instructions

**Discharge Diagnosis**

Shoulder Pain

**Discharge Activity**

**Discharge Diet**

**Discharge Instructions**

**Discharge Prewritten Instructions**

Shoulder Dislocation

Shoulder Immobilizer

| Follow Up Date/Time | Practitioner Name | Clinic Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|
| 1/8/2018 | PCP | | | | | | |

**Comments**

**Prescriptions**

| | | |
|---|---|---|
| **Print Date/Time:** | 1/6/2018 2:32:08 AM | Received transitional record: Diagnosis, Diagnostic Results, Procedures, Follow-up/Patient Instructions, and Home Medication List |
| **Discharge Date/Time:** | 1/6/2018 2:26:00 AM | |
| **Attending Physician:** | Blanco MD, Jorge | All patients must follow up with a doctor within 48 hours if there are still medical symptoms or problems. |
| **Language:** | English | |
| **Nurse Signature:** | | **Patient Signature:** |

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08    **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

## Admission Assessment

**Weight** 122.47 kg    **Height** 170.18 cm    **BMI** 42.3

### Past Medical History

| | | |
|---|---|---|
| hypertension | Williams RN, Tanaeya | 01/05/18 14:22 |

### Social History

| | | |
|---|---|---|
| Denies significant social history | Williams RN, Tanaeya | 01/05/18 14:22 |
| Smoker Unknown if ever Smoked | Williams RN, Tanaeya | 01/05/18 14:22 |

### Family History

| | | |
|---|---|---|
| Denies significant family history | Williams RN, Tanaeya | 01/05/18 14:22 |

### Allergies

| | | |
|---|---|---|
| No Known Allergies | Williams RN, Tanaeya | 01/05/18 14:23 |

### Home Medications - Admission

| | | |
|---|---|---|
| amLODIPine 10 mg tablet, 1 TABLET(10 mg), daily, Oral, take 1 TABLET(10 mg) by Oral route daily | Williams RN, Tanaeya | 01/05/18 14:23 |
| Voltaren 75 mg Tab, 1 TABLET DR(75 mg), as needed every 12 hours, Oral, 0 , take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours | Ruth MD, Robert | 01/05/18 16:50 |

### Advance Directives

| | | |
|---|---|---|
| No Advanced Directive | Williams RN, Tanaeya | 01/05/18 14:22 |

### Fall Risk

| | | |
|---|---|---|
| No recent falls = 0 | Williams RN, Tanaeya | 01/05/18 14:22 |
| TOTAL SCORE IS 3 or less - Standard Risk to Fall | Williams RN, Tanaeya | 01/05/18 14:22 |

W. M. Holbrook, M.D.
Clinical Director
FCI/ FPC Talladega, AL

# Shoulder Dislocation

Your shoulder is made up of three bones: the collar bone (*clavicle*); the shoulder blade (*scapula*), which includes the socket (*glenoid cavity*); and the upper arm bone (*humerus*). Your shoulder joint is the place where these bones meet. Strong, fibrous tissues hold these bones together (*ligaments*). Muscles and strong, fibrous tissues that connect the muscles to these bones (*tendons*) allow your arm to move through this joint. The range of motion of your shoulder joint is more extensive than most of your other joints, and the glenoid cavity is very shallow. That is the reason that your shoulder joint is one of the most



unstable joints in your body. It is far more prone to dislocation than your other joints. Shoulder dislocation is when your humerus is forced out of your shoulder joint.

CAUSES
Shoulder dislocation is caused by a forceful impact on your shoulder. This impact usually is from an injury, such as a sports injury or a fall.

SYMPTOMS
Symptoms of shoulder dislocation include:

- Deformity of your shoulder.
- Intense pain.
- Inability to move your shoulder joint.
- Numbness, weakness, or tingling around your shoulder joint (your neck or down your arm).
- Bruising or swelling around your shoulder.

DIAGNOSIS
In order to diagnose a dislocated shoulder, your caregiver will perform a physical exam. Your caregiver also may have an X-ray exam done to see if you have any broken bones. Magnetic resonance imaging (MRI) is a procedure that sometimes is done to help your caregiver see any damage to the soft tissues around your shoulder, particularly your rotator cuff tendons. Additionally, your caregiver also may have electromyography done to measure the electrical discharges produced in your muscles if you have signs or symptoms of nerve damage.

TREATMENT
A shoulder dislocation is treated by placing the humerus back in the joint (*reduction*). Your caregiver does this either manually (*closed reduction*), by moving your humerus back into the joint through manipulation, or through surgery (*open reduction*). When your humerus is back in place, severe pain should improve almost immediately.

You also may need to have surgery if you have a weak shoulder joint or ligaments, and you have recurring shoulder dislocations, despite rehabilitation. In rare cases, surgery is necessary if your nerves or blood vessels are damaged during the dislocation.

After your reduction, your arm will be placed in a shoulder immobilizer or sling to keep it from moving. Your caregiver will have you wear your shoulder immoblizer or sling for 3 days to 3 weeks, depending on how serious your dislocation is. When your shoulder immobilizer or sling is removed, your caregiver may prescribe physical therapy to help improve the range of motion in your shoulder joint.

HOME CARE INSTRUCTIONS
The following measures can help to reduce pain and speed up the healing process:

- Rest your injured joint. **Do not** move it. Avoid activities similar to the one that caused your injury.
- Apply ice to your injured joint for the first day or two after your reduction or as directed by your caregiver. Applying ice helps to reduce inflammation and pain.
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 15 to 20 minutes at a time, every 2 hours while you are awake.
- Exercise your hand by squeezing a soft ball. This helps to eliminate stiffness and swelling in your hand and wrist.
- Take over-the-counter or prescription medicine for pain or discomfort as told by your caregiver.

## SEEK IMMEDIATE MEDICAL CARE IF:
- Your shoulder immobilizer or sling becomes damaged.
- Your pain becomes worse rather than better.
- You lose feeling in your arm or hand, or they become white and cold.

## MAKE SURE YOU:
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 09/12/2002 Document Revised: 03/11/2013 Document Reviewed: 10/07/2012
ExitCare® Patient Information ©2013 ExitCare, LLC.

You also may need to have surgery if you have a weak shoulder joint or ligaments, and you have recurring shoulder dislocations, despite rehabilitation. In rare cases, surgery is necessary if your nerves or blood vessels are damaged during the dislocation.

After your reduction, your arm will be placed in a shoulder immobilizer or sling to keep it from moving. Your caregiver will have you wear your shoulder immoblizer or sling for 3 days to 3 weeks, depending on how serious your dislocation is. When your shoulder immobilizer or sling is removed, your caregiver may prescribe physical therapy to help improve the range of motion in your shoulder joint.

HOME CARE INSTRUCTIONS
The following measures can help to reduce pain and speed up the healing process:

- Rest your injured joint. **Do not** move it. Avoid activities similar to the one that caused your injury.
- Apply ice to your injured joint for the first day or two after your reduction or as directed by your caregiver. Applying ice helps to reduce inflammation and pain.
   - Put ice in a plastic bag.
   - Place a towel between your skin and the bag.
   - Leave the ice on for 15 to 20 minutes at a time, every 2 hours while you are awake.
- Exercise your hand by squeezing a soft ball. This helps to eliminate stiffness and swelling in your hand and wrist.
- Take over-the-counter or prescription medicine for pain or discomfort as told by your caregiver.

**SEEK IMMEDIATE MEDICAL CARE IF:**
- Your shoulder immobilizer or sling becomes damaged.
- Your pain becomes worse rather than better.
- You lose feeling in your arm or hand, or they become white and cold.

**MAKE SURE YOU:**
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 09/12/2002 Document Revised: 03/11/2013 Document Reviewed: 10/07/2012
ExitCare® Patient Information ©2013 ExitCare, LLC

# Shoulder Immobilizer

Your doctor has given you a shoulder immobilizer. This can be used to treat shoulder fractures and dislocations. It keeps the arm supported next to the body, and prevents it from swinging loose and from further injury or pain. **Shoulder fractures and dislocations usually take 4-6 weeks to heal.**

HOME CARE INSTRUCTIONS
- To reduce irritation in your armpit, use powder or pads to absorb any sweat.
- Your immobilizer may be removed and washed as directed, but do not use your arm for any work out of the immobilizer unless your doctor approves.
- Always wear your immobilizer at night.
- Call your doctor if you have any questions about your injury or how to use this device.

Document Released: 01/25/2006 Document Revised: 03/11/2013 Document Reviewed: 12/04/2008
ExitCare® Patient Information ©2013 ExitCare, LLC.

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08    **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

## Diagnostic Results

| Diagnostic Name | Ordered By | Ordered | Collected | Received | Resulted | Reviewed | Reviewed By |
|---|---|---|---|---|---|---|---|
| SHOULDER 2+VW RT | RUTH, ROBERT | 01/05/2018 14:22 | 01/05/2018 14:22 | | 01/05/2018 15:14 | | |

**Result Interpretation**      **Status:** F      **Accession #** 617374420180105

Description: SHOULDER 2+VW RT
Result: SEE COMMENTS SECTION

```
                    COOSA VALLEY MEDICAL CENTER
                      315 W. HICKORY STREET
                      SYLACAUGA, AL  35150



   NAME: MAGEE, DRAESHUND K   SEX: M . AGE: 40   DOB: 9/21/1977
   MRN#: 253215   ACCT#: 886401   ADMIT: 1/5/2018   DISC:   F/C: HBV
   PT TYPE: E/R   LOCATION: 049   ROOM: ED-13

==============================================================

EXAM DESCRIPTION:
SHOULDER 2+VW RT - 73744
1/05/18 14:50 - JBO
CPT CODE:  73030
ORDERING PHYSICIAN:  ROBERT RUTH

CLINICAL INFORMATION:
INJURY

COMPARISON:
None.

FINDINGS:
There is a subcoracoid anterior dislocation of the right shoulder. There is no
visible fracture on these views.

IMPRESSION:
Subcoracoid right shoulder dislocation.



THIS DOCUMENT HAS BEEN INTERPRETED, REVIEWED AND ELECTRONICALLY SIGNED BY:
Gerald Karcher, M.D.
1/05/18  15:11

-------------------------------------------------------
```

1 of 2

# Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | HEALTH COST SOLUTIONS OUTPATIE | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08    **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

| Diagnostic Name | Ordered By | Ordered | Collected | Received | Resulted | Reviewed | Reviewed By |
|---|---|---|---|---|---|---|---|
| SHOULDER 2+VW RT | RUTH, ROBERT | 01/05/2018 16:26 | 01/05/2018 16:26 | | 01/05/2018 16:46 | 01/05/2018 16:50 | Ruth MD, Robert |

**Result Interpretation**     **Status:** F     **Accession #** 617375220180105

Description: SHOULDER 2+VW RT
Result: SEE COMMENTS SECTION

```
                    COOSA VALLEY MEDICAL CENTER
                      315 W. HICKORY STREET
                      SYLACAUGA, AL  35150



  NAME: MAGEE, DRAESHUND K   SEX: M   AGE: 40   DOB: 9/21/1977
  MRN#: 253215   ACCT#: 886401   ADMIT: 1/5/2018   DISC:   F/C: HBV
  PT TYPE: E/R   LOCATION: 049   ROOM: ED-13

================================================================

EXAM DESCRIPTION:
SHOULDER 2+VW RT - 73752
1/05/18 16:42 - CG
CPT CODE:  73030
ORDERING PHYSICIAN:  ROBERT RUTH

CLINICAL INFORMATION:
POST REDUCTION

COMPARISON:
Earlier study of the same date.

FINDINGS:
The dislocation has been reduced. There is no visible fracture on these views.

IMPRESSION:
Successful reduction of right shoulder dislocation.



THIS DOCUMENT HAS BEEN INTERPRETED, REVIEWED AND ELECTRONICALLY SIGNED BY:
Gerald Karcher, M.D.
1/05/18  16:44


-----------------------------------------------------
```

02/12/2019    10:34                                           (FAX)                    P.004/032

**Coosa Valley Medical Center**          314 W Hickory Street, Sylacauga, AL 35150        **Printed** 01/05/2018 21:28
                                         (256) 401-4000       **Admitting   Admitting**

| Patient Name | Age | DOB | Gender | Race | Weight | Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE          **Reg. Date** 01/05/2018 14:08  **Adm. Date** 01/05/2018 14:08  **Room** ED:08-

**Allergies**  No Known Allergies

## Admission Assessment          **Weight** 122.47kg        **Height** 170.18cm        **BMI** 42.3

### Past Medical History

hypertension                     Williams RN,        01/05/2018 14:22
                                 Tanaeya

### Family History

Denies significant family         Williams RN,        01/05/2018 14:22
history                          Tanaeya

### Home Medications - Admission

amLODIPine 10 mg tablet, 1 TABLET(10 mg), daily, Oral, take 1 TABLET(10 mg) by Oral route    Williams RN,       01/05/2018 14:23
daily                                                                                        Tanaeya

Voltaren 75 mg Tab, 1 TABLET DR(75 mg), as needed every 12 hours, Oral, 0 , take 1 TABLET    Ruth MD, Robert    01/05/2018 16:50
DR(75 mg) by Oral route as needed every 12 hours

### Advanced Directives

                                 Williams RN,        01/05/2018 14:22
                                 Tanaeya

### Social History

Denies significant social history   Williams RN,      01/05/2018 14:22
                                    Tanaeya

Smoker Unknown if ever              Williams RN,      01/05/2018 14:22
Smoked                              Tanaeya

### Allergies

No Known Allergies                  Williams RN,      01/05/2018 14:23
                                    Tanaeya

### Fall Risk

No recent falls = 0                 Williams RN,      01/05/2018 14:22
                                    Tanaeya

TOTAL SCORE IS 3 or less -          Williams RN,      01/05/2018 14:22
Standard Risk to Fall               Tanaeya

- 2 -

02/12/2019    10:34                                                      (FAX)                    P.005/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150

(256) 401-4000

Printed  01/05/2018 21:28

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE    **Reg. Date** 01/05/2018 14:08  **Adm. Date** 01/05/2018 14:08  **Room** ED:08-

**Allergies**  No Known Allergies

## MD Notes

**MD Name** Ruth MD, Robert                **Date Of Note** 01/05/2018 14:35        **Note Type** EMERGENCY

### History / Subjective

HPI Paragraph:  Patient with Shoulder Pain R Side for 1 Hour(s). The Onset is Acute. The symptoms are Severe, pain, Constant, few hours per episode(s). Radiating Symptoms include  None.
Other Notes: ; ROS positive for Injured shoulder during altercation at Prison,
Review of Systems NOT Covered in HPI:
ENT: Neg,Heart: Neg,Resp: Neg,GI: Neg,GU: Neg,Skin: Neg,Neuro: Neg,Psych: Neg,Musculoskeletal: Pos,Endocrine: Neg,Hematologic/Lymphatic:
Neg,Allergic/Immunologic: Neg,Constitutional Sxs: Neg,Eyes: Neg,

### Exam / Objective

Date/Time of Exam: 01/05/2018 14:35:17 MD Name: Ruth MD, Robert
GA: Awake A&Ox3
Skin: No pallor/ rashes warm & moist
HEENT: PERRL EOMI Moist Mucous Membranes No Icterus
Neck: NT Full ROM No JVD
Lung/Chest Wall: Lungs-Lungs CTA No Ret/Chest Wall-Chest Wall NT
Cardio Vascular: RRR No M
Abdomen: Palpation-Tenderness-None/BS-BS-NL/No Bruits/Abd Appearance-No Pulsating Masses
Neuro: Motor-Major Muscle Groups 5/5/Sensory-Gross Sensory Intact/Coordination-
Back: NT no CVAT
GU: Normal
Extremity: Location-Shoulder R/Palpation-Point Tenderness/ROMDecreased AROM (Severe)/Pulses- Normal
Lymphatics: No LAD
Functional Status: No Impairment
Cognitive Status: No Impairment

REPEAT/ADDITIONAL EXAMS:
01/05/2018 14:35:17 Ruth MD, Robert  - Reviewed pertinent diagnostic tests, vital signs, and clinical notes
01/05/2018 14:38:00 Ruth MD, Robert  - No Sx(s) or Objective findings that are life or limb threatening. Medically Screened and Stable for disposition(Transfer) from the unit.
01/05/2018 16:47:00 Ruth MD, Robert  - Pt sedated with etomidate 20 mg IVP, using traction counter traction R humerus was relocated in the glenoid, Shoulder immobilizer was placed. Pt tolerated well, and was amnestic to procedure
01/05/2018 16:15:00 Ruth MD, Robert  - Moderate Sedation: Pre-procedure Note: Patient's last oral intake: 10:00__. ASA class (1-5 E) = 1__; Mallampati Airway Grade (I-IV) = _3__. Patient is an appropriate candidate to undergo moderate sedation as planned.
01/05/2018 17:39:00 Ruth MD, Robert  - Moderate Sedation: Post-procedure Note: No known anesthetic complications. See clinical notes for most recent vital signs. Cardiovascular/BP/Pulse: Baseline; Respiratory/O2 Sat/Airway Patency/Respiratory Rate: Baseline; Mental Status: Baseline; Pain Status: Baseline; Nausea/Vomiting: No; Post Op Hydration: No. See disposition note for disposition status.

-3-

02/12/2019   10:34   (FAX)   P.006/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

Printed  01/05/2018 21:28

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE   **Reg. Date** 01/05/2018 14:08 **Adm. Date** 01/05/2018 14:08 **Room** ED:08-

**Allergies**  No Known Allergies

### Assessment / Plan (Problem List)

Shoulder Pain(NO ICD10) ,Status: Active, Start Date: 01/05/2018

Anterior dislocation of shoulder joint (disorder)(S43.011A) ,Status: Active, Start Date: 01/05/2018

Other Medical Orders/Additional Comments
  saline lock and flush per protocol
  0.9NS 125ml/hr, •125 ML/H, one time, Intravenous, , STAT
  Ativan 2 mg IVP, 2 MG, one time, Injection, , STAT
  Morphine  IV, 4 MG(4 MG), one time dose, Intravenous, , , STAT
  Shoulder Immobilizer
  Etomidate 2 mg/mL IV, 20 MG, one time, Intravenous, , STAT
  Shoulder "Y" View R

Disposition -  Discharge Home
Disposition MD:Ruth MD, Robert  05 Jan 2018 16:47:00
Disposition RN:Alt, Chelsea G 05 Jan 2018 18:12:00
Condition -  Stable- Certified emergency

Prescriptions Provided to Patient
  Voltaren 75 mg Tab 1 TABLET DR(75 mg) as needed every 12 hours Oral 0  20 0 take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours

Recommended MD Level Of Service - 4;  Evaluation and Management Code - 99284
Recommended Facility/RN Level Of Service - 4; Evaluation and Management Code - 612

Discharge Diagnosis Summary: Shoulder Pain;Anterior dislocation of shoulder joint (disorder)
Procedures: None
Laceration Procedures: None
Consultants/Specialty: Ruth MD,Robert :Emergency Medicine
Discharge Diet: None
Discharge Activity: None
Additional Discharge Instructions: Return to ED or Follow up with your Primary Care Physician if feeling worse or experiencing new symptoms.;Follow up with Orthopedist, keep shoulder immobilizer in place until Ortho follow up
PreWritten Discharge Instructions: Shoulder Dislocation;Shoulder Immobilizer
Follow Up MDs: Holbrook
Patient Medication List:
  amLODIPine 10 mg tablet 1 TABLET(10 mg) daily Oral   take 1 TABLET(10 mg) by Oral route daily
  Voltaren 75 mg Tab 1 TABLET DR(75 mg) as needed every 12 hours Oral 0  take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours

Electronically signed and authenticated by the Following Physicians  Ruth MD, Robert                    Specialty  Emergency Medicine

- 4 -

02/12/2019    10:35                                              (FAX)                    P.007/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150                    **Printed** 01/05/2018 21:28

(256) 401-4000

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE    **Reg. Date** 01/05/2018 14:08  **Adm. Date** 01/05/2018 14:08  **Room** ED:08-

**Allergies**  No Known Allergies

## Diagnostic Results

| Ordering Staff | Date/Time Entered | Diagnostic Name | Result Interpretation | Reviewed By | Date/Time Reviewed |
|---|---|---|---|---|---|
| RUTH, ROBERT | 01/05/2018 15:14 | SHOULDER 2+VW RT | ~~SEE COMMENTS~~ | | |

COOSA VALLEY MEDICAL CENTER
315 W. HICKORY STREET
SYLACAUGA, AL  35150

NAME: MAGEE, DRAESHUND K  SEX: M  AGE: 40  DOB: 9/21/1977
MRN#: 253215  ACCT#: 886401  ADMIT: 1/5/2018  DISC:  F/C: HBV
PT TYPE: E/R  LOCATION: 049  ROOM: ED-13

EXAM DESCRIPTION:
SHOULDER 2+VW RT - 73744
1/05/18 14:50 - JBO
CPT CODE: 73030
ORDERING PHYSICIAN: ROBERT RUTH

CLINICAL INFORMATION:
INJURY

COMPARISON:
None.

FINDINGS:
There is a subcoracoid anterior dislocation of the right shoulder. There is no visible fracture on these views.

~~IMPRESSION:~~ ~~dislocation.~~

THIS DOCUMENT HAS BEEN INTERPRETED, REVIEWED AND ELECTRONICALLY
SIGNED BY:
Gerald Karcher, M.D.
1/05/18  15:11

02/12/2019    10:35                                         (FAX)                        P.008/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150          **Printed** 01/05/2018 21:28
(256) 401-4000

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122,47kg | 170.18cm | 253215 | 886401 |

**Insurance** HEALTH COST SOLUTIONS OUTPATIE          **Reg. Date** 01/05/2018 14:08 **Adm. Date** 01/05/2018 14:08 **Room** ED:08-

**Allergies** No Known Allergies

RUTH, ROBERT 01/05/2018    SHOULDER    Description: SHOULDER 2+VW RT                              Ruth MD, Robert    01/05/2018
             16:46          2+VW RT      Result: SEE COMMENTS SECTION                                                 16:50

COOSA VALLEY MEDICAL CENTER
315 W. HICKORY STREET
SYLACAUGA, AL 35150

NAME: MAGEE, DRAESHUND K   SEX: M   AGE: 40   DOB: 9/21/1977
MRN#: 253215   ACCT#: 886401   ADMIT: 1/5/2018   DISC:   F/C: HBV
PT TYPE: E/R   LOCATION: 049   ROOM: ED-13

================================================
================================================

EXAM DESCRIPTION:
SHOULDER 2+VW RT - 73752
1/05/18 16:42 - CG
CPT CODE: 73030
ORDERING PHYSICIAN: ROBERT RUTH

CLINICAL INFORMATION:
POST REDUCTION

COMPARISON:
Earlier study of the same date.

FINDINGS:
The dislocation has been reduced. There is no visible fracture on these views.

IMPRESSION:
Successful reduction of right shoulder dislocation.

THIS DOCUMENT HAS BEEN INTERPRETED, REVIEWED AND ELECTRONICALLY
SIGNED BY:
Gerald Karcher, M.D.
1/05/18 16:44

---------------------------------------------

• 6 •

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

Printed  01/05/2018 21:28

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE    **Reg. Date** 01/05/2018 14:08  **Adm. Date** 01/05/2018 14:08  **Room** ED:08-

**Allergies**  No Known Allergies

## Medical Orders

| MD Name | MD Time | Medical Order | Ack Staff | Ack Time | Clinical Staff | Clinical Staff Time | Order Status |
|---|---|---|---|---|---|---|---|
| Ruth MD, Robert | 01/05/2018 14:22 | Shoulder "Y" View R V.O. per Ruth MD, Robert Ruth MD, Robert at 1/5/2018 2:35:19 PM | Williams RN, Tanaeya | 01/05/2018 14:22 | Alt, Chelsea G | 01/05/2018 14:44 | Executed |
| Ruth MD, Robert | 01/05/2018 14:35 | saline lock and flush per protocol | Phurrough RN, Leslie | 01/05/2018 14:47 | Phurrough RN, Leslie | 01/05/2018 03:10 | Executed |
| Ruth MD, Robert | 01/05/2018 14:35 | 0.9NS 125ml/hr, 125 ML/H, one time, Intravenous, , STAT | Phurrough RN, Leslie | 01/05/2018 14:47 | Phurrough RN, Leslie | 01/05/2018 03:15 | Executed |
| Ruth MD, Robert | 01/05/2018 14:36 | Ativan 2 mg IVP, 2 MG, one time, Injection, , STAT | Phurrough RN, Leslie | 01/05/2018 14:47 | Phurrough RN, Leslie | 01/05/2018 03:17 | Executed |
| Ruth MD, Robert | 01/05/2018 14:37 | Morphine IV, 4 MG(4 MG), one time dose, Intravenous, , , STAT | Phurrough RN, Leslie | 01/05/2018 14:47. | Phurrough RN, Leslie | 01/05/2018 03:15 | Executed |
| Ruth MD, Robert | 01/05/2018 14:58 | Shoulder Immobilizer | McClellan MST, Madison | 01/05/2018 15:25 | Phurrough RN, Leslie | 01/05/2018 16:25 | Executed |
| Ruth MD, Robert | 01/05/2018 16:17 | Etomidate 2 mg/mL IV, 20 MG, one time, Intravenous, , STAT | Phurrough RN, Leslie | 01/05/2018 16:17 | Phurrough RN, Leslie | 01/05/2018 16:17 | EXECUTED |
| Ruth MD, Robert | 01/05/2018 16:26 | Shoulder "Y" View R | Standridge, Heather | 01/05/2018 16:44 | Standridge, Heather | 01/05/2018 16:44 | Executed |

**Admit To**

| | MD | MD Time | | RN | RN Time |
|---|---|---|---|---|---|
| **Disposition** | Ruth MD, Robert | 01/05/2018 16:47 | Discharge Home | Alt, Chelsea G | 01/05/2018 18:12 |
| **Condition** | Ruth MD, Robert | 01/05/2018 16:47 | Stable- Certified emergency | Alt, Chelsea G | 01/05/2018 18:12 |

## Date/Time Patient Physically Left the Emergency Department

01/05/2018 18:15



-7-

02/12/2019    10:35    (FAX)    P.010/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

Printed  01/05/2018 21:28

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

Insurance  HEALTH COST SOLUTIONS OUTPATIE    Reg. Date 01/05/2018 14:08  Adm. Date 01/05/2018 14:08  Room  ED:08-

Allergies  No Known Allergies

## Notifications By MD

No Notification Documentation

## Notifications By RN

No Notification Documentation

- 8 -

02/12/2019    10:35                                                        (FAX)                    P.011/032

# Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150    **Printed**  01/05/2018 21:28
(256) 401-4000

| Patient Name | | Age | DOB | Gender | Race | | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | | 40 yrs | 09/21/1977 | Male | Black or African American | | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE    **Reg. Date** 01/05/2018 14:08  **Adm. Date** 01/05/2018 14:08  **Room** ED:08-

**Allergies**  No Known Allergies

## Vitals

| Taken at | Taken by | Temp | Pulse | Resp | BP | Pulse Ox | Pain Scale | Wt. (kg) | Wt. Chg. | Ht. (cm) | BMI | Head Circ. (cm) | EGA | USEGA | LMP | LMP Status | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2018 14:16 | Williams RN, Tenaeya | Oral 98.2 | 76 | 14 | 132/76 | 100% | 2/10 | 122.47 | 0 | 170.18 | 42.3 | | | | | | O2: RA O2 Device: N/A |
| 01/05/2018 17:26 | McClellan MST, Madison | | 80 | 16 | 154/106 | 96% | MST Entry | | | | | | | | | | O2: 2L O2 Device: Nasal cannula |
| 01/05/2018 17:40 | McClellan MST, Madison | | 76 | 16 | 132/76 | 99% | MST Entry | | | | | | | | | | O2: RA O2 Device: N/A |

- 9 -

02/12/2019   10:35                                              (FAX)                    P.012/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150                          Printed 01/05/2018 21:28

(256) 401-4000

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance** HEALTH COST SOLUTIONS OUTPATIE      Reg. Date 01/05/2018 14:08  Adm. Date 01/05/2018 14:08  Room ED:08-

**Allergies** No Known Allergies

## Clinical-InterDisciplinary Notes

| Date/Time | Note Type | Clinical Note | Staff |
|---|---|---|---|
| 01/05/2018 14:20 | ED – TRIAGE | Triage - Emergency Department: | Williams RN, Tanaeya |

Mode-Walked
Historian-Self
Police Notified-N/A - No indication for reporting at present
Police Custody-N/A
Tetanus-Unknown
TB Screening-Patient denies fever, night sweats, bloody sputum, unitentional weight loss
Transmission precautions indicated upon Triage-Standard precautions indicated and followed
PCP on Staff-No
Family Physician Name-None
Educational Assessment-Language-English
Educational Assessment-Communication Barrier-No communication barriers
Patient's Preferred Language for discussing healthcare information-English
Educational Assessment-Translator-No translator needed
Educational Assessment-Assessed Disability-No Disability
Functional Discharge Planning - Daily Living-Independent
Functional Discharge Planning - Living Conditions-At home with family
Functional Discharge Planning - Going Home with-Self
ABUSE SCREENING-assessed as follows
Are you being Hurt by Anyone?-Denies being hurt by anyone
Does patients appearance demonstrate poor hygiene, malnutrition and/or dehydration-No
Does patient appear frightened or intimidated in the presence of caregiver?-No
Does the patient have unexplained bruises, lacerations, abrasions, burns, head injuries, sprains or fractures?-No
Any recent changes in nutritional status?-No
Acuity-Category-3 - ESI III
Disposition-ED Room #8
Chief Complaint-Shoulder Pain R
Summary of History of Present Illness/Focused Assessment-Talladega Federal prisoner. Alleged assault took place this am. Tylenol #3 (2) given pta
Primary survey done upon Triage-was noted as follows;
Breathing status-Spontaneous and adequate
Circulatory status-Skin warm and dry with brisk capillary refill
Neurological Status:-Alert and oriented
Transported By-Correctional officers

| Date/Time | Note Type | Clinical Note | Staff |
|---|---|---|---|
| 01/05/2018 14:21 | SUICIDE | Suicidal Risk Screening: | Williams RN, Tanaeya |

History of substance abuse? 1 point-0-Denies
History of mental illness? 1 point-0-Denies
Have you/do you have any feeling of hopelessness? 2 points-0-Denies
Do you wish that you would just not wake up? 2 points-0-Denies
Do you believe that you are a burden to your family and friends? 2 points-0-Denies
Have you experienced any recent traumatic losses? 2 points-0-Denies
Do you have a desire to harm or kill yourself? 4 points-0-Denies
Has a close friend or anyone in your family committed suicide? 1 point-0-Denies
Total patient score:-0
Did this patient score 4 or more points?-No

- 10 -

02/12/2019    10:35                                                    (FAX)                    P.013/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

Printed  01/05/2018 21:28

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE        **Reg. Date** 01/05/2018 14:08  **Adm. Date** 01/05/2018 14:08  **Room** ED:08-

**Allergies**  No Known Allergies

| 01/05/2018 16:08 | SEDATION FLOWSHEET | Moderate Sedation Time-Out: | Phurrough RN, Leslie |
|---|---|---|---|

Verified correct patient-Patient identified by name and date of birth; patient's ID bracelet checked for accuracy
Informed consent completed-Yes
Verified correct procedure-Yes
Verified correct site-Yes
Correct position-Yes
Images available as needed-Yes
Verifed supplies available-Yes
Need for antibiotics considered-Yes

| 01/05/2018 16:10 | SEDATION FLOWSHEET | Moderate Sedation Pre-Procedure Assessment: | Williams RN, Tanaeya |
|---|---|---|---|

Procedure location-Emergency Department
Diagnosis/Reason for admission-closed reduction of right shoulder
Planned Procedure-Dislocated joint reduction (list) -
Refer to admission assessment for documentation of PMH/PSH, active medications, allergies, social history and nutritional screening-Admission assessment is complete and was reviewed
Additional patient history concerns-None
NPO status since-List date/time -this am
Physician doing procedure verbalized patient ASA class-Yes - ASA Class I
Physician doing procedure verbalized Mallampatti Airway Assessment grade-Yes - Airway Grade III
Patient oriented to procedure and plan of care-Yes - Patient/Family verbalize understanding of procedure, plan of care abd consent signed
Name/Relationship of adult driver to home-List -correction officers
Patient has reviewed and signed consent-Yes - Patient/Family verbalize understanding of procedure and Plan of Care
Time out completed at outset of procedure-Yes - see separate time out note for this procedure
Pre-Procedure Mental Status-Awake, alert and oriented to person, place and time
Pre-Procedure pain status-Pain level is  using 0-10 scale010
Patient is on monitors with all alarms active-Yes, patient is connected to cardiac monitor, continuous pulse oximetry, and BP.
Emergency equipment is prepared-Yes - Suction is set up, connected and running with yankauer at head, BVM attached to oxygen supply and ready at head, Crash Cart at bedside, intubation equipment at bedside with age/size approriate ET tubes and laryngescope ready
Baseline vital signs-refer to vital signs tab
Procedure start time-(List) -see notes
Patient was reassesed immediately prior to start of procedure-Yes - no change from previous assessment - remains hemodynamically stable
Oxygen delivery during procedure-Nasal Cannula @ 2L
For details on intra-procedure q 5 minute vitals, pulse ox and cardiac rhythm-Refer to Intraprocedure notes
For details on IV fluids and medications given during procedure-Refer to intake tab
For details on vascular access-Refer to IV start note(s)
ALDRETE Score: Activity-2 - moves 3 or 4 extremities
ALDRETE Score: Respiration-2 - can cough/deep breathe without difficulty
ALDRETE Score: Circulation-2 - BP 20% pre-anesthetic level
ALDRETE Score: LOC-2 - oriented/easy to arouse
ALDRETE Score: Oxygen saturation-2 - Able to maintain O2 sat more than 92% on room air
ALDRETE Score Total =-10
For post procedure assessment, recovery and ALDRETE score-Refer to Moderate Sedation Post Procedure Assessment Note
Name of staff member assisting physician-Leslie Phurrough RN

| 01/05/2018 16:16 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | Phurrough RN, Leslie |
|---|---|---|---|

Neurological Status-Arousable, reflexes intact
BP-184/75
Heart rate-100
Heart rhythm-Normal sinus rhythm
Respirations-16
Oxygen saturation-100
Pain-2/8

- 11 -

02/12/2019    10:35                                                    (FAX)                    P.014/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150                    Printed  01/05/2018 21:28
(256) 401-4000

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

Insurance  HEALTH COST SOLUTIONS OUTPATIE          Reg. Date 01/05/2018 14:08  Adm. Date 01/05/2018 14:08  Room ED:08-

Allergies  No Known Allergies

| 01/05/2018 16:19 | SEDATION FLOWSHEET | Moderate Sedation Final Time-Out: | Phurrough RN, Leslie |

Final time-out completed with physician-As follows:
Verified correct patient-Patient identified by name and date of birth; patient's ID bracelet checked for accuracy
Verified correct procedure-Yes
Informed consent signed by patient/representative and physician-Yes
Verified correct site-Yes
Correct position-Yes
Images available as needed-Yes
Verified supplies available-Yes
Need for antibiotics considered-Yes

| 01/05/2018 16:23 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | Phurrough RN, Leslie |

Neurological Status-Arousable, reflexes intact
BP-128/95
Heart rate-106
Heart rhythm-Normal sinus rhythm
Respirations-14
Oxygen saturation-99
Pain-2/0

| 01/05/2018 16:28 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | Phurrough RN, Leslie |

Neurological Status-Arousable, reflexes intact
BP-141/102
Heart rate-77
Heart rhythm-Normal sinus rhythm
Respirations-16
Oxygen saturation-97
Pain-2/0

| 01/05/2018 16:33 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | Phurrough RN, Leslie |

Neurological Status-Alert and oriented
BP-157/89
Heart rate-70
Heart rhythm-Normal sinus rhythm
Respirations-14
Oxygen saturation-98
Pain-2/0

| 01/05/2018 16:38 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | Phurrough RN, Leslie |

Neurological Status-Alert and oriented
BP-154/106
Heart rate-70
Heart rhythm-Normal sinus rhythm
Respirations-14
Oxygen saturation-99
Pain-2/0

- 12 -

02/12/2019    10:35    (FAX)    P.015/032

# Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

Printed  01/05/2018 21:28

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

Insurance   HEALTH COST SOLUTIONS OUTPATIE    Reg. Date 01/05/2018 14:08  Adm. Date 01/05/2018 14:08  Room ED:08-

Allergies  No Known Allergies

| 01/05/2018 16:57 | SEDATION FLOWSHEET | Moderate Sedation Post-Procedure Assessment: | Phurrough RN, Leslie |
|---|---|---|---|

For details on DC plan of care-Refer to DC instructions tab
Time procedure completed-1625
Reversal agents-No reversal agents used
Post-Procedure pain status-Denies pain at present time
Sedation level during pain assessment-2 = Asleep, easily arousable
Type of discomfort-N/A
Location of pain-none
ALDRETE Score: Activity-2 - moves 3 or 4 extremities
ALDRETE Score: Respiration-2 - can cough/deep breathe without difficulty
ALDRETE Score: Circulation-2 - B/P 20% pre-anesthetic level
ALDRETE Score: LOC-1 - responds to stimuli
ALDRETE Score: Oxygen saturation-2 - Able to maintain O2 saturation more than 92% on room air
ALDRETE Score (9 or more to discharge) Total =-9
Time ALDRETE Score discharge criteria of more than 9 met =-1633

| 01/05/2018 18:00 | ED - NURSING | No major changes from previous assessment, patient remains neurologically and hemodynamically stable | Alt, Chelsea G |
|---|---|---|---|
| 01/05/2018 18:14 | DISCHARGE | Discharge: | Alt, Chelsea G |

Discharge Instructions provided:-Discharge instructions, tests/procedures performed, and prescriptions given to patient. Side effects and adverse reactions of prescription medications discussed with patient. Patient verbalized understanding and left ED ambulatory.
Diagnostics:-Diagnostic results have been reviewed.
Pain reassessment:-0/10
IV angiocath:-IV catheter removed intact; dressing applied; no bleeding noted

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150                    Printed 01/05/2018 21:28
(256) 401-4000

| Patient Name | Age | DOB | Gender | Race | | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | | 122.47kg | 170.18cm | 253215 | 886401 |

Insurance  HEALTH COST SOLUTIONS OUTPATIE          Reg. Date 01/05/2018 14:08  Adm. Date 01/05/2018 14:08  Room ED:08-

Allergies  No Known Allergies

## Intake

| Start/End Time | Staff | Medicine/Device Type | Dosage/ Rate | Route/ Site | Amt. | Residual | Comments |
|---|---|---|---|---|---|---|---|
| 01/05/2018 13:15 | Phurrough RN, Leslie | Morphine IV, 4 MG(4 MG), one time dose, Intravenous, , , STAT | | IV Push/Left Arm | 2 ML | 0 | Administered |
| 01/05/2018 13:16 | | | | | End Time Comments | | |
| 01/05/2018 13:15 | Phurrough RN, Leslie | 0.9NS 125ml/hr, 125 ML/H, one time, Intravenous, , STAT | 125 ml\hr | IV/Left Arm | 125 MG | 0 | Administered |
| 01/05/2018 18:15 | | | | | End Time Comments | | |
| 01/05/2018 13:17 | Phurrough RN, Leslie | Ativan 2 mg IVP, 2 MG, one time, Injection, , STAT | | IV/Left Arm | 2 MG | 0 | Administered |
| 01/05/2018 13:18 | | | | | End Time Comments | | |

## Output

No Output Documentation

- 14 -

02/12/2019    10:36                                    (FAX)                    P.017/032

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150                    Printed  01/05/2018 21:28

(256) 401-4000

| Patient Name | Age | DOB | Gender | Race | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

Insurance  HEALTH COST SOLUTIONS OUTPATIE    Reg. Date 01/05/2018 14:08  Adm. Date 01/05/2018 14:08  Room ED:08-

Allergies  No Known Allergies

# Discharge - Home Instructions

### Discharge Diagnosis

Shoulder Pain

Anterior dislocation of shoulder joint (disorder)

### Discharge Activity

### Discharge Diet

### Discharge Instructions

Return to ED or Follow up with your Primary Care Physician if feeling worse or experiencing new symptoms.

Follow up with Orthopedic keep shoulder immobilizer in place until Ortho follow up

### Discharge Prewritten Instructions

Shoulder Dislocation

Shoulder Immobilizer

| Follow Up Date/Time | Practitioner Name | Clinic Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|
| | Holbrook | | | | | | |

### Prescriptions

Rx: ~~VOID VOID VOID~~ ... (75 mg) by Oral route  Refills 0

~~VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID~~

Print Date/Time:        01/06/2018 21:28

Discharge Date/Time:

Attending Physician:    Ruth MD, Robert

Nurse Signature:

Received transitional record Diagnosis, Diagnostic Results, Procedures, Follow-up/Patient Instructions, and Home Medication List

All patients must follow up with a doctor within 48 hours if there are still medical symptoms or problems

Patient Signature:

**Coosa Valley Medical Center**

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/06/2018 2:32

| Patient Name | Age | DOB | Gender | Race | Insurance |
|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST |

Allergies: No Known Allergies

| Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|
| 120.20kg | 170.18cm | 253215 | 886481 |

**Reg. Date** 01/06/2018 0:49    **Room** ED:09-

**Adm. Date** 01/06/2018 0:49

# Patient Medication List

# Effective Date:_____

## Important: Only take the medications listed below. Do not take any other prescription medications, over the counter medications or herbal medications without consulting your Doctor(s)

| Medication | Physician Name |
|---|---|
| amLODIPine 10 mg tablet, take 1 TABLET(10 mg) by Oral route daily | Blanco MD, Jorge |

USES: Amlodipine is used with or without other medications to treat high blood pressure. Lowering high blood pressure helps prevent strokes, heart attacks, and kidney problems. Amlodipine belongs to a class of drugs known as calcium channel blockers. It works by relaxing blood vessels so blood can flow more easily.

Amlodipine is also used to prevent certain types of chest pain (angina). It may help to increase your ability to exercise and decrease the frequency of angina attacks. It should not be used to treat attacks of chest pain when they occur. Use other medications (such as sublingual nitroglycerin) to relieve attacks of chest pain as directed by your doctor.

| Medication | Physician Name |
|---|---|
| Voltaren 75 mg Tab, take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours | Blanco MD, Jorge |

USES: Diclofenac is used to relieve pain, swelling (inflammation), and joint stiffness caused by arthritis. Reducing these symptoms helps you do more of your normal daily activities. This medication is known as a nonsteroidal anti-inflammatory drug (NSAID).

If you are treating a chronic condition such as arthritis, ask your doctor about non-drug treatments and/or using other medications to treat your pain. See also Warning section.

# Shoulder Dislocation

Your shoulder is made up of three bones: the collar bone (*clavicle*); the shoulder blade (*scapula*), which includes the socket (*glenoid cavity*); and the upper arm bone (*humerus*). Your shoulder joint is the place where these bones meet. Strong, fibrous tissues hold these bones together (*ligaments*). Muscles and strong, fibrous tissues that connect the muscles to these bones (*tendons*) allow your arm to move through this joint. The range of motion of your shoulder joint is more extensive than most of your other joints, and the glenoid cavity is very shallow. That is the reason that your shoulder joint is one of the most



unstable joints in your body. It is far more prone to dislocation than your other joints. Shoulder dislocation is when your humerus is forced out of your shoulder joint.

## CAUSES
Shoulder dislocation is caused by a forceful impact on your shoulder. This impact usually is from an injury, such as a sports injury or a fall.

## SYMPTOMS
Symptoms of shoulder dislocation include:

- Deformity of your shoulder.
- Intense pain.
- Inability to move your shoulder joint.
- Numbness, weakness, or tingling around your shoulder joint (your neck or down your arm).
- Bruising or swelling around your shoulder.

## DIAGNOSIS
In order to diagnose a dislocated shoulder, your caregiver will perform a physical exam. Your caregiver also may have an X-ray exam done to see if you have any broken bones. Magnetic resonance imaging (MRI) is a procedure that sometimes is done to help your caregiver see any damage to the soft tissues around your shoulder, particularly your rotator cuff tendons. Additionally, your caregiver also may have electromyography done to measure the electrical discharges produced in your muscles if you have signs or symptoms of nerve damage.

## TREATMENT
A shoulder dislocation is treated by placing the humerus back in the joint (*reduction*). Your caregiver does this either manually (*closed reduction*), by moving your humerus back into the joint through manipulation, or through surgery (*open reduction*). When your humerus is back in place, severe pain should improve almost immediately.

# Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed**  01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08   **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

# Vitals

| Taken at | Taken by | Temp | Pulse | Resp | BP | Pulse Ox | O2 | Pain Scale | Wt (kg) | Wt. Chg. | Ht. (cm) | BMI | Head Circ. (cm) | EGA | USEGA | LMP | LMP Status | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05 14:16 | Williams RN, Tanaeya | Oral 98.2 | 76 | 14 | 132/76 | 100% | RA | 2/10 | 122.47 | 0 | 170.18 | 42.3 | | | | | | |
| 01/05 17:26 | McClellan MST, Madison | | 80 | 16 | 154/106 | 96% | 2L | MST Entry | | | | | | | | | | |
| 01/05 17:40 | McClellan MST, Madison | | 76 | 16 | 132/76 | 99% | RA | MST Entry | | | | | | | | | | |

# Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08     **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

## Clinical-InterDisciplinary Notes

| Date/Time | Note Type | Clinical Note | Staff |
|---|---|---|---|
| 01/05/2018 14:20 | ED - TRIAGE | Triage - Emergency Department: | Williams RN, Tanaeya |

Mode-Walked
Historian-Self
Police Notified-N/A - No indication for reporting at present
Police Custody-N/A
Tetanus-Unknown
TB Screening-Patient denies fever, night sweats, bloody sputum, unitentional weight loss
Transmission precautions indicated upon Triage-Standard precautions indicated and followed
PCP on Staff-No
Family Physician Name-None
Educational Assessment-Language-English
Educational Assessment-Communication Barrier-No communication barriers
Patient's Preferred Language for discussing healthcare information-English
Educational Assessment-Translator-No translator needed
Educational Assessment-Assessed Disability-No Disability
Functional Discharge Planning - Daily Living-Independent
Functional Discharge Planning - Living Conditions-At home with family
Functional Discharge Planning - Going Home with-Self
ABUSE SCREENING-assessed as follows
Are you being Hurt by Anyone?-Denies being hurt by anyone
Does patients appearance demonstrate poor hygiene, malnutrition and/or dehydration-No
Does patient appear frightened or intimidated in the presence of caregiver?-No
Does the patient have unexplained bruises, lacerations, abrasions, burns, head injuries, sprains or fractures?-No
Any recent changes in nutritional status?-No
Acuity-Category-3 - ESI III
Disposition-ED Room #8
Chief Complaint-Shoulder Pain R
Summary of History of Present Illness/Focused Assessment-Talladega Federal prisoner. Alleged assault took place this am. Tylenol #3 (2) given pta
Primary survey done upon Triage-was noted as follows;
Breathing status-Spontaneous and adequate
Circulatory status-Skin warm and dry with brisk capillary refill
Neurological Status:-Alert and oriented
Transported By-Correctional officers

| 01/05/2018 14:21 | SUICIDE | Suicidal Risk Screening: | Williams RN, Tanaeya |

History of substance abuse? 1 point-0-Denies
History of mental illness? 1 point-0-Denies
Have you/do you have any feeling of hopelessness? 2 points-0-Denies
Do you wish that you would just not wake up? 2 points-0-Denies
Do you believe that you are a burden to your family and friends? 2 points-0-Denies
Have you experienced any recent traumatic losses? 2 points-0-Denies
Do you have a desire to harm or kill yourself? 4 points-0-Denies
Has a close friend or anyone in your family committed suicide? 1 point-0-Denies
Total patient score:-0
Did this patient score 4 or more points?-No

| 01/05/2018 16:08 | SEDATION FLOWSHEET | Moderate Sedation Time-Out: | Phurrough RN, Leslie |

Verified correct patient-Patient identified by name and date of birth; patient's ID bracelet checked for accuracy
Informed consent completed-Yes
Verified correct procedure-Yes
Verified correct site-Yes
Correct position-Yes
Images available as needed-Yes
Verifed supplies available-Yes
Need for antibiotics considered-Yes

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

Printed  01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | HEALTH COST SOLUTIONS OUTPATIE | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

Reg. Date  01/05/2018 14:08       Room  ED:08-
Adm. Date  01/05/2018 14:08

## Clinical-InterDisciplinary Notes

| 01/05/2018 16:10 | SEDATION FLOWSHEET | Moderate Sedation Pre-Procedure Assessment: | Williams RN, Tanaeya |
|---|---|---|---|

Procedure location-Emergency Department
Diagnosis/Reason for admission-closed reduction of right shoulder
Planned Procedure-Dislocated joint reduction (list) -
Refer to admission assessment for documentation of PMH/PSH, active medications, allergies, social history and nutritional screening-Admission assessment is complete and was reviewed
Additional patient history concerns-None
NPO status since-List date/time -this am
Physician doing procedure verbalized patient ASA class-Yes - ASA Class I
Physician doing procedure verbalized Mallampatti Airway Assessment grade-Yes - Airway Grade III
Patient oriented to procedure and plan of care-Yes - Patient/Family verbalize understanding of procedure, plan of care abd consent signed
Name/Relationship of adult driver to home-List -correction officers
Patient has reviewed and signed consent-Yes - Patient/Family verbalize understanding of procedure and Plan of Care
Time out completed at outset of procedure-Yes - see separate time out note for this procedure
Pre-Procedure Mental Status-Awake, alert and oriented to person, place and time
Pre-Procedure pain status-Pain level is   using 0-10 scale010
Patient is on monitors with all alarms active-Yes, patient is connected to cardiac monitor, continuous pulse oximetry, and BP.
Emergency equipment is prepared-Yes - Suction is set up, connected and running with yankauer at head, BVM attached to oxygen supply and ready at head, Crash Cart at bedside, intubation equipment at bedside with age/size approriate ET tubes and laryngescope ready
Baseline vital signs-refer to vital signs tab
Procedure start time-(List) -see notes
Patient was reassesed immediately prior to start of procedure-Yes - no change from previous assessment - remains hemodynamically stable
Oxygen delivery during procedure-Nasal Cannula @ 2L
For details on intra-procedure q 5 minute vitals, pulse ox and cardiac rhythm-Refer to Intraprocedure notes
For details on IV fluids and medications given during procedure-Refer to intake tab
For details on vascular access-Refer to IV start note(s)
ALDRETE Score: Activity-2 - moves 3 or 4 extremities
ALDRETE Score: Respiration-2 - can cough/deep breathe without difficulty
ALDRETE Score: Circulation-2 - BP 20% pre-anesthetic level
ALDRETE Score: LOC-2 - oriented/easy to arouse
ALDRETE Score: Oxygen saturation-2 - Able to maintain O2 sat more than 92% on room air
ALDRETE Score Total =-10
For post procedure assessment, recovery and ALDRETE score-Refer to Moderate Sedation Post Procedure Assessment Note
Name of staff member assisting physician-Leslie Phurrough RN

| 01/05/2018 16:16 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | Phurrough RN, Leslie |
|---|---|---|---|

Neurological Status-Arousable, reflexes intact
BP-184/75
Heart rate-100
Heart rhythm-Normal sinus rhythm
Respirations-16
Oxygen saturation-100
Pain-2/8

# Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | HEALTH COST SOLUTIONS OUTPATIE | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08     **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

# Clinical-InterDisciplinary Notes

| | | | |
|---|---|---|---|
| 01/05/2018 16:19 | SEDATION FLOWSHEET | Moderate Sedation Final Time-Out: | Phurrough RN, Leslie |

Final time-out completed with physician-As follows:
Verified correct patient-Patient identified by name and date of birth; patient's ID bracelet checked for accuracy
Verified correct procedure-Yes
Informed consent signed by patient/representative and physician-Yes
Verified correct site-Yes
Correct position-Yes
Images available as needed-Yes
Verified supplies available-Yes
Need for antibiotics considered-Yes

| | | | |
|---|---|---|---|
| 01/05/2018 16:23 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | Phurrough RN, Leslie |

Neurological Status-Arousable, reflexes intact
BP-128/95
Heart rate-106
Heart rhythm-Normal sinus rhythm
Respirations-14
Oxygen saturation-99
Pain-2/0

| | | | |
|---|---|---|---|
| 01/05/2018 16:28 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | Phurrough RN, Leslie |

Neurological Status-Arousable, reflexes intact
BP-141/102
Heart rate-77
Heart rhythm-Normal sinus rhythm
Respirations-16
Oxygen saturation-97
Pain-2/0

| | | | |
|---|---|---|---|
| 01/05/2018 16:33 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | Phurrough RN, Leslie |

Neurological Status-Alert and oriented
BP-157/89
Heart rate-70
Heart rhythm-Normal sinus rhythm
Respirations-14
Oxygen saturation-98
Pain-2/0

| | | | |
|---|---|---|---|
| 01/05/2018 16:38 | SEDATION FLOWSHEET | Moderate Sedation Patient Monitoring: | Phurrough RN, Leslie |

Neurological Status-Alert and oriented
BP-154/106
Heart rate-70
Heart rhythm-Normal sinus rhythm
Respirations-14
Oxygen saturation-99
Pain-2/0

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | HEALTH COST SOLUTIONS OUTPATIE | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08   **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

## Clinical-InterDisciplinary Notes

| 01/05/2018 16:57 | SEDATION FLOWSHEET | Moderate Sedation Post-Procedure Assessment: | Phurrough RN, Leslie |
|---|---|---|---|

For details on DC plan of care-Refer to DC instructions tab
Time procedure completed-1625
Reversal agents-No reversal agents used
Post-Procedure pain status-Denies pain at present time
Sedation level during pain assessment-2 = Asleep, easily arousable
Type of discomfort-N/A
Location of pain-none
ALDRETE Score: Activity-2 - moves 3 or 4 extremities
ALDRETE Score: Respiration-2 - can cough/deep breathe without difficulty
ALDRETE Score: Circulation-2 - B/P 20% pre-anesthetic level
ALDRETE Score: LOC-1 - responds to stimuli
ALDRETE Score: Oxygen saturation-2 - Able to maintain O2 saturation more than 92% on room air
ALDRETE Score (9 or more to discharge) Total =-9
Time ALDRETE Score discharge criteria of more than 9 met =-1633

| 01/05/2018 18:00 | ED - NURSING | No major changes from previous assessment, patient remains neurologically and hemodynamically stable | Alt, Chelsea G |
|---|---|---|---|

| 01/05/2018 18:14 | DISCHARGE | Discharge: | Alt, Chelsea G |
|---|---|---|---|

Discharge instructions provided:-Discharge instructions, tests/procedures performed, and prescriptions given to patient. Side effects and adverse reactions of prescription medications discussed with patient. Patient verbalized understanding and left ED ambulatory.
Diagnostics:-Diagnostic results have been reviewed.
Pain reassessment:-0/10
IV angiocath:-IV catheter removed intact; dressing applied; no bleeding noted

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

Printed  01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08    **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

## Intake Documentation

| Start/End Time | Staff | Medicine/Device Type | Dosage/Rate | Route/Site | Amt. | Residual | Comments |
|---|---|---|---|---|---|---|---|
| 01/05 13:15 | Phurrough RN, Leslie | Morphine  IV, 4 MG(4 MG), one time dose, intravenous, , , STAT | | IV Push | 2 ML | 0 | |
| 01/05 13:16 | Alt, Chelsea G | | | | | | |
| 01/05 13:15 | Phurrough RN, Leslie | 0.9NS 125ml/hr, 125 ML/H, one time, Intravenous, , STAT | 125 ml\hr | IV | 125 MG | 0 | |
| 01/05 18:15 | Alt, Chelsea G | | | | | | |
| 01/05 13:17 | Phurrough RN, Leslie | Ativan 2 mg IVP, 2 MG, one time, Injection, , STAT | | IV | 2 MG | 0 | |
| 01/05 13:18 | Alt, Chelsea G | | | | | | |

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000                                                          Printed   01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08      **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

## Medical Orders

| MD Name | MD Time | Medical Orders | Ack Staff | Ack Tim | Clinical Staff | Clinical Staff Time | Order Status |
|---|---|---|---|---|---|---|---|
| Ruth MD, Robert | 01/05/18 14:22 | Shoulder "Y" View R V.O. per Ruth MD, Robert  Ruth MD, Robert  at 1/5/2018 2:35:19 PM | Williams RN, Tanaeya | 01/05 14:22 | Alt, Chelsea G | 01/05 14:44 | Executed |
| Ruth MD, Robert | 01/05/18 14:35 | saline lock and flush per protocol | Phurrough RN, Leslie | 01/05 14:47 | Phurrough RN, Leslie | 01/05 3:10 | Executed |
| Ruth MD, Robert | 01/05/18 14:35 | 0.9NS 125ml/hr, 125 ML/H, one time, Intravenous, , STAT | Phurrough RN, Leslie | 01/05 14:47 | Phurrough RN, Leslie | 01/05 3:15 | Executed |
| Ruth MD, Robert | 01/05/18 14:36 | Ativan 2 mg IVP, 2 MG, one time, Injection, , STAT | Phurrough RN, Leslie | 01/05 14:47 | Phurrough RN, Leslie | 01/05 3:17 | Executed |
| Ruth MD, Robert | 01/05/18 14:37 | Morphine  IV, 4 MG(4 MG), one time dose, intravenous, , , STAT | Phurrough RN, Leslie | 01/05 14:47 | Phurrough RN, Leslie | 01/05 3:15 | Executed |
| Ruth MD, Robert | 01/05/18 14:58 | Shoulder Immobilizer | McClellan MST, Madison | 01/05 15:25 | Phurrough RN, Leslie | 01/05 16:25 | Executed |
| Ruth MD, Robert | 01/05/18 16:17 | Etomidate 2 mg/mL IV, 20 MG, one time, Intravenous, , STAT | Phurrough RN, Leslie | 01/05 16:17 | Phurrough RN, Leslie | 01/05 16:17 | EXECUTED |
| Ruth MD, Robert | 01/05/18 16:26 | Shoulder "Y" View R | Standridge, Heather | 01/05 16:44 | Standridge, Heather | 01/05 16:44 | Executed |

### Admit to

| | MD | MD Time | | RN | RN Time |
|---|---|---|---|---|---|
| **Disposition** | Ruth MD, Robert | 01/05/2018 16:47 | Discharge Home | Alt, Chelsea G | 01/05/2018 18:12 |
| **Condition** | Ruth MD, Robert | 01/05/2018 16:47 | Stable- Certified emergency | Alt, Chelsea G | 01/05/2018 18:12 |

Electronically signed and authenticated by the Following Physicians       Ruth MD, Robert

02/12/2019   10:34                                           (FAX)                    P.003/032

14800-003

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150   **Printed** 01/05/2018 21:28
(256) 401-4000

|  |  |  |  |  | Admitting Weight | Admitting Height |  |  |
|---|---|---|---|---|---|---|---|---|
| **Patient Name** | **Age** | **DOB** | **Gender** | **Race** |  |  | **Medical Record** | **Account** |
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | 122.47kg | 170.18cm | 253215 | 886401 |

**Insurance**  HEALTH COST SOLUTIONS OUTPATIE     **Reg. Date** 01/05/2018 14:08  **Adm. Date** 01/05/2018 14:08  **Room** ED:08-

**Allergies**  No Known Allergies

# Patient Demographics

## Admission Data

| Account Number | Medical Record | Admit Date | Admit Time | EMR MD | Primary Care MD | Admit Clerk |
|---|---|---|---|---|---|---|
| 886401 | 253215 | 01/05/2018 | 14:08 | 157800 ER, DOCTOR |  |  |

| Reason For Visit |  | MN Visit Dx |  |
|---|---|---|---|

Other Doctors

Comments

## Patient Data

| Patient Name | Date Of Birth | Social Security | Race | Sex | Religion | Marital | Maiden Name | Patient Email |
|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 09/21/1977 | xxx-xx-7583 | Black or African American | Male | OTHER | Single |  |  |

Address 1  565 E RENFROE RD

Address 2

| City TALLADEGA | State AL | Zip 35160 | Phone 2563154100 |
|---|---|---|---|

| Employer |  | Occupation |  |
|---|---|---|---|

Address 1

Address 2

| City |  | State |  | Zip |  | Phone |  |
|---|---|---|---|---|---|---|---|

## Insurance Data

| Insurance Name | Subscriber | Subscriber Relationship | Policy Number | Group Number | Fin Class | Auth Number |
|---|---|---|---|---|---|---|
| HEALTH COST SOLUTIONS OUTPATIE | MAGEE DRAESHUND K, | Patient Is Insured | FAF14800-003 |  |  |  |

Address 1

Address 2

| City |  | State |  | Zip |  | Phone 8559990293 |
|---|---|---|---|---|---|---|

## Next Of Kin Data

| Name | Relationship |
|---|---|
| TALLADEGA, PRISON FCI | EMERGENCY CONTACT |

Address 1  565 E RENFROE RD

Address 2

| City TALLADEGA | State AL | Zip 35160 | Phone 2563154100 | Business Phone 0000000000 |
|---|---|---|---|---|

2/15/19

W. M. Holbrook, M.D.
Clinical Director
FCI/ FPC Talladega, AL

- 1 -

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MAGEE, DRAESHUND KENAITAY | | | Reg #: | 14800-003 |
| Date of Birth: | 09/21/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/01/2018 11:39 | Provider: | Lab Result Receive | Facility: | TDG |

**Reviewed by Mourtada, Mounir MLP on 12/06/2018 10:28.**

## Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African | HEALTH COST | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08 **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

# MD Notes

MD Name  Ruth MD, Robert            Date of Note   01/05/2018 14:35            Note Type  EMERGENCY

## History / Subjective

HPI Paragraph:  Patient with Shoulder Pain R Side for 1 Hour(s). The Onset is Acute. The symptoms are Severe, pain, Constant, few hours per episode(s). Radiating Symptoms include  None.
Other Notes: ; ROS positive for Injured shoulder during altercation at Prison,
Review of Systems NOT Covered in HPI:
ENT: Neg,Heart: Neg,Resp: Neg,GI: Neg,GU: Neg,Skin: Neg,Neuro: Neg,Psych: Neg,Musculoskeletal: Pos,Endocrine: Neg,Hematologic/Lymphatic: Neg,Allergic/Immunologic: Neg,Constitutional Sxs: Neg,Eyes: Neg,

## Exam / Objective

Date/Time of Exam: 01/05/2018 14:35:17 MD Name: Ruth MD, Robert
GA: Awake A&Ox3
Skin: No pallor/ rashes warm & moist
HEENT: PERRL EOMI Moist Mucous Membranes No Icterus
Neck: NT Full ROM No JVD
Lung/Chest Wall: Lungs-Lungs CTA No Ret/Chest Wall-Chest Wall NT
Cardio Vascular: RRR No M
Abdomen: Palpation-Tenderness-None/BS-BS-NL/No Bruits/Abd Appearance-No Pulsating Masses
Neuro: Motor-Major Muscle Groups 5/5/Sensory-Gross Sensory Intact/Coordination-
Back: NT no CVAT
GU: Normal
Extremity: Location-Shoulder R/Palpation-Point Tenderness/ROMDecreased AROM (Severe)/Pulses- Normal
Lymphatics: No LAD
Functional Status: No Impairment
Cognitive Status: No Impairment

REPEAT/ADDITIONAL EXAMS:
01/05/2018 14:35:17 Ruth MD, Robert  - Reviewed pertinent diagnostic tests, vital signs, and clinical notes
01/05/2018 14:38:00 Ruth MD, Robert  - No Sx(s) or Objective findings that are life or limb threatening. Medically Screened and Stable for disposition(Transfer) from the unit.
01/05/2018 16:47:00 Ruth MD, Robert  - Pt sedated with etomidate 20 mg IVP, using traction counter traction R humerus was relocated in the glenoid, Shoulder immobilizer was placed. Pt tolerated well, and was amnestic to procedure
01/05/2018 16:15:00 Ruth MD, Robert  - Moderate Sedation: Pre-procedure Note: Patient's last oral intake: 10:00___. ASA class (1-5 E) = 1___; Mallampati Airway Grade (I-IV) = _3__. Patient is an appropriate candidate to undergo moderate sedation as planned.
01/05/2018 17:39:00 Ruth MD, Robert  - Moderate Sedation: Post-procedure Note: No known anesthetic complications. See clinical notes for most recent vital signs. Cardiovascular/BP/Pulse: Baseline; Respiratory/O2 Sat/Airway Patency/Respiratory Rate: Baseline; Mental Status: Baseline; Pain Status: Baseline; Nausea/Vomiting: No; Post Op Hydration: No. See disposition note for disposition status.

## Assessment / Plan (Problem List)

Shoulder Pain(NO ICD10) ,Status: Active, Start Date: 01/05/2018

Anterior dislocation of shoulder joint (disorder)(S43.011A) ,Status: Active, Start Date: 01/05/2018

Other Medical Orders/Additional Comments
        saline lock and flush per protocol
        0.9NS 125ml/hr, 125 ML/H, one time, Intravenous, , STAT
        Ativan 2 mg IVP, 2 MG, one time, Injection, , STAT
        Morphine  IV, 4 MG(4 MG), one time dose, intravenous, , , STAT

# Coosa Valley Medical Center

314 W Hickory Street, Sylacauga, AL 35150
(256) 401-4000

**Printed** 01/05/2018 18:15

| Patient Name | Age | DOB | Gender | Race | Insurance | Admitting Weight | Admitting Height | Medical Record | Account |
|---|---|---|---|---|---|---|---|---|---|
| MAGEE, DRAESHUND K | 40 yrs | 09/21/1977 | Male | Black or African American | HEALTH COST SOLUTIONS OUTPATIE | 122.47kg | 170.18cm | 253215 | 886401 |

Allergies: No Known Allergies

**Reg. Date** 01/05/2018 14:08       **Room** ED:08-
**Adm. Date** 01/05/2018 14:08

## MD Notes

Shoulder Immobilizer

IV, 20 MG, one time, Intravenous, , STAT

.

ome
obert  05 Jan 2018 16:47:00
 G 05 Jan 2018 18:12:00
d emergency

Prescriptions Provided to Patient
    Voltaren 75 mg Tab 1 TABLET DR(75 mg) as needed every 12 hours Oral 0  20 0 take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours

Recommended MD Level Of Service - 4;  Evaluation and Management Code - 99284
Recommended Facility/RN Level Of Service - 4; Evaluation and Management Code - 612

Discharge Diagnosis Summary: Shoulder Pain;Anterior dislocation of shoulder joint (disorder)
Procedures: None
Laceration Procedures: None
Consultants/Specialty: Ruth MD,Robert :Emergency Medicine
Discharge Diet: None
Discharge Activity: None
Additional Discharge Instructions:  Return to ED or Follow up with your Primary Care Physician if feeling worse or experiencing new symptoms.;Follow up with Orthopedist, keep shoulder immobilizer in place until Ortho follow up
PreWritten Discharge Instructions: Shoulder Dislocation;Shoulder Immobilizer
Follow Up MDs: Holbrook
Patient Medication List:
    amLODIPine 10 mg tablet 1 TABLET(10 mg) daily Oral   take 1 TABLET(10 mg) by Oral route daily
    Voltaren 75 mg Tab 1 TABLET DR(75 mg) as needed every 12 hours Oral 0  take 1 TABLET DR(75 mg) by Oral route as needed every 12 hours

Electronically signed and authenticated by the Following Physicians     Ruth MD, Robert                          Specialty  Emergency Medicine

Exhibit
"C"
12 pages



**U.S. Department Of Justice**
Federal Bureau of Prisons

*Southeast Regional Office*

Building 2000
3800 Camp Creek Parkway S.W.
Atlanta, Georgia 30331

September 30, 2019

Exhibit
"C"
12 pages

Draeshund Magee
Reg. No. 14800-003
FCI TDG
PO Box 2000
Talladega, AL 35160

Re:    Administrative Claim #TRT-SER-2019-07141

Dear Claimant:

This acknowledges receipt of an administrative tort claim you are submitting for filing wherein you allege personal injury, damage, or death. The claim was accepted for filing on July 29, 2019, by the agency involved in your personal injury/property loss. The Government is afforded six months from the date the claim is accepted for filing to make a final disposition regarding your claim. Therefore, an answer to your claim will be mailed on or before January 28, 2020. It is your responsibility to keep this office apprised of your present address.

If not included with your claim, you will need to provide a complete copy of all records (**do not send originals as they will not be returned**) in your possession relating to this claim as well as a detailed description of the events surrounding the alleged loss. You are advised that failure to provide this information may result in delay in processing, or prejudice the outcome of your claim.

Sincerely,

Craig Simmons
Regional Counsel

Im Rec'd
1/8/20



**U.S. Department Of Justice**
Federal Bureau of Prisons

*Southeast Regional Office*

Building 2000
3800 Camp Creek Parkway S.W.
Atlanta, Georgia 30331

September 30, 2019

Draeshund Magee
Reg. No. 14800-003
FCI TDG
PO Box 2000
Talladega, AL 35160

Re:    Administrative Claim #TRT-SER-2019-07141

Dear Claimant:

This acknowledges receipt of an administrative tort claim you are submitting for filing wherein you allege personal injury, damage, or death. The claim was accepted for filing on July 29, 2019, by the agency involved in your personal injury/property loss. The Government is afforded six months from the date the claim is accepted for filing to make a final disposition regarding your claim. Therefore, an answer to your claim will be mailed on or before January 28, 2020. It is your responsibility to keep this office apprised of your present address.

If not included with your claim, you will need to provide a complete copy of all records (**do not send originals as they will not be returned**) in your possession relating to this claim as well as a detailed description of the events surrounding the alleged loss. You are advised that failure to provide this information may result in delay in processing, or prejudice the outcome of your claim.

Sincerely,

Craig Simmons
Regional Counsel

✱ IM Draeshun Magee reg#14800-003 has stated that he sent a tort claim in and has never received a response or a claim number. Attached is the information that he has provided to me concerning this claim. Will you please check and see what the status is concerning this claim?

1/2/20 @ 11⁵⁴/AM

C. Simmons

Mr.Draeshund K. Magee

Reg.No.14800-003

FCI TDG

PMB 1000

Talladega,Al.35160

January 21,2020

To:Ms.Lynneth Leslie

Legal Instruments Examiner

Southeast Regional Office

Building 2000

Camp Creek Parkway S.W.

Atlanta,Georgia 30331

Ms. Leslie, please find the followings in this certified mailed package to you being the contents in reference to Administrative Claim #TRT-SER-2019-07141.This contains a copy of your response to Mr.Draeshund K.Magee with the signed signature of the delivering Federal Bureau Of Prison employee Counslor Allen with the date Mr.Draeshund K.Magee recieved the first response to the claim filed July 28,2019.Following your response is a copy of the Informal Resolution-Bp-8 with a letter attached to the (Regional Counselor)that was previously mailed to the addressed entitled recipient.Due to the fact you've been identified as the Legal Instrument Examiner I'm addressing this cover letter with the included contents to you, in reference to the filed Administrative Claim#TRT-SER-2019-07141.The contents are a copy of the Standard Form 95 completed duplicate of the original filed along with the Medical records to show the injuries imposed on Claimant and are records that show on going medical problems being denied adequate or any medical treatment at all.Will you please make sure that these enclosed documents are filed with the described Claim # above and respond to Mr.Draeshund K. Magee that you and or the qualified Fed.Bureau Of Prison employee responsible for this request address this matter. Ms.Lynneth Leslie, as you can see I didn't receive a response from this filed claim until I had family call your office for help.The date that the claim receipt is dated for and the date I received it is a direct example that someone is trying to or causing a burden that need you address were this Due Process is being hindered to distort Claimants adequate Pro Se preparations to address filled SF-95 forms in timely manners.As I close let me please say thank you for your urgent response and help in having this complaint addressed.May You Always Be Blessed,Mr.Draeshund K.Magee!!!

--Draeshund K.Magee--

To:   South East Regional Office                    DATE 9-10-2019 ,
      3800 Camp Creek Parkway SW/ BLD 2000
      Atlanta,Ga


From: Draesbund K. Magee
      REG# 14800-003
      FCI Talladega/ PMB 1000
      Talladega, Al 35160

RE: Standard 95/Form


To Whom it may concern;

   I'm resubmitting this complait due to the former complaint lacks
a return address. This complaint has not been altered or new claim
has been added, but only to submit a return address.


I thank you for your time, consideration and please have a blessed
day.

                                              Respectfully,
                                              Draesbund K Magee

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 3-31-91 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| Southeast Regional Office<br>3800 Camp Creek Parkway SW, Bldg 2000<br>Atlanta GA 30333-8228 | Draeshund K. Magee #14800-003<br>FCI Talladega / PMB 1000<br>Talladega, Al. 35160 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>09-21-1977 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>01-05-2018 | 7. TIME (A.M. OR P.M.)<br>11AM-12PM |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

I'm suffering pains from a dislocated right shoulder injury that occured on the above date and time at Talladega F.C.I. and I've not received any follow-up care after the emergency surgery performed at Cossa Valley Medical Center in Sylacauga Alabama. As of today's date I'm still suffering pain from the lack of physical therapy that was ordered by the performing surgeon in this complaint.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

N/A

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Due to this medical malpractice gross negligence of F.C.I. Talladega Heathcare Services. I began to experience pain throughout my days after the surgery was performed. Medical staff at F.C.I. Talladega are agents, employees of the U.S. working in furtherance of the U.S. Objective of Housing. SEE ATTACHMENT

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Dr. Holbrook, Rebecca Grill Donald Hulsey, Kimberly Askew, Celia Hamsen, Mounir Mourtada, Sabrina Thomas, Dr. Lawrence K. Schaffer | All federal employees can be contacted at 565 E. Renfroe Rd Talladega, AL 35160 |

12. (See Instructions on reverse) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| N/A | $500,000 | N/A | $500,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See Instructions on reverse side.) | 13b. Phone number of signatory<br>N/A | 14. DATE OF CLAIM<br>9-10-19 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-108
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

**Complete all items · Insert the word NONE where applicable**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in Item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to

LISA SUNDERMAN
SOUTHEAST REGION
3800 CAMP CREEK PARKWAY, SW
BUILDING 2000
ATLANTA, GA 30331-6226    INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

| 15. Do you carry accident insurance? ☐ Yes, If yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number. ☐ No |
|---|
| N/A |

| 16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? | 17. If deductible, state amount |
|---|---|
| N/A | N/A |

| 18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? *(It is necessary that you ascertain these facts)* |
|---|
| N/A |

| 19. Do you carry public liability and property damage insurance? ☐ Yes, If yes, give name and address of insurance carrier (Number, street, city, State, and Zip Code) ☐ No |
|---|
| N/A |

*U.S. Government Printing Office: 1990 — 281-782/20243    SF 95 (Rev. 7-85) BACK

**ATTACHMENT 1**

    Providing proper standards of care, medical treatment to inmates that are committed to the custody of the U.S. Therefore, the basis of this claim for which I file this Tort Claim is medical malpractice, gross negligence of employees of the U.S. which was the proximate causation of the pain, suffering and humiliation that I originally complained of and that I'm still complaining of because it is an unrelenting injury.

Mr.Draeshund K. Magee

Reg: 14800-003

Federal Correctional Institution

PMB 1000

Talladega,AL 35160


**Attn:**  Mr.Craig Simmons [ Regional Counsel ]

Southeast Regional Office

3800 Camp Creek Parkway

BLGD, #200, SW

Atlanta,GA 30333-8228


January 01,2020


**RE:** Tort Claim Form SF-95


Dear Mr.Simmons:

This Certified Mail to you Mr.Craig Simmons is in regards to the enclosed and or following of this letter. In plain, will you please inform me of why I have'nt recieved any notification that the original Tort Claim I filed and or the re-submitted Tort Claim I file with this Southeast Regional Office. I am highly concerned that a cover-up has taken place in this on-going denial of me suffering medical malpractice, due to the on-going pain and or no follow-up after care prescribed by the Physician or Surgeon performing the Surgery on me. This letter to you Mr.Craig Simmons Regional Counsel is expected to be responded to. I'm Mr.Draeshund K. Magee Federal Identification Number #14800-003, I'm currently housed here at the Federal Correctional Institution Talladega where the incident took place. If I don't recieve a timely response then I will write to Office of Internal Affairs Division and request to know why no response to the Certified Mail to the Southeast Regional Office and Claim Number base on my Tort Claim.

I anxiously await your timely response.


RESPECTFULLY SUBMITTED

/s/ *Draeshund K. Magee*

Mr.Draeshund K. Magee


Enc. Certified Mail Return Reciept

Tort Claim Form SF-95

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member)<br>Informal Resolution Form (**Bp-8**) | DATE:<br>  January 01,2020 |
|---|---|
| FROM:<br>Mr.Draeshund K. Magee | REGISTER NO.:<br>14800-003 |
| WORK ASSIGNMENT:<br>Food Service/AM | UNIT:<br>  Gamma/Bravo |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

**FACTUAL ALLEGATIONS:** My plight is regarding Regional Counsel Craig Simmons who handle cases in relation to Tort Claims in the Southeast Region per se.

On September 16,2019, the Southeast Regional Office recieved two Tort Claim packages by Certified Mail Reciept Number(s) **7018 2290 0000 7070 9127** and **7018 2290 0000 7070 9134**. Further, the petitioner Mr.Magee has [n]ever recieved no Tort Claim Number or a timely response as practice through policy and its mandate. Enclosed is the Petitioner direct evidence showing that he met all the requirements of policy in a timely manner. Moreover, after analyzing the Bureau of Prisons mandate regarding the Instructions how this practice works, I have truly learned that the Regional Counsel Mr.Craig Simmons failed to follow protocol by sending petitioner his Claim Number or response. See Continue Allegations...

(Do not write below this line)

/s/ Mr.Draeshund K.Magee

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate

PDF                              Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER          **SECTION 6**

**CONTINUE ALLEGATIONS:**

**A. Per Program Statement-§1320.06 [ Federal Tort Claim Act ] [ 8. Processing the Claim-§543.32(a) ]:**

" Will I receive an acknowledgment letter? " Yes. If you have provided all necessary information to process your claim ( such as time, date, and place where the incident occurred, and a specific sum of money you are requesting as damages ), you will receive an acknowledgment letter indicating the filing date and a claim number. The filing date is the date your claim was first received by either the Department of Justice or an office of the Bureau of Prisons.

**I. How long will it take to get a response?** Generally, you will receive a decision regarding your claim within six months of when you properly file the claim. If you have not received a letter either proposing a settlement or denying your claim within six months after the date your claim was filed, you may assume your claim is denied. You may proceed to file a lawsuit in the appropriate United States District Court.

Here, this has never taken place because the petitioner Mr.Magee has never recieved any Tort Claim Number whatsoever and the Regional Counsel never timely responded explaining the Southeast Regional Office ever received my Tort Claim Package. Hence, the rule of law has never been exercised by the Regional Counsel and this issue must be address immediately base on Bureau of Prisons violations that occurred here because the Regional Counsel has failed to follow Bureau of Prisons protocol.

**Relief Petitioner Mr.Draeshund is seeking as Resolution:**

The relief the petitioner is seeking is to have the Southeast Regional Counsel to present the petitioner a (" **Tort Claim Number** ") and to follow the Practice by also presenting the petitioner with an acknowledgment letter per Program Statement explaining that they have received my Tort Claim Certification Package in a timely manner. I request this to be done by policy immediately...

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

South EAST Regional Office
3800 Camp Creek Parkway
South west Bldg. #2000
Atlanta, Ga. 30333-8228

9590 9402 4463 8248 8578 83

2. Article Number *(Transfer from service label)*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☑ Agent  ☐ Addresse

B. Received by *(Printed Name)*   C. Date of Deliver
9/16/19

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restric Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

7018 2290 0000 7070 9127

PS Form 3811, July 2015 PSN 7530-02-000-90

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

South East Regional Office
3800 Camp Creek Parkway
South West Bldg #2000
Atlanta, Ga. 30331-6226

9590 9402 4463 8248 8579 06

2. Article Number *(Transfer from service label)*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☑ Agent  ☐ Addresse

B. Received by *(Printed Name)*   C. Date of Deliver
9/16/19

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restrict Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

7018 2290 0000 7070 9134

PS Form 3811, July 2015 PSN 7530-02-000-9053